**FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

JUUL LABS, INC.,

        **Plaintiff,**

**v.**

        **Civil Action No. 1:19-cv-00715**

**THE UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED IN SCHEDULE A,**

        **Defendants.**

## Schedule A

| No. | Seller ID/Defendant Store Name | Defendant Store Location |
|:---:|:---:|:---:|
| 1 | yaserjajan | eBay |
| 2 | ghilly001 | eBay |
| 3 | pant-20 | eBay |
| 4 | qiaotianping-zhengmeixinxi | eBay |
| 5 | miss_zhang | eBay |
| 6 | reenpate-10 | eBay |
| 7 | vapingpit | eBay |
| 8 | savings4u168 | eBay |
| 9 | iguel2_86 | eBay |
| 10 | lulucaty5171 | eBay |
| 11 | dre_sull | eBay |
| 12 | a.cressotti69 | eBay |
| 13 | awakeandsell | eBay |
| 14 | plehnevi17 | eBay |
| 15 | kytech2016_0 | eBay |
| 16 | szeminhhangy | eBay |
| 17 | sodal-87 | eBay |
| 18 | yervansetoya | eBay |

| 19 | grwilson_44 | eBay |
|----|-------------|------|
| 20 | yervansetoya-0 | eBay |
| 21 | cress.anton | eBay |
| 22 | tyijiafkju | eBay |
| 23 | zbest4less2012 | eBay |
| 24 | red-cherry2018 | eBay |
| 25 | jdonymous | eBay |
| 26 | myrodoyl0 | eBay |
| 27 | betr-2 | eBay |
| 28 | metroimporting | eBay |
| 29 | keepvap1ng | eBay |
| 30 | ageless911 | eBay |
| 31 | quimstores_914 | eBay |
| 32 | highdesity | eBay |
| 33 | talfangkoyu | eBay |
| 34 | ivanbgatlanta | eBay |
| 35 | downeastmed41 | eBay |
| 36 | nikobg1973 | eBay |
| 37 | hotrendz | eBay |
| 38 | 2015.filta | eBay |
| 39 | jafra1571 | eBay |
| 40 | noamartan_0 | eBay |
| 41 | trisyeegdor_0 | eBay |
| 42 | golit_34 | eBay |
| 43 | harna_1763 | eBay |
| 44 | ruleimports | eBay |
| 45 | wii_store | eBay |
| 46 | sagrif-66 | eBay |
| 47 | walou-19 | eBay |
| 48 | stealt_80 | eBay |
| 49 | slade_222 | eBay |
| 50 | alejandrpiedr1 | eBay |
| 51 | joose-6877 | eBay |
| 52 | slhan_40 | eBay |
| 53 | wanyancai559 | eBay |
| 54 | wenwen996_4 | eBay |
| 55 | lostandfoundnyc | eBay |

| 56 | cellsellco | eBay |
|----|------------|------|
| 57 | jesla-370 | eBay |
| 58 | colorsbyher | eBay |
| 59 | nidahamaye-0 | eBay |
| 60 | emadors15 | eBay |
| 61 | limeri-26 | eBay |
| 62 | oofzcuky2 | eBay |
| 63 | hfbnvt_76 | eBay |
| 64 | snapoom_01 | eBay |
| 65 | aggence9802 | eBay |
| 66 | capr-99 | eBay |
| 67 | nodomi-64 | eBay |
| 68 | yanshifu482 | eBay |
| 69 | rickyh-00 | eBay |
| 70 | vasmi | eBay |
| 71 | bigd9006 | eBay |
| 72 | bigapplewares | eBay |
| 73 | kyljackso_58 | eBay |
| 74 | richpattersonkyle | eBay |
| 75 | sambrosia08 | eBay |

Date:  June 4, 2019                    Respectfully submitted,

                                       /s/ Monica Riva Talley
                                       Monica Riva Talley (VSB No. 41840)
                                       Byron Pickard (VSB No. 47286)
                                       Dennies Varughese, Pharm.D. (*pro hac pending*)
                                       Nirav N. Desai (VSB. No. 72887)
                                       Nicholas J. Nowak (*pro hac pending*)
                                       Daniel S. Block (*pro hac pending*)
                                       STERNE KESSLER GOLDSTEIN & FOX, PLLC
                                       1100 New York Ave., N.W., Suite 600
                                       Washington, DC 20005-3934
                                       Telephone No.: (202) 371-2600
                                       Facsimile No.: (202) 371-2540
                                       mtalley@sternekessler.com
                                       bpickard@sternekessler.com
                                       dvarughe@sternekessler.com
                                       ndesai@sternekessler.com
                                       nnowak@sternekessler.com
                                       dblock@sternekessler.com

                                       *Attorneys for Plaintiff*