**FILED UNDER SEAL**

# Exhibit 2

yaserjajan



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact — Sell | Orders | My eBay

ebay Shop by category | Search for anything | All Categories | Search

$3.00 Off* →

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

$ Have one to sell? Sell now

## Brand New Classic menthol Pods Authentic, 4 pods In a pack 5 %

2 viewed per hour

Condition: **New**

Price: **US $13.00**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to watch list

3-year protection plan from SquareTrade - $1.99

Ships from United States

Shipping: **$3.74** Standard Shipping | See details
Item location: Hermitage, Tennessee, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Sat. Mar. 30** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**yaserjajan** (41 ★)
91.7% Positive feedback

Save this Seller
Contact seller
See other items

**Description** | **Shipping and payments** | Report item

eBay item number: 303106929202

Seller assumes all responsibility for this listing.

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more

Brand New Classic menthol Pods Authentic, 4 pods In a pack 5 %. Condition is New. Shipped with USPS First Class Package.

Back to search results | Return to top

More to explore : Grip Pod Bipods & Monopods, R Pod, Paintball Harnesses & Pods, Fishing Rod Rod Pods, A Pea In The Pod Maternity Dresses, X-Pod LEGO Sets & Packs, Bat-Pod LEGO Sets & Packs, HK Army Paintball Harnesses & Pods, Nxe Pod Pack Indiana Paintball Harnesses & Pods, Fishing Rod Tri-Pods

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



ghilly001



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact | Sell | Orders | My eBay | 4

ebay Shop by category | Search for anything | All Categories | Search

$3.00 Off*

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

## 4 Pack Of Creme J Pods Brand New In Box Ships From US authentic j***

38 viewed per day

Condition: **New**

Quantity: 1 More than 10 available / 1 sold

Price: **US $14.95** Buy It Now | Add to cart

Best Offer: Make Offer | Add to watch list

3-year protection plan from SquareTrade - $1.99

30-day returns | Ships from United States

Shipping: **$4.06** Standard Shipping | See details
Item location: Lynnwood, Washington, United States
Ships to: United States

Delivery: Estimated on or before **Mon. Apr. 01** to 22314

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

Have one to sell? Sell now

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
ghilly001 (3 )
100% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items

Feedback on our suggestions

J Pod 4-pack Mango Flavor brand new and refillable
$12.85
+ $4.06

SMOK² NOVO Ultra Portable Pod Kit | 100% AUTHENTIC
$9.99
Free shipping

Refillable Pods Pack IPHA SWIS .7ml Brand New
$11.99
Free shipping

Jpods J-Pods Compatible Empty Pods 0.7ML
$12.99
Free shipping
Popular

Description | Shipping and payments | Report item

eBay item number: 173849275834

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Custom Bundle: | No |
| UPC: | Does not apply | | |

4 Pack Of Creme J Pods Brand New In Box Ships From Us authentic j***. Condition is New. Shipped with USPS First Class Package.

---

Back to search results                                                                                                    Return to top

More to explore :   J Brand Women's Jeans,   J Brand,   J Brand Leather Pants for Women,   J Brand Maria Jeans for Women,   J Brand Men's Jeans,   J Brand Jeans Leather,   J Brand Maternity Jeans, J Brand Women's Pants,   Women's Polyester Jeans J Brand,   J Brand Jeans Inseam 28 for Women

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



pant-20



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay    4

ebay Shop by category    Search for anything    All Categories    Search

$3.00 Off* →

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

## 2019 Brand New STARTER1 KIT1 V3 4Pods

3 viewed per hour

Condition: New

Quantity: 1    2 available / 1 sold in 1 hour

Price: US $27.99

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

More than 49% sold    Ships from United States

Shipping: $3.27 Economy Shipping | See details
Item location: Chicago, Illinois, United States
Ships to: United States

Delivery: Estimated on or before Tue. Apr. 02 to 22314

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

pant-20 (1)
100% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell? Sell now

## Similar sponsored items 1/2

Feedback on our suggestions

NEW OEM DEVICE STARTER KIT LIMITE
$34.99
Free shipping

4JUUL Magnetic Necklace Pendant Keychain Holder
$11.95
Free shipping
Popular

The Kind Pen V2 Starter Personal 3 in 1 Kit For Dry
$32.99
Free shipping

Juujuubox | Juul00 Phone Case | Keep Device Secure |
$9.99
Free shipping
Popular

1300mAh eGo C Twist Starter Kit 3.2-4.8V Adjust
$8.02
~~$8.53~~
Free shipping

Chippy Cord - Glow Lanyard Skin & Other Features
$4.99
Free shipping

## Frequently Bought Together 1/2

Feedback on our suggestions

     

SPONSORED
Portable Power Bank and
Pod Holder USA SHIPPING
$18.75
Free shipping

SPONSORED
Skin 4JUUL Vinyl Wrap skin
- 3M Decal Sticker - GUCCI
$5.99
Free shipping

100% Authentic! Jmate PCC
- Portable Charging Case ***
$27.99
Free shipping

Portable Charger Bower
Bank Black Color + FREE
$24.99
Free shipping

Skin 4JUUL Vinyl Wrap - 3M
Decal Sticker - Cool Designs
$6.50
Free shipping

Skin 4JUUL Vinyl Wrap skin
- 3M Decal Sticker - Spider-
$5.99
Free shipping

---

**Description**   Shipping and payments                                                                          Report item

Seller assumes all responsibility for this listing.                                           eBay item number:   392265550294
Last updated on  Mar 26, 2019 06:14:18 PDT   View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | JUUL Starter kit JUUL Pods | Model: | JUUL |

2019 AUTHENTIC BRAND NEW STARTER1 KIT1 V3 . 4 DIFFERENT PODS

---

Back to search results                                                                                        Return to top

More to explore :   OE Brand Parts for Chrysler New Yorker,   Bushnell Tour V3 Indiana Golf Rangefinders & Scopes,   V3 Strollers,   lama v3,   Mountain Buggy V3 Strollers,   art tube mp studio v3,
Adams V3 Indiana Golf Clubs,   itl v3,   Adams V3 Irons Indiana Golf Clubs,   phil&teds V3 Strollers

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# qiaotianping-zhengmeixinxi

Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact          Sell | Orders | My eBay   🔔   🛒 **4**

**ebay**   Shop by category ▾   | Search for anything ⌨ | All Categories ▾ | **Search** |

$3.00 Off* →                                                                          ✕

‹ Back to search results | Listed in category: Consumer Electronics › Other Consumer Electronics          ✉ f 🐦 📌 | Add to watch list



### NEW STARTER² KIT POD MOD VAPE² PEN DEVICE MOD ONLY + USB CHARGER - US Seller

🔥 9 viewed per hour

| Condition: | **New** |
| Color: | - Select - ▾ |
| Quantity: | 1    More than 10 available |

| Price: | US $28.88 | **Buy It Now** |
| | | **Add to cart** |
| | | ♡ Add to watch list |

☐ **3-year protection plan** from SquareTrade - $2.99

| **Same day shipping** | Free shipping | 30-day returns |

Shipping: **FREE** Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States  See exclusions

Delivery: Estimated on or before **Wed. Apr. 03** to 22314 ⓘ
Ships today if paid within **6 hrs 4 mins** Details

Payments: PayPal  VISA 💳 💳 DISCOVER

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
qiaotianping-zhengmeixinxi ( 7 )
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell? | Sell now

---

Similar sponsored items                                                   Feedback on our suggestions

   

| 10 COLOR STARTER1 KIT DEVICE ONLY WITH USB | *UU* STARTER1 KIT DEVICE AND USB | *UU* PODS - 100% Genuine | Portable Power Bank and Pod Holder USA SHIPPING |
| $28.88 | $28.88 | $22.95 | $18.75 |
| Free shipping | Free shipping | Free shipping | Free shipping |
| | | | Popular |

Frequently Bought Together 1/2                                           Feedback on our suggestions













SPONSORED

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

SPONSORED

Skin 4JUUL Vinyl Wrap skin - 3M Decal Sticker - GUCCI

$5.99

Free shipping

Coil Refillable J Pod Compatible -- USA Stock! 4

$6.96

Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

100% Authentic Brand New Classic menthol Pods 4 pods

$61.00

+ $3.74          17 bids

JILI Box Portable Power Bank and Pod Holder Free

$18.99

Free shipping

---

**Description**     **Shipping and payments**                                                                 **Report item**

Seller assumes all responsibility for this listing.

eBay item number: 352628066757

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | original |
| MPN: | JUUL STARTER KIT AND JUUL POD | | |

**NOTICE:**

**1. 100% Original DEVICE ONLY**

**2. WITHOUT PODS**

**3. Ships fast in Stock, no china or drop ship.**

---

Back to search results                                                                                          Return to top

More to explore :   E-Cigs, Vapes & Mods,   Computer Case Mods, Stickers & Decals,   Mod/GoGo Vintage Dresses for Women,   Modded Psp Indiana Video Game Consoles,   mod knife,   maddie mod, pen kits,   Intel Computer Case Mods, Stickers & Decals,   HP Computer Case Mods, Stickers & Decals,   Cannondale Hawaii Mod Indiana Bikes

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



miss_zhang




















Hi Sterne! | Daily Deals | Gift Cards | Help & Contact | Sell | Orders | My eBay | 4

ebay Shop by category | Search for anything | All Categories | Search

$3.00 Off* →

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

$ Have one to sell? Sell now

## *UU* STARTER1 KIT DEVICE AND USB CHARGER ONLY WITH NO PODS - 100% Genuine

10 viewed per hour

Condition: **New**

Color: - Select -

Quantity: 1 More than 10 available / 9 sold in 24 hours

Price: **US $28.88**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

Same day shipping | Free shipping | Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Wed. Apr. 03** to 22314

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

miss_zhang (13 ⭐)
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

10 COLOR STARTER1 KIT DEVICE ONLY WITH USB
$28.88
Free shipping

*UU* PODS - 100% Genuine
$22.95
Free shipping

SMOK0 NOVO POD KIT Big Sale 450mAh US Stock
$13.38
~~$20.58~~
Free shipping
Popular

4 Pack DAB POD Empty J Pods ceramic coil For
$20.00
+ $3.50

4JUUL Magnetic Necklace Pendant Keychain Holder
$11.95
Free shipping
Popular

Black Skin USB Charger Juul00 System (FREE Fast
$3.99
Free shipping
Almost gone

## Frequently Bought Together 1/2

Feedback on our suggestions

| SPONSORED | SPONSORED | | | | |
|---|---|---|---|---|---|
| Portable Power Bank and Pod Holder USA SHIPPING | Skin 4JUUL Vinyl Wrap skin - 3M Decal Sticker - GUCCI | Coil Refillable J Pod Compatible -- USA Stock! 4 | 100% Authentic! Jmate PCC - Portable Charging Case *** | 100% Authentic Brand New Classic menthol Pods 4 pods | JILI Box Portable Power Bank and Pod Holder Free |
| $18.75 | $5.99 | $6.96 | $27.99 | $61.00 | $18.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $3.74    17 bids | Free shipping |

**Description**     **Shipping and payments**     Report item

Seller assumes all responsibility for this listing.

eBay item number:   312545080944

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | *UU* PODS - 100% Genuine |
| MPN: | JUUL STARTER KIT | Model: | *UU* PODS - 100% Genuine |

**AUTHENTIC KITS AND P0DS**

**IN STOCK TODAY**

1 x DEVICE

1 x usb charger

Back to search results

Return to top

More to explore :   Mopar Genuine OEM Body Kits for Dodge Charger ,   Mopar Genuine OEM Fans & Kits for Dodge Charger ,   Genuine OEM Caster & Camber Kits for Dodge Charger ,   Genuine OEM Fans & Kits for Dodge Charger ,   Chrysler Genuine OEM Fans & Kits for Dodge Charger ,   UU-Auto Parts Exterior Parts for Dodge Charger ,   Genuine OEM Body Kits for Dodge Charger ,   UU-Auto Parts Parts for Dodge Charger ,   Anti-Theft Devices for Dodge Charger ,   Mopar Genuine OEM Caster & Camber Kits for Dodge Charger

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility , User Agreement , Privacy , Cookies and AdChoice ⓘ



reenpate-10















Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay  4

ebay Shop by category | Search for anything | All Categories | Search

$3.00 Off* →

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

## 2019 Brand New Basic Starter kit device and charger pink limited edition no pods

4 viewed per hour

Condition: **New**

Price: **US $39.99** | Buy It Now | Add to cart

Best Offer: | Make Offer | Add to watch list

**Ships from United States**

Shipping: **$3.99** Standard Shipping | See details
Item location: Fultondale, Alabama, United States
Ships to: United States

Delivery: Estimated on or before **Wed. Apr. 03** to 22314

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Have one to sell? Sell now

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**reenpate-10** (0 )

Save this Seller
Contact seller
See other items

## Similar sponsored items

Feedback on our suggestions

10 COLOR STARTER1 KIT DEVICE ONLY WITH USB
$28.88
Free shipping

NEW OEM DEVICE STARTER KIT LIMITE
$34.99
Free shipping

## Frequently Bought Together 1/2

Feedback on our suggestions

SPONSORED

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

SPONSORED

Skin 4JUUL Vinyl Wrap skin - 3M Decal Sticker - GUCCI

$5.99

Free shipping

Coil Refillable J Pod Compatible -- USA Stock! 4

$6.96

Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

100% Authentic Brand New Classic menthol Pods 4 pods

$61.00

+ $3.74          17 bids

JILI Box Portable Power Bank and Pod Holder Free

$18.99

Free shipping

---

**Description**   Shipping and payments                                    Report item

Seller assumes all responsibility for this listing.

eBay item number:   264256299084

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| Modified Item: | No | Custom Bundle: | No |
| MPN: | JUUL Starter kit JUUL Pods | | |

2019 Brand New Basic Starter kit device and charger pink limited edition no pods. Condition is New. Shipped with USPS First Class Package.

---

Back to search results                                                        Return to top

More to explore :   Limited Edition Fragrances for Women,   Starters for GMC Acadia Limited,   Limited Edition Makeup Brushes Sets/Kits,   Basic Editions Men's Jeans,   Basic Editions Men's Shorts,
Basic Editions,   Basic Editions Clothing for Men,   Basic Editions Women's Pants,   Basic Editions Women's Shorts,   Basic Editions Men's Pants

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



vapingpit

Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact

Sell   Orders   My eBay   🔔   🛒 **4**

**ebay**   Shop by category ▾

Search for anything   [ ]   All Categories ▾   **Search**

$3.00 Off*  →   ✕

Back to search results | Listed in category:   Consumer Electronics > Other Consumer Electronics

✉ f 🐦 📌 Add to watch list



**10 COLOR STARTER1 KIT DEVICE ONLY WITH USB CHARGER *FREE SHIPPING* A**

🔥 **7 viewed per hour**

| | |
|---|---|
| Condition: | New |
| Color: | - Select - ▾ |
| Quantity: | [ 1 ]   More than 10 available |
| Price: | US $28.88 |

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $2.99

**Free delivery in 3 days**   Ships from United States

Shipping: 🚚 **FAST 'N FREE**
Guaranteed by **Sat. Mar. 30** if paid within 5 hrs 56 mins | See details
Item location: Rowland Heights, California, United States
Ships to: United States   See exclusions

Payments: PayPal  VISA  🔲 AMERICAN EXPRESS  DISCOVER
**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**
🛡 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
vapingpit (55 ⭐)
96.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell?   **Sell now**

Similar sponsored items 1/2
Feedback on our suggestions

‹


***UU* STARTER1 KIT DEVICE AND USB**
$28.88
Free shipping


***UU* PODS - 100% Genuine**
$22.95
Free shipping


**1100mAh-4-in-1-Vaporizer1 Kit-G-Oil-VapeE Pen -US**
$8.99
Free shipping


**Authentic Mystica VV - Variable Voltage & Preheat**
$15.99
Free shipping
Popular


**4 in 1 Dry herb mini dry Herbal Vape² Pen 1100 mah**
$14.20
Free shipping
Popular


**Refillable 4 Pack .7ml Pod* Cartridges IPHA SWIS JUIL**
$12.99
Free shipping

›

Frequently Bought Together 1/2
Feedback on our suggestions













| SPONSORED | SPONSORED | | | | |
|---|---|---|---|---|---|
| Portable Power Bank and Pod Holder USA SHIPPING | Skin 4JUUL Vinyl Wrap skin - 3M Decal Sticker - GUCCI | Coil Refillable J Pod Compatible -- USA Stock! 4 | 100% Authentic! Jmate PCC - Portable Charging Case *** | 100% Authentic Brand New Classic menthol Pods 4 pods | JILI Box Portable Power Bank and Pod Holder Free |
| $18.75 | $5.99 | $6.96 | $27.99 | $61.00 | $18.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $3.74          17 bids | Free shipping |

| **Description** | **Shipping and payments** | | **Report item** |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 254178942634

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | original |
|---|---|---|---|
| MPN: | juul starter kit juul pods | | |

<div align="center">

**NOTICE:**

**1. 100% Original DEVICE ONLY**

**2. WITHOUT PODS**

**3. Ships fast in Stock, no china or drop ship.**

</div>

**Package Includes:**

1 x JUUL Device Only

1 x USB charger

More to explore :   Anti-Theft Devices for Dodge Charger,   Rings Size 7 Free Shipping,   Wood Ship Model Kit,   loose beads free shipping,   gemstone beads free shipping,   Boat & Ship Model Toys & Kits,   ship in a bottle kit,   sailing ship model kits,   mini usb charger,   ship in a bottle model kit

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



savings4u168



**Brand New Fruit Medley PODS - Free Shipping -USPS FAST FREE SHIPPING**

🔥 13 viewed per hour

Condition: **New**

Quantity: 1    More than 10 available / **23 sold**

Price: US $12.99

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watch list ]

☐ 3-year protection plan from SquareTrade - $1.99

**Free delivery in 3 days** | 23 sold | Ships from United States

Shipping: 🚚 FAST 'N FREE
Guaranteed by **Sat. Mar. 30** | See details
Item location: CA, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
savings4u168 (1396 ⭐)
99.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

$ Have one to sell?  [ Sell now ]

---

Similar sponsored items 1/2

Feedback on our suggestions


*UU* PODS - 100% Genuine
$22.95
Free shipping


Brass Knuckles 2019 Gold Finish 650 mAh Battery 510
$9.99
Free shipping
Almost gone


JUUL Skin Decal Wrap Sticker Premium | PACK OF
$7.99
Free shipping
Popular


Jpods J-Pods Compatible Empty Pods 0.7ML
$12.99
Free shipping
Almost gone


SMOK2 TFV12 Cloud Beast King Tank2 with coil 6ml
$17.09 $17.99
Free shipping


2019 Clone Vgod Stig Podd Kit Disposable Device hot
$15.99
Free shipping

---

Frequently Bought Together 1/2

Feedback on our suggestions

     

SPONSORED

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

SPONSORED

Skin 4JUUL Vinyl Wrap skin - 3M Decal Sticker - GUCCI

$5.99

Free shipping

Coil Refillable J Pod Compatible -- USA Stock! 4

$6.96

Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

100% Authentic Brand New Classic menthol Pods 4 pods

$61.00

+ $3.74          17 bids

JILI Box Portable Power Bank and Pod Holder Free

$18.99

Free shipping

---

**Description**   Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number:  254178614209

Last updated on  Mar 26, 2019 21:32:54 PDT   View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | J*** PODS MANGO |
| MPN: | juul pods | Model: | J PODS MANGO FLAVOR |
| UPC: | Does not apply | | |

1PACK:4P0DS

This listing is for 1 Pack of *JUUL* PODS , Each Packs contains 4 PODS .

Shipping is free immediate and discrete using USPS first class with tracking number .

Other flavors available ,

Thanks,

---

Back to search results

Return to top

More to explore :   Rings Size 7 Free Shipping,   loose beads free shipping,   gemstone beads free shipping,   Model Ship,   Laptop Free Shipping Indiana PC Laptops & Netbooks,   Bangle Bracelet Free Shipping Indiana Fashion Bracelets,   vegetable seeds free shipping,   nail polish free shipping,   Lipstick Free Shipping Indiana Lipsticks,   Aquarium Ships

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



iguel2_86



**New Starter Kit V3 with Variety Pack 4 Pods, Limited Edition Red, Blue, Pink!**

🔥 5 viewed per hour

| | |
|---|---|
| Condition: | New |
| Color: | - Select - |
| Quantity: | 1   More than 10 available |
| Price: | US $74.99 |

Buy It Now

Add to cart

♡ Add to watch list

☐ 2-year protection plan from SquareTrade - $7.99

**Free delivery in 3 days**   Ships from United States

Shipping: 🚚 FAST 'N FREE
Guaranteed by **Sat. Mar. 30** | See details
Item location: Bayonne, New Jersey, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
iguel2_86 ( 4 )
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?   Sell now

**Similar sponsored items**   Feedback on our suggestions



| Black Skin USB Charger Juul00 System (FREE Fast | 100% Authentic! Jmate PCC - Portable Charging Case *** | 1300mAh eGo C Twist Starter Kit 3.2-4.8V Adjust | 60W SMOK1 PRIV V8 Starter1 Full Vape2 Kit Mod1 | New Clone Vgod Stig Pod Kit Disposable Device Free | 1SMOK² PRIV V8 Starter² Kit Mod² 60W with 3ML |
|---|---|---|---|---|---|
| $3.99 | $27.99 | $8.02 | $9.11 | $14.99 | $9.39 |
| Free shipping | Free shipping | $8.63 | $9.59 | $16.05 | $9.00 |
| Almost gone | | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | Popular | | |

**Frequently Bought Together** 1/2   Feedback on our suggestions








SPONSORED
Portable Power Bank and
Pod Holder USA SHIPPING
$18.75
Free shipping

SPONSORED
Skin 4JUUL Vinyl Wrap skin
- 3M Decal Sticker - GUCCI
$5.99
Free shipping

Coil Refillable J Pod
Compatible -- USA Stock! 4
$6.96
Free shipping

100% Authentic! Jmate PCC
- Portable Charging Case ***
$27.99
Free shipping

100% Authentic Brand New
Classic menthol Pods 4 pods
$61.00
+ $3.74          17 bids

JILI Box Portable Power
Bank and Pod Holder Free
$18.99
Free shipping

---

**Description**    Shipping and payments                                                                Report item

eBay item number: 372637142105

Seller assumes all responsibility for this listing.
Last updated on  Mar 26, 2019 22:02:11 PDT   View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | V3 |
| MPN: | JUUL STARTER KIT JUUL PODS | | |

Brand new, ships from USA via USPS First Class.
Inside the kit:

Variety Pack of 4 Pods

V3 Device

USB Charger

Any questions please do not hesitate to ask!

---

Back to search results                                                                             Return to top
More to explore :  Limited Edition Print Red Art Prints,   Limited Edition Makeup Brushes Sets/Kits,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Limited Edition Print Red Art Paintings,
Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Halo 4 Limited Edition Indiana Video Games,   Limited Edition Print Blue Art Prints,   Limited Edition Print Blue Dog Art Prints,
Limited Edition RED DVDs & Blu-ray Discs

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



lulucaty5171

Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact          Sell    Orders    My eBay    🔔    🛒 **4**

**ebay**    Shop by category ▾    [ Search for anything ]    All Categories ▾    [ Search ]

$3.00 Off* →                                                                    ✕

‹ Back to search results | Listed in category:  Consumer Electronics › Other Consumer Electronics          ✉ f 🐦 📌  Add to watch list



**Brand New Full box Kit pods (Mango-Cool Mint-Creme-Virginia) cucumber pods Clone**

🔥 **15 viewed per hour**

| | |
|---|---|
| Condition: | New |
| Type: | - Select - ▾ |
| Quantity: | [ 1 ]   More than 10 available / 3 sold |

Price: **US $19.99**    [ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watch list ]

☐ **3-year protection plan** from SquareTrade - $1.99

**Free delivery in 3 days**    30-day returns    Ships from United States

Shipping: 🚚 **FAST 'N FREE**
Guaranteed by **Mon. Apr. 01** | See details
Item location: Lakewood, California, United States
Ships to: United States and many other countries | See details

Payments: PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

Ⓢ **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
lulucaty5171 (679 ⭐)
96.3% Positive feedback

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell?   [ Sell now ]

---

**Similar sponsored items** 1/2                                    Feedback on our suggestions











| | | | | | |
|---|---|---|---|---|---|
| SMOK0 NOVO POD KIT Big Sale 450mAh US Stock | New Pack of 2 The Kind Pen Oil Variable Voltage 510 | *UU* PODS - 100% Genuine | *UU* STARTER1 KIT DEVICE AND USB | JILI Box Portable Power Bank and Pod Holder | Eonsmoke Brand new multiple flavors 6% nic |
| $13.38 | $19.95 | $22.95 | $28.88 | $18.99 | $17.99 |
| ~~$20.68~~ | Free shipping | Free shipping | Free shipping | Free shipping | + $3.78 |
| Free shipping | | | | Popular | |
| Popular | | | | | |

---

**Frequently Bought Together** 1/2                                 Feedback on our suggestions

     

SPONSORED

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

SPONSORED

Skin 4JUUL Vinyl Wrap skin - 3M Decal Sticker - GUCCI

$5.99

Free shipping

Coil Refillable J Pod Compatible -- USA Stock! 4

$6.96

Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

100% Authentic Brand New Classic menthol Pods 4 pods

$61.00

+ $3.74                17 bids

JILI Box Portable Power Bank and Pod Holder Free

$18.99

Free shipping

## Description    Shipping and payments

Report item

eBay item number:  273780039292

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | Pods |
| Brand: | pods | MPN: | Does Not Apply |

**Brand New Full box Kit pods (Mango-Cool Mint-Creme-Virginia) cucumber po**

## This Listing for full starter kit and for mini charging box

## Free Shipping

## Limited Quantity Available

## Starter Kit

### 1X Juul Device

### 1X USB Charger

### 4X flavors pods

## Mini Charging Box

### 1X Charging box

### built-in 1200mah Battery

More to explore :  Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   HK Army Paintball Harnesses & Pods,
Fishing Rod Tri-Pods,   line 6 pod pro,   A Pea in the Pod Maternity Tops and Blouses,   pod chair

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



dre_sull



$3.00 Off* →

Have one to sell? Sell now

## Cool Cucumber J Pods, 1 Box Of 4 Pods

Condition: **New**

Quantity: 1    5 available

Price: **US $20.00**    Buy It Now    Add to cart

Best Offer:    Make Offer    Add to watch list

3-year protection plan from SquareTrade - $2.99

Ships from United States

Shipping: **$4.06** Standard Shipping | See details
Item location: Stockton, California, United States
Ships to: United States

Delivery: Estimated on or before **Wed. Apr. 03** to 22314

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

dre_sull (10 ★)
100% Positive feedback

Save this Seller
Contact seller
See other items

### People who viewed this item also viewed

Feedback on our suggestions

Mango J Pods, 1 Box Of 4 Pods
$20.00
+ Shipping

Cool Cucumber J Pods 8 Packs, Box Of 4
$100.00
+ Shipping

Description | Shipping and payments    Report item

eBay item number: 323754585099

Seller assumes all responsibility for this listing.

Last updated on Mar 26, 2019 19:01:52 PDT View all revisions

### Item specifics

Condition:      New: A brand-new, unused, unopened, undamaged item in its original packaging
                (where packaging is … Read more

1 box of Cool Cucumber comes with 4 free pods

Each pack contains 4 pods (5% Strength).

Jul compatible Vape pods.

Due to high volume of orders please be patient. Your order will be shipped in the timeliest manner.

If any questions please send me a message. I am happy to answer any questions you might have.


Thank you

MUST BE 18 (21 IN CA) YEARS OR OLDER TO PURCHASE




Back to search results                                                                                      Return to top

More to explore :   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   HK Army Paintball Harnesses & Pods,
Fishing Rod Tri-Pods,   A Pea in the Pod Maternity Tops and Blouses,   line 6 pod pro,   pod chair

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



a.cressotti69



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact — Sell | Orders | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

$3.00 Off* →

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics — Add to watch list

× 1 of 2

$ Have one to sell? Sell now

## 2019 Mango Pods 100% Authentic

Condition: **New**

Quantity: 1 More than 10 available

Price: **US $30.00** Buy It Now | Add to cart

Best Offer: Make Offer | Add to watch list

Ships from United States

Shipping: **$3.70** Standard Shipping | See details
Item location: Winsted, Connecticut, United States
Ships to: United States

Delivery: Estimated on or before **Wed. Apr. 03** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
a.cressotti69 (3 )
100% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2 — Feedback on our suggestions

2019 KandyPens Rubi Cartridge 3-Pack - 100%
$21.75
Free shipping
Almost gone

New Pack of 2 The Kind Pen Oil Variable Voltage 510
$19.95
Free shipping

*UU* PODS - 100% Authentic
$20.00
Free shipping

Boundless CFV Portable Device *NEWEST 2019
$97.99
Free shipping

Eonsmoke Brand new multiple flavors 6% nic
$17.99
+ $3.78

SMOK NORD Portable Pod System Cartridges Starter
$10.99
+ $5.46

Description | Shipping and payments — Report item

eBay item number: 312544719520

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| Model: | Juul | | |

2019 Mango Pods 100% Authentic. Condition is New. Shipped with USPS First Class Package.

Back to search results                                                                                     Return to top

More to explore :  Mango,   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   Computer Monitors WASABI MANGO,   Mango Coats & Jackets for Women,   Fishing Rod Tri-Pods,   line 6 pod pro

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



awakeandsell





Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay

ebay Shop by category | Search for anything | All Categories | Search

$3.00 Off*

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

$ Have one to sell? Sell now

## Mango Pods 5% (1 Pack Of 4 Pods) 100% Authentic, Free and Fast Shipping

4 viewed per hour

Condition: New

Quantity: 1    6 available / 7 sold in 24 hours

Price: US $19.99    Buy It Now    Add to cart

Best Offer:    Make Offer    Add to watch list

3-year protection plan from SquareTrade - $1.99

| Free delivery in 3 days | Limited quantity remaining | More than 53% sold |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by Sat. Mar. 30 | See details
Item location: Bethel, Connecticut, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 14 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
awakeandsell (56 )
96.6% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2    Feedback on our suggestions

New Pack of 2 The Kind Pen Oil Variable Voltage 510
$19.95
Free shipping

*UU* PODS - 100% Authentic
$20.00
Free shipping

SMOK² NOVO³ 450MAH 2ML ALL IN ONE POD³
$12.99
Free shipping

Brass Knuckles 2019 Gold Finish 650 mAh Battery 510
$9.99
Free shipping
Almost gone

1x 1eGo-T Vape0Pen 1100mAh Replacement
$3.99
Free shipping

1x ☆ ²eGo-T Vape²Pen ☆ 1100mAh Replacement
$3.49
Free shipping

Description | Shipping and payments    Report item

eBay item number: 323754512405

Seller assumes all responsibility for this listing.

Last updated on  Mar 27, 2019 07:22:30 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ...  Read more | Brand: | Juul |
| Country/Region of Manufacture: | United States | Model: | Juul Mango Pods 5.0% Strenght |

Mango Pods 5% (1 Pack Of 4 Pods)
Free and Fast Shipping From USA
Condition is New
Discrete Shipping
Buy 5 get 1 Free !!!! no promo code or coupon needed

Return to top

More to explore :  Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   X-Pod LEGO Sets & Packs,
Bat-Pod LEGO Sets & Packs,   HK Army Paintball Harnesses & Pods,   Fishing Rod Tri-Pods,   Nxe Pod Pack Indiana Paintball Harnesses & Pods

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



plehnevi17



ebay
Shop by category

Search for anything

All Categories ▾

Search

$3.00 Off*  →    ✕

Back to search results  |  Listed in category:   Consumer Electronics  ›  Other Consumer Electronics

Add to watch list

**100% Brand Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavor**

🔥 2,229 viewed per day

| | |
|---|---|
| Condition: | **New** |
| Colors: | - Select - |
| Quantity: | 1   More than 10 available / 118 sold |
| Price: | US $26.75 |

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $2.99

| 118 sold | Free shipping | Ships from United States |
|---|---|---|

Shipping: **FREE** Standard Shipping | See details
Item location: Watkinsville, Georgia, United States
Ships to: Worldwide

Delivery: Estimated on or before **Thu. Apr. 04** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal **CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
plehnevi17 ( 1 )
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell?   Sell now

**Similar sponsored items** 1/2


*UU* PODS - 100% Genuine
$22.95
Free shipping


10 COLOR STARTER* KIT DEVICE ONLY WITH USB
$28.88
Free shipping


PAX ERA NEW 100% Authentic FREE FAST
$26.99
Free shipping

*UU* PODS MINT - 100% Authentic
$29.00
Free shipping


JUUL Skin Decal Wrap Sticker Premium | PACK OF
$7.99
Free shipping
Popular


SMOK0 NOVO POD KIT Big Sale 450mAh US Stock
$22.68 $7.33
Free shipping
Popular

Feedback on our suggestions

**Frequently Bought Together** 1/2

Feedback on our suggestions













SPONSORED

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

SPONSORED

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

100% Authentic Brand New Classic menthol Pods 4 pods

$102.50
+ $3.74                    23 bids

Coil Refillable J Pod Compatible -- USA Stock! 4

$6.96

Free shipping

JILI Box Portable Power Bank and Pod Holder Free

$18.99

Free shipping

100% New Basic Starter1 Kit1 Creme Brulee Cool Mint

$28.69

Free shipping

---

**Description**    Shipping and payments                                                                Report item

Seller assumes all responsibility for this listing.

eBay item number: 362597564570

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL PODS |
| Brand: | Unbranded | | |

100% Brand New Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavors

---

Back to search results                                                                                          Return to top

More to explore :  Fruit of the Loom Men's 100% Cotton Solid Basic Tee T-Shirts,   laura mercier creme brulee,   Fruit of the Loom Basic Tees for Men,   tutti dolci creme brulee,
Fruit of the Loom Solid Basic Tees for Men,   Fruit of the Loom Basic Tees Unisex Adult T-Shirts,   princess house orchard medley,   R Pod,   pots de creme,   Lucky Brand 100% Cotton Basic Tees for Men

---

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



kytech2016_0



Brand New Mango P0ds US Seller Fast Shipping

🔥 9 viewed per hour

| Condition: | New |
| Quantity: | 1    More than 10 available / 1 sold |

Price: US $12.99

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $1.99

**Free delivery in 3 days**    Ships from United States

Shipping: 📦 FAST 'N FREE
Guaranteed by Tue. Apr. 02 | See details
Item location: Covington, United States
Ships to: United States See exclusions

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
kytech2016_0 (18 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

People who viewed this item also viewed



2019 Brand New Start Kit w/ 4 Variety Pods & Charger
$11.99
Free shipping



4 BRAND NEW SMOK TFV8 BIG BABY VAPE PYREX
$10.00
Free shipping



Yocan Evolve Plus XL Quad Coils Fast Free Shipping
$8.99
Free shipping



Brand NEW Magneto Improved Evolve Plus - US
$20.99
Free shipping



Brand New Black Start1 Kit1 W 4 Multiple P0ds US Seller
$26.00
Free shipping



NEW 0Wismec Presa 100W TC MOD Temperature
$32.99
+ Shipping

Frequently Bought Together 1/2








SPONSORED

Portable Power Bank and
Pod Holder USA SHIPPING

**$18.75**

Free shipping

SPONSORED

100% Authentic! Jmate PCC
- Portable Charging Case ***

**$27.99**

Free shipping

100% Authentic Brand New
Classic menthol Pods 4 pods

**$102.50**

+ $3.74                    23 bids

Coil Refillable J Pod
Compatible -- USA Stock! 4

**$6.96**

Free shipping

JILI Box Portable Power
Bank and Pod Holder Free

**$18.99**

Free shipping

100% New Basic Starter1
Kit1 Creme Brulee Cool Mint

**$28.69**

Free shipping

---

**Description**    Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number:  333134687892

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | JUUL PODS |
| Brand: | Unbranded | UPC: | Does not apply |

Package Included:
Option 1: 4 Mango P0ds
US Seller, Fast Shipping
No Return

---

Back to search results

Return to top

More to explore :  Fast Parts for Chrysler New Yorker,   Mango,   victoria secret mango temptation,   mango shoes,   Mango Pants for Women,   mango candy,   African Mango Herbs & Botanicals,   Mango Suits & Blazers for Women,   Ship Halfpenny US Colonial Coins,   mango t shirt

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



szeminhhangy



New Coil Refillable J Pod Compatible -- USA Stock! 4 Empty pods

🔥 27 viewed per day

| Condition: | New |
|---|---|
| Quantity: | 1   More than 10 available |
| Price: | US $6.99 |

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $1.99

Free shipping · Ships from United States

Shipping: FREE Standard Shipping | See details
Item location: KY, United States
Ships to: United States

Delivery: Estimated on or before Thu. Apr. 04 to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information
szeminhhangy (16 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell?  **Sell now**

Similar sponsored items                    Feedback on our suggestions


New ceramic refillable J pods . 4 empty J pods. Fits J
$12.99
Free shipping


Basic Starter Kit
$26.99
Free shipping


Portable Power Bank and Pod Holder USA SHIPPING
$18.75
Free shipping
Popular


Starter Kit
$26.99
Free shipping


New DAB POD Empty J Pods ceramic coil For
$9.25
Free shipping


4 Pack DAB POD Empty J Pods ceramic coil For
$20.00
+ $3.50

Frequently Bought Together  1/2                    Feedback on our suggestions

     

| SPONSORED | SPONSORED | 100% Authentic Brand New | Coil Refillable J Pod | JILI Box Portable Power | 100% New Basic Starter1 |
|---|---|---|---|---|---|
| Portable Power Bank and Pod Holder USA SHIPPING | 100% Authentic! Jmate PCC - Portable Charging Case *** | Classic menthol Pods 4 pods | Compatible -- USA Stock! 4 | Bank and Pod Holder Free | Kit1 Creme Brulee Cool Mint |
| $18.75 | $27.99 | $102.50 | $6.96 | $18.99 | $28.69 |
| Free shipping | Free shipping | + $3.74          23 bids | Free shipping | Free shipping | Free shipping |

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  283432520904

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
|---|---|---|---|
| MPN: | JUUL PODS | UPC: | Does not apply |

New Coil Refillable J Pod Compatible -- USA Stock! 4 Empty pods

1 pack

Back to search results                                                                          Return to top

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



sodal-87





Hi Sterne! | Daily Deals | Gift Cards | Help & Contact Sell | Orders | My eBay 4

ebay Shop by category | Search for anything | All Categories | Search

$3.00 Off* →

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

$ Have one to sell? Sell now

## 100% New Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavors

31 viewed per day

Condition: **New**

Model: - Select -

Quantity: 1 More than 10 available

Price: **US $31.55**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $3.99

Free delivery in 3 days | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Fri. Mar. 29** | See details
Item location: Savannah, Georgia, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
sodal-87 (2 )
100% Positive feedback

Save this Seller
Contact seller
See other items

People who viewed this item also viewed | Feedback on our suggestions

2019 Basic Starter1 Kit1 Device + Charger only
$20.99
Free shipping

100% New Basic Starter1 Kit1 Creme Brulee Cool Mint
$29.00
Free shipping

100% Brand Basic Starter1 Kit1 Creme Brulee Cool Mint
$28.99
Free shipping

Authentic Basic Starter1 Kit1 Creme Brulee Cool Mint
$32.00
Free shipping

100% Authentic Brand New Starter kit V3 Device Free
$61.00
Free shipping 6 bids

100% Authentic Brand New Starter kit V3 Device Free
$49.99
+ $9.94

Frequently Bought Together 1/2 | Feedback on our suggestions









SPONSORED

Portable Power Bank and
Pod Holder USA SHIPPING

$18.75

Free shipping

SPONSORED

Skin 4JUUL Vinyl Wrap skin
- 3M Decal Sticker - GUCCI

$5.99

Free shipping

100% Authentic! Jmate PCC
- Portable Charging Case ***

$27.99

Free shipping

Portable Charger Bower
Bank Black Color + FREE

$24.99

Free shipping

Skin 4JUUL Vinyl Wrap - 3M
Decal Sticker - Cool Designs

$6.50

Free shipping

Skin 4JUUL Vinyl Wrap skin
- 3M Decal Sticker - Spider-

$5.99

Free shipping

---

**Description**     **Shipping and payments**                                                                    Report item

Seller assumes all responsibility for this listing.

eBay item number:  183748379417

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | JUUL STARTER KIT JUUL PODS | | |

**100% New Basic Starter1 Kit1 Creme Brulee Cool Mint Fruit Medley 4 Pods Flavors**

---

Back to search results                                                                                           Return to top

More to explore :  Fruit of the Loom Men's 100% Cotton Solid Basic Tee T-Shirts,   laura mercier creme brulee,   Fruit of the Loom Basic Tees for Men,   tutti dolci creme brulee,
Fruit of the Loom Solid Basic Tees for Men,   Fruit of the Loom Basic Tees Unisex Adult T-Shirts,   princess house orchard medley,   R Pod,   pots de creme,   flavor extracts

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



yervansetoya



Mango Pods 5% (1 Pack Of 4 Pods) 100% Authentic, Free and Fast Shipping

🔥 1 viewed per hour

| Condition: | New |
| --- | --- |
| Time left: | 9d 13h 4/7, 12:00AM |

Starting bid: US $10.00   [0 bids]

Place bid

Enter US $10.00 or more

Price: US $25.00

Buy It Now

Add to cart

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $2.99

100% positive feedback

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
yervansetoya-0 (10 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

| Shipping: | $4.06  Standard Shipping | See details |
| --- | --- |
| | Item location: Glendale, California, United States |
| | Ships to: United States |
| Delivery: | Estimated on or before Sat. Apr. 13 to 22314 ⓘ |
| Payments: | PayPal  VISA  MasterCard  American Express  DISCOVER |
| | PayPal CREDIT |
| | Special financing available. Apply Now | See terms |
| Returns: | Seller does not accept returns | See details |

💲 Have one to sell?  Sell now

**Similar sponsored items**   Feedback on our suggestions



*UU* PODS - 100% Genuine

$22.95
Free shipping



100% Authentic Vaptio™ PT1* Coils - 2.0Ω - Pack of 5

$11.99
Free shipping

Description | Shipping and payments    Report item

Seller assumes all responsibility for this listing.

eBay item number: 323756003661

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Juul |
| Country/Region of Manufacture: | United States | Model: | Juul Mango Pods 5.0% Strenght |

Mango Pods 5% (1 Pack Of 4 Pods) 100% Authentic, Free and Fast Shipping. Condition is New. Shipped with USPS First Class Package.

Back to search results

Return to top

More to explore :  Grip Pod Bipods & Monopods,  R Pod,  Paintball Harnesses & Pods,  Fishing Rod Rod Pods,  A Pea In The Pod Maternity Dresses,  X-Pod LEGO Sets & Packs,  Bat-Pod LEGO Sets & Packs,  HK Army Paintball Harnesses & Pods,  Nxe Pod Pack Indiana Paintball Harnesses & Pods,  Fishing Rod Tri-Pods

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



grwilson_44



Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact

Sell | Orders | My eBay

ebay Shop by category

Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics

| Add to watch list

$ Have one to sell? Sell now

## Gold JUUL00 and all accessories Fast Free Shipping from USA

2 viewed per hour

Condition: **New**

Quantity: 1 — 2 available
4 sold in 24 hours / See feedback

Price: **US $38.00**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $3.99

| 44 sold | More than 95% sold | Free shipping |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by **Thu. Apr. 04** | See details
Item location: Oceanside, California, United States
Ships to: United States

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**grwilson_44** (37 ★)
97.4% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

PAX ERA NEW 100% Authentic FREE FAST
$26.99
Free shipping

NEW OEM DEVICE STARTER KIT LIMITE
$34.99
Free shipping

Authentic Boulder Rock 360mAH battery pen
$9.49
+ $2.99

Jpods J-Pods Compatible Empty Pods 0.7ML
$22.99
Free shipping
Almost gone

Authentic Yocan1 UNI Universal Portable Mod Free
$16.99
Free shipping

2019 Clone Vgod Stig Podd Kit Disposable Device hot
$15.99
Free shipping

## Sponsored Related Items 1/2

Feedback on our suggestions








Portable Power Bank and
Pod Holder USA SHIPPING

$18.75

Free shipping

Smoke Out Extract 1 oz by
Dr. Christophers Formulas

$11.86

Free shipping

4JUUL Juicebox | Aluminum
Protective Carry Case (Blue)

$45.00

Free shipping

100% Authentic! Jmate PCC
- Portable Charging Case ***

$27.99

Free shipping

Disposable Cigarette Filters
Bulk Economy Pack 360

$10.99

Free shipping

3d PRINTED Juul and Pod
Protection case custom

$25.99

Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on  Mar 28, 2019 16:42:51 PDT   View all revisions

eBay item number:  202611048314

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
|---|---|---|---|
| UPC: | Does not apply | MPN: | Does Not Apply |

### Description:

**Device Color:** LIMITED EDITION BLUSH GOLD
**-1x ( Rechargeable JUUL device)**
**-1x (Multi JUUL pod 4-pack)**
**-1x (USB charger)**

Back to search results

More to explore :  Rings Size 7 Free Shipping,   loose beads free shipping,   gemstone beads free shipping,   Fast,   Women Gold Watches Free Shipping Indiana Wristwatches,   From the Vault,   Laptop Free Shipping Indiana PC Laptops & Netbooks,   Bangle Bracelet Free Shipping Indiana Fashion Bracelets,   vegetable seeds free shipping,   nail polish free shipping

Return to top

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



yervansetoya-0



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact | Sell | Orders | My eBay | 2

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

# Mango Pods, Pods Mango Pack Of 4 Pods

**26 viewed per day**

Condition: **New**

Quantity: 1 More than 10 available

Price: **US $22.00**

Buy It Now

Add to cart

Best Offer: Make Offer

Add to watch list

3-year protection plan from SquareTrade - $2.99

**Ships from United States**

Shipping: **$4.06** Standard Shipping | See details
Item location: Glendale, California, United States
Ships to: United States

Delivery: Estimated on or before **Thu. Apr. 04** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Have one to sell? Sell now

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

**yervansetoya-0** (10 )
100% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Mango Pods 100% Authentic 4 Pods 1 Pack
$25.00
+ $3.70

Uwell² Crown 3 Coils / Crown III Heads SUS316
$9.67
~~$10.99~~
Free shipping

SMOK NOVO Pods Replacement Cartridges Kit
$17.27
Free shipping
Almost gone

The Real Jull pod system device And pods flavors
$16.99
Free shipping

Four J Pods Mint RAFFLE
$12.90
Free shipping

For Smoant1 S8 | ES Drip | Replacement Pods |
$5.60
~~$5.89~~
Free shipping

**Description** | **Shipping and payments** | Report item

eBay item number: 323757019151

Seller assumes all responsibility for this listing.

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more

Mango Pods Pods Gets 4 Packs Of Pods! Mango. Condition is New. Shipped with USPS First Class Package.

Back to search results

Return to top

More to explore :   Grip Pod Bipods & Monopods,   R Pod,   Fishing Rod Rod Pods,   Paintball Harnesses & Pods,   A Pea In The Pod Maternity Dresses,   HK Army Paintball Harnesses & Pods,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Fishing Rod Tri-Pods,   line 6 pod pro

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



cress.anton



Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact          Sell | My eBay

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics          | Add to watch list

$ Have one to sell? Sell now

## j pods mango 2019 model 8 packs per

1 viewed per hour

Condition: **New**

Quantity: 1     5 available

Price: **US $120.00**     Buy It Now | Add to cart

Best Offer:     Make Offer | Add to watch list

2-year protection plan from SquareTrade - $9.99

Ships from United States

Shipping: **$3.70** Standard Shipping | See details
Item location: Terryville, Connecticut, United States
Ships to: United States

Delivery: Estimated on or before **Sat. Apr. 06** to 20009

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT
No Interest if paid in full in 6 months on $99+. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**cress.anton** (9 )

Save this Seller
Contact seller
See other items

### Similar sponsored items 1/2

Feedback on our suggestions

Brand New JUULOO and ALL accesories US SELLER
$24.75
Free shipping

The Real Jull pod system device And pods flavors
$16.99
Free shipping

Blue JUUL00 and all accessory (Look at
$37.99
Free shipping

Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*
$42.99
Free shipping

Skin 3JuuL3 Vinyl Wrap - 3M DecalSticker (100%
$22.75
Free shipping

Rose JUUL00 and all accessory (Look at
$37.99
Free shipping

**Description** | **Shipping and payments**          Report item

eBay item number: 283436764525

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |

j pods mango 2019 model 8 packs per. Condition is New. Shipped with USPS First Class Package.

Back to search results
Return to top

More to explore :   Mango,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,
Lego Bat-Pod Batman LEGO Sets & Packs,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   A Pea In The Pod Maternity Dresses

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



tyijiafkju



Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact Sell | My eBay

ebay Shop by category Search for anything All Categories Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

$ Have one to sell? Sell now

## Brand New Pods multiple flavor Mango/CoolMint/Cucumber/Fruit/Classic KIT USA TOP

89 viewed per hour

Condition: **New**

FLA: tobacco strength

Quantity: 1 4 available / 2 sold in 1 hour

Price: **US $11.99** Buy It Now Add to cart Add to watch list

3-year protection plan from SquareTrade - $1.99

| 137 sold | More than 96% sold | Free shipping |
|---|---|---|

Shipping: **FREE** Standard Shipping | See details
Item location: KY, United States
Ships to: United States

Delivery: Estimated on or before **Mon. Apr. 08** to 20009

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**tyijiafkju** (2 )
75% Positive feedback

Save this Seller
Contact seller
See other items

Description | Shipping and payments | Report item

eBay item number: 133008578765

Seller assumes all responsibility for this listing.
Last updated on Mar 31, 2019 20:58:54 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | JUUL PODS | | |

1PACK: 4P0DS

Back to search results Return to top

More to explore : A Pea in the Pod Maternity Tops and Blouses, Mango, Mango Women's Tops & Blouses, flavor extracts, Cucumber Bar Soaps, flavor injector, candy flavoring, flavored toothpicks, Flavored Coffee, USA Industries Parts for Chevrolet Classic

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**zbest4less2012**



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact Sell | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

Have one to sell? Sell now

## Brand New 2X *Mango* Cool*mint* Fruit*Coolcum* Pods* , 4 In a pack fast shipping

70 viewed per hour

Condition: **New**

FLAVOR: - Select -

Quantity: 1 More than 10 available / 5 sold

Price: **US $42.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $6.99

Free shipping | Ships from United States | 12 watchers

Shipping: **FREE** Standard Shipping | See details
Item location: Riverside, California, United States
Ships to: United States

Delivery: Estimated between **Thu. Apr. 4 and Tue. Apr. 9**

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**zbest4less2012** (63 ★)
96.9% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Black JUUL00 and all accessory (Look at
$37.99
Free shipping

Blue JUUL00 and all accessory (Look at
$37.99
Free shipping

Rose JUUL00 and all accessory (Look at
$37.99
Free shipping

Brand New JUULOO and ALL accesories US SELLER
$24.75
Free shipping

JUUL00 and all accessory (Look at description,same as
$37.99
+ $4.00

350mAh VERTEX1 Push Button Battery Dab 510
$6.99
Free shipping

Description | Shipping and payments | Report item

eBay item number: 223466922466

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | mint pods |

| Country/Region of Manufacture: | United States | MPN: | juul pods juul starter kit |
| Brand: | Unbranded | | |

Back to search results

Return to top

More to explore :   Space Ship LEGO Sets & Packs,   Ship/Boat LEGO Sets & Packs,   Fast Parts for Saab 9-2X,   LEGO Sets & Packs Ship in a Bottle,   Mango,   X-Pod LEGO Sets & Packs,
Bat-Pod LEGO Sets & Packs,   Lego Bat-Pod Batman LEGO Sets & Packs,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Resistance Transport Pod LEGO Sets & Packs

About eBay       Announcements       Community       Security Center       Resolution Center       Seller Center       Policies       Affiliates       Help & Contact       Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



red-cherry2018



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact Sell | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

## SAVE UP TO 5% WHEN YOU BUY MORE

$ Have one to sell? Sell now

## JUUL00 and all accessory (Look at description,same as photo) US SHIPPING, Gold

4 viewed per hour

Condition: **New**

Bulk savings: Buy 1 **$37.99/ea** | Buy 2 **$36.85/ea** | Buy 3 **$36.47/ea**

Quantity: 1 **4 or more for $36.09/ea**

9 available / 1 sold

Unit price: **US $37.99/ea**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $3.99

| Delivery in 3 days | 30-day returns | Ships from United States |
|---|---|---|

Shipping: **$4.00** Standard Shipping | See details
Item location: Hillsboro, Kentucky, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Thu. Apr. 04** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Free 30 day returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**red-cherry2018** (1294 ★)
97.9% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Blue JUUL00 and all accessory (Look at
$37.99
Free shipping

Black JUUL00 and all accessory (Look at
$37.99
Free shipping

JUUL00 and accessory (Look at description,same as
$37.99
+ $4.00

Chip Grip - Thumb Hole Skin & Several Other Features
$3.99
Free shipping

Chippy Cord - Glow Lanyard Skin & Other Features
$4.99
Free shipping

Rose JUUL00 and all accessory (Look at
$37.99
Free shipping

Report item



**Description**     **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number:  183756591761

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
| Brand: | Unbranded | UPC: | Does not apply |

**Specification:**

**Package:**

-1x ( Rechargeable JUUL device)
-1x (Multi JUUL pod 4-pack)
-1x (USB charger)

**Flavor of Pods:** Combination, Tobacco, Fruit, Mint

BUILT TO SATISFY

The right nicotine strength and vapor quality to provide a powerful and smooth experience controlled power and temperature allow for a smooth delivery system liquid-to-wick cartridge system ensures thick, consistent, flavorful vapor.

SMART INTERFACE

Easy to use - no buttons or switches, simply insert JUULpod into JUUL and draw indicator light communicates battery life and pull strength magnetic USB charger internal temperature regulation.

TECHNOLOGY & CHEMISTRY

Small battery with high discharge rate to accommodate ~200 puffs/charge juice & cartridge sponge wick system efficiently deliver full and consistent vapor coil temperature regulation delivers appropriate amounts of power during use.

**Shipping Policy:**

1. Items will be shipped within 24 hours during the business days after payment cleared. (Sunday & Holidays NOT excluded)

2. Items will be delivered to your Paypal address. Please confirm it is correct. Providing your phone number would be better,it is useful for couriers if your address is hard to look for or you are not there.

3. The tracking number will be given for the customer to check the shipping status online.

4. We are not responsible for any wrong or undeliverable addresses. We can't change the shipping address after the item has been sent out. Please verify and update your shipping address on PayPal during checkout.

 **US Shipping: 3-5 business days deliver**

**Payment Method:**

PayPal Payments Must be from a verified PayPal account.



**Warranty Policy:**

1. Our products have 12 months warranty.A full refund can only be issued within 60 days.

2. If the return is due to the mistakes of buyers, for example, wrong purchase, no need of the batteries after transaction, or other artificial damages, the return shipping fee should paid by the buyer.



3. We can't receive if buyer return by yourselves according to the address on shipping package. We won't solve such case and buyer should responsible for the consequences.Please contact with us before return the item.

**Contact us:**

1. Any problem please contact me firstly , we make sure slove well and fast. please don't open case or leave nagetive feedback, thanks!

This is a private listing and your identity will not be disclosed to anyone except the seller.

More to explore : HO Scale Model Railroads & Trains with Used Look,   N Scale Model Railroads & Trains with Used Look,   All Water Types Aquarium Ships,   gold cruise ship charm,   Used Look Freight Cars,   Ship Halfpenny US Colonial Coins,   Photo Gold Fashion Pendants,   baby hair accessories free shipping,   ATP Camera and Photo Accessories,   Ship Cancel Ships,   Boats Gold US Naval Stamp Covers

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



jdonymous

















Have one to sell? Sell now

## Prop Juul- Plastic 3D Printed Fake Vape

17 viewed per day

Condition: **New**

Color: - Select -

Quantity: 1  6 available / 4 sold

Price: **US $3.99**

Buy It Now

Add to cart

Add to watch list

Ships from United States

Shipping: **$3.00** Standard Shipping | See details
Item location: Lebanon, Pennsylvania, United States
Ships to: United States

Delivery: Estimated on or before **Sat. Apr. 06** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**jdonymous** (0 )

Save this Seller
Contact seller
See other items

People who viewed this item also viewed

Feedback on our suggestions

(2) Juul Smoking Alternative E-Cigarette Vap $10
$6.99
Free shipping

JUUL Case
$40.00
+ Shipping

JUUL DEVICE MAROON (RED) (LIMITED EDITION)
$43.00
+ Shipping 6 bids

USED JUUL DEVICE MAROON (LIMITED
$35.00
+ Shipping

Sponsored Related Items 1/2

Feedback on our suggestions

| Portable Power Bank and Pod Holder USA SHIPPING | Brookside Dark Chocolate Acai and Blueberry Flavors | Nicotine Toothpicks Variety Pack (6) each flavor | Chip Grip - Thumb Hole Skin & Several Other Features | Muji Matcha Green Tea Chocolate Covered Dried | RAW Organic 1 1/4 Size Pre-Rolled Cones with Filter |
|---|---|---|---|---|---|
| $18.75 | $26.99 | $86.00 | $3.99 | $7.90 | $17.00 |
| Free shipping | Free shipping | + $4.81 | Free shipping | Free shipping | Free shipping |

---

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

Last updated on  Mar 15, 2019 16:01:18 PDT   View all revisions

eBay item number:  312518815068

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more | MPN: | Does Not Apply |
| Custom Bundle: | No | Modified Item: | No |
| Brand: | Unbranded | Country/Region of Manufacture: | United States |

Prop Juul- Plastic 3D Printed Fake Vape:

This is a nonfunctional replica of the Juul vaping device! It includes two holes at the top, which allows for air to flow through! From a short distance, it for a real device! Keep in mind, this is an all plastic, full scale replica of the Juul vaping device. It does not contain any electronic or nicotine products.

---

Back to search results

Return to top

More to explore :   JUUL,   3D Printing,   E-Cigs, Vapes & Mods,   E-Cig & Vape Accessories,   3D Printer & 3D Scanner Print Beds,   Plastic 3D Puzzles,   3D Printing Pens,   fake teeth,
E-Cigarettes, Vapes & Accessories,   Yoga Props

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**myrodoyl0**










Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

$ Have one to sell? Sell now

## Brand New JPods flavor Mango 4 In A Pack Fast Shipping

8 viewed per hour

Condition: **New**

Quantity: 1    6 available / 2 sold

Price: **US $21.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

Ships from United States

Shipping: **$4.00** Standard Shipping | See details
Item location: Oakdale, Louisiana, United States
Ships to: United States

Delivery: Estimated on or before **Mon. Apr. 08** to 20011

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
myrodoyl0 (18 )
100% Positive feedback

Save this Seller
Contact seller
See other items

People who viewed this item also viewed    Feedback on our suggestions

Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*
$42.99
Free shipping

Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*
$42.99
Free shipping

Sponsored Related Items 1/2    Feedback on our suggestions

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

Skin 4JuuL4 Vinyl Wrap - 3M Decal Sticker

$23.99

Free shipping

Skin 3JuuL3 Vinyl Wrap - 3M DecalSticker (100%

$22.75

Free shipping

Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*

$42.99

Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

Skin JU0UL Vinyl Wrap Sticker Charger Pod Guçci

$4.29

Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  312555140647

Last updated on  Apr 02, 2019 04:50:43 PDT   View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
|---|---|---|---|
| MPN: | JUUL PODS | | |

**Brand New Pods flavor Mango .**

Back to search results

Return to top

More to explore :  Space Ship LEGO Sets & Packs,   Ship/Boat LEGO Sets & Packs,   Fast Parts for Chrysler New Yorker,   LEGO Space Ship Complete Sets & Packs Lego,   LEGO Sets & Packs Ship in a Bottle,   Mango,   Ship/Boat Friends LEGO Sets & Packs,   Space Ship LEGO Sets & Packs Benny,   flavor extracts,   Pirates Ship/Boat LEGO Sets & Packs

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ


Norton SECURED

**betr-2**





Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay    5

ebay  Shop by category  Search for anything  All Categories  Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

# Black JUUL00 and all accessory (Look at description,same as photo) US SHIPPING

5 viewed per hour

Condition: **New**

Quantity: 1    6 available / 4 sold

Price: **US $29.99**

Buy It Now

Add to cart

Add to watch list

| Free shipping | 30-day returns | Ships from United States |
|---|---|---|

Shipping: FAST 'N FREE

Guaranteed by **Mon. Apr. 08** | See details

Item location: Houston, Texas, United States

Ships to: United States

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT

Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or get your money back. Learn more

**Seller information**

**betr-2** (0 )

Save this Seller

Contact seller

See other items

$ Have one to sell? Sell now

## Similar sponsored items 1/2

Feedback on our suggestions

CCELL Brand PALM Battery 550mAh THB07-Authorized

$21.99

Free shipping

JUUL00 and accessory (Look at description,same as

$37.99

Free shipping

JUUL00 and all accessory (Look at description,same as

$37.99

Free shipping

JUUL00 and the accessory (Look at description,same as

$37.99

Free shipping

JUUL00 and the accessory (Look at description,same as

$37.99

Free shipping

NEW BRAND 100% Airistech AIRIS MYSTICA II

$12.99

Free shipping

## Sponsored Related Items 1/2

Feedback on our suggestions

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping



Chip Grip - Thumb Hole Skin & Several Other Features

$3.99

Free shipping



Blue JUUL00 and all accessory (Look at

$37.99

Free shipping



Skin 4JuuL4 Vinyl Wrap - 3M Decal Sticker

$23.99

Free shipping

Black JUUL00 and all accessory (Look at

$37.99

Free shipping



Juujuubox | Juul00 Phone Case | Keep Device Secure |

$9.99

Free shipping

---

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number:   223467764284

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | | |

1 Black Device
1 Wireless Charger
1 Year Limited Warranty
4 Flavors: Mango, Cool Mint, Virginia Tobacco and Creme Brulee

---

Back to search results

Return to top

More to explore :   Wet Look Black Leggings for Women,   All Water Types Aquarium Ships,   Look Black Bicycle Pedals,   Black Look Cleat Bicycle Pedals,   Used Look Freight Cars,   Ship Halfpenny US Colonial Coins,   baby hair accessories free shipping,   All Star Black Baseball & Softball Apparel & Accessories,   Ship/Boat Black Building Toy Pieces & Accessories,   ATP Camera and Photo Accessories

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# metroimporting

Hi Sterne! ⌄    Daily Deals   Gift Cards   Help & Contact          Sell   Orders   My eBay   🔔   🛒 5

**ebay**   Shop by category ⌄   | Search for anything | All Categories ⌄ | Search |

‹   Back to search results | Listed in category:   Consumer Electronics ›   Other Consumer Electronics          ✉ f 🐦 📌   Add to watch list



Mango Pods 5% New Unopened (1 Pack of 4 Pods) 100% Authentic, Fast Shipping

🔥 3 viewed per hour

| Condition: | **New** |
| Quantity: | 1 | 10 available |

| Price: | US $19.99 | **Buy It Now** |
| | | **Add to cart** |
| Best Offer: | | **Make Offer** |
| | | ♡ Add to watch list |

☐ 3-year protection plan from SquareTrade - $1.99

**Ships from United States**

Shipping: $3.70 Standard Shipping | See details
Item location: New Milford, Connecticut, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before Mon. Apr. 08 to 22314
ⓘ

Payments: PayPal VISA 💳 💳 DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
metroimporting (3 )

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell? | Sell now

People who viewed this item also viewed          Feedback on our suggestions

     

| Mango Pods 5% New Unopened (1 Pack Of 4 | 100% Authentic Vaptio™ PT1® Coils - 2.0Ω - Pack of 5 | Mango Pods 5% (1 Pack Of 4 Pods) 100% Authentic, | Brand New MANGO PODS 100% Authentic-- (1 Pack Of | Mango Pods 5% (1 Pack Of 4 Pods) Free and Fast | Fruit Pods 5% (1 Pack Of 4 Pods), Fast Shipping |
| $19.00 | $11.99 | $39.69 | $38.99 | $24.00 | $25.00 |
| Free shipping   10 bids | Free shipping | Free shipping | Free shipping | Free shipping | + Shipping |

| **Description** | Shipping and payments |          Report item

Seller assumes all responsibility for this listing.          eBay item number: 192878239411

Last updated on Apr 02, 2019 07:02:54 PDT   View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |

| Country/Region of Manufacture: | United States | | Model: | Mango pods 5% |

Mango Pods 5% New Unopened (1 Pack of 4 Pods) 100% Authentic, Fast Shipping. Condition is New. Shipped with USPS First Class Package.

Back to search results                                                                                                                    Return to top

More to explore :   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   X-Pod LEGO Sets & Packs,
Bat-Pod LEGO Sets & Packs,   HK Army Paintball Harnesses & Pods,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Fishing Rod Tri-Pods

About eBay        Announcements        Community        Security Center        Resolution Center        Seller Center        Policies        Affiliates        Help & Contact        Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



keepvap1ng





Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay    5

ebay Shop by category    Search for anything    All Categories    Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

BUY 1, GET 1 AT 10% OFF (add 2 to cart) See all eligible items ▸

Have one to sell? Sell now

## Brand New Pods multiple flavor Mango/CoolMint/Cucumber/Fruit/Classic KIT USA TOP

9 viewed per hour

Condition: New

Flavor: - Select -

Quantity: 1    More than 10 available / 19 sold in 24 hours

Price: US $11.98

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $1.99

| Free delivery in 3 days | Ships from United States | 6 watchers |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by Fri. Apr. 05 | See details
Item location: Rowland Heights, California, United States
Ships to: United States See exclusions

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
keepvap1ng (108 ★)
98.2% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

People who viewed this item also viewed    Feedback on our suggestions

Brand New Pods multiple flavor
$11.98
Free shipping

Brand New Pods multiple flavor
$13.88
Free shipping

**Description** | **Shipping and payments**    Report item

eBay item number: 264265909452

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |

| MPN: | Does Not Apply | Model: | Pod |
|------|----------------|--------|-----|

Package include:

1pack=4pods

Back to search results                                                                                        Return to top

More to explore :   A Pea in the Pod Maternity Tops and Blouses,   Mango,   Mango Women's Tops & Blouses,   flavor extracts,   Cucumber Bar Soaps,   flavor injector,   candy flavoring,   flavored toothpicks,   Flavored Coffee,   USA Industries Parts for Chevrolet Classic

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# ageless911



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact Sell | Orders | My eBay 5

ebay Shop by category Search for anything All Categories Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

## Black Device and all accessory (Look at description,same as photo) US SHIPPING

Condition: **New**

Quantity: 1 10 available

Price: **US $29.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

Free shipping | 60-day returns | Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Houston, Texas, United States
Ships to: United States

Delivery: Estimated on or before **Tue. Apr. 09** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 60 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**ageless911** (3 )

Save this Seller
Contact seller
See other items

Have one to sell? Sell now

Description | Shipping and payments | Report item

eBay item number: 173859045052

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | | |

1 Device

4 Pods: Mango, Cool Mint, Virginia Tobacco and Creme Brulee

1 USB charger

1 Year Limited Warranty

**Version 3 (Newest) 2019**

**100% Original**

Back to search results

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



quimstores_914



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay  5

ebay  Shop by category  Search for anything  All Categories  Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

Have one to sell? Sell now

## Mango Pods 5% (1 Pack Of 4 Pods) Free and Fast Shipping

2 viewed per hour

Condition: **New**

Price: **US $24.00**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

Free shipping | 30-day returns | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Mon. Apr. 08** | See details
Item location: Yonkers, New York, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**quimstores_914** (5 )
100% Positive feedback

Save this Seller
Contact seller
See other items

People who viewed this item also viewed    Feedback on our suggestions

Mango Pods 5% (1 Pack Of 4 Pods) 100% Authentic,
$39.69
Free shipping

Mango Pods 5% New Unopened (1 Pack Of 4
$19.00
Free shipping 10 bids

Mango Pods 5% New Unopened (1 Pack of 4
$19.99
+ Shipping

Fruit Pods 5% (1 Pack Of 4 Pods), Fast Shipping
$25.00
+ Shipping

**Description** | **Shipping and payments**    Report item

eBay item number: 352632646485

Seller assumes all responsibility for this listing.

Last updated on Apr 02, 2019 05:45:28 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Juul |

| Country/Region of Manufacture: | United States | | Model: | Juul Mango Pods 5% Strength |
|---|---|---|---|---|

Mango Pods 5% (1 Pack Of 4 Pods) Free and Fast Shipping. Condition is New. Shipped with USPS First Class Package.

Back to search results                                                                                                    Return to top

More to explore :   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   X-Pod LEGO Sets & Packs,
Bat-Pod LEGO Sets & Packs,   HK Army Paintball Harnesses & Pods,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Fishing Rod Tri-Pods

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**highdesity**



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

$ Have one to sell? Sell now

## Brand New JUULOO and ALL accesories US SELLER SAME DAY SHIP MON - FRI

Condition: **New**

Model: - Select -

Quantity: 1    More than 10 available / 7 sold

Price: **US $12.49**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $1.99

Free delivery in 3 days | 30-day returns | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Fri. Apr. 05** if paid within 4 hrs 14 mins | See details
Item location: Spring Valley, California, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Free 30 day returns | See details

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
highdesity (3052 ★)
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2    Feedback on our suggestions

PAX ERA NEW 100% Authentic FREE FAST
$24.49
Free shipping

Vape-Pen Battery- With BUILT IN USB CHARGER-
$10.99
Free shipping
Popular

Blue JUUL00 and all accessory (Look at
$37.99
Free shipping

JUUL00 and accessory (Look at description,same as
$37.99
Free shipping

Black JUUL00 and all accessory (Look at
$37.99
Free shipping
Popular

JUUL00 and all accessory (Look at description,same as
$37.99
Free shipping

**Description** | **Shipping and payments**    Report item

eBay item number: 333137988670

Seller assumes all responsibility for this listing.

Last updated on Apr 01, 2019 22:51:00 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |

Brand:   Unbranded

**Satellite Wholesale Electronics**

highedesity (3052 ★)   100%

📧 Sign up for newsletter

Visit Store:   Satellite Wholesale Electronics

## Categories

| Satellite Receivers | › |
|---|---|
| Satellite Parts | › |
| XBMC Android Media Players | › |
| Other | › |

- Brand New JUULOO w/ 4 Variety P's & Charger
- US SELLER
- All orders will ship the same day when placed by 2pm PDT Monday thru Friday
- Message me with any questions
- Aroma Therapy Unit

---

People were also interested in

     

| Blue JUUL00 and all accessory (Look at | Brand New 2X *Mango* Cool*mint* Fruit*Coolcum* | Skin 3JuuL3 Vinyl Wrap - 3M DecalSticker (100% | Skin 4JUUL4 Vinyl Wrap - 3M Decal Sticker Book W/ | The Real Jull pod system device And pods flavors | Skin 3JuuL3 Vinyl Wrap - 3M Decal Sticker` (100% |
|---|---|---|---|---|---|
| $37.99 | $42.99 | $22.75 | $39.96 | $16.99 | $41.95 |
| Free | Free | Free | Free | Free | Free |

---

People who viewed this item also viewed   1/2

Feedback on our suggestions

‹       ›

| 2019 Brand New Start Kit w/ 4 Variety Pods & Charger | Brand New JUULOO and ALL accesories US SELLER | SMOK0 NOVO POD KIT Big Sale 450mAh US Stock | SMOK0 INFINIX ALL IN ONE AIO 250MAH 2ML | Myle device Royal Red Limited Edition , 100% | SMOK0 NOVO POD SYSTEM 450mah START0 |
|---|---|---|---|---|---|
| $11.99 | $24.75 | $13.99 | $8.00 | $11.99 | $9.85 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | Popular | | | Popular |

---

Back to search results

More to explore :   fried egg,   PAL Fried Indiana Art Paintings,   Mon Cheri Wedding Dresses,   Fried Green Tomatoes DVDs,   mon platin,   mon cheri wedding dress,   WWE Accesories Indiana Sports Action Figures,   mon sieur biome,   rorstrand mon amie,   mon tricot

Return to top

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



talfangkoyu





Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay

Shop by category    Search for anything    All Categories    Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

Have one to sell? Sell now

## Brand New MANGO PODS - Free Shipping - USPS FAST FREE SHIPPING

19 viewed per hour

Condition: **New**

Quantity: 1    5 available / 14 sold in 24 hours

Price: **US $12.96**    Buy It Now    Add to cart    Add to watch list

3-year protection plan from SquareTrade - $1.99

| Limited quantity remaining | More than 73% sold | Free shipping |
|---|---|---|

Shipping: **FREE** Standard Shipping | See details
Item location: CA, United States
Ships to: United States

Delivery: Estimated on or before **Wed. Apr. 10** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
talfangkoyu (23 )
82.9% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2    Feedback on our suggestions

4 Pack MANGO PODS Pod Cartridges- Fast First Class
$19.99
Free shipping

4 Pack Fruit Medley PODS Pod Cartridges - Free & Fast
$19.99
Free shipping

BRAND NEW *MANGO* COOL*MINT*
$18.99
Free shipping

4 Pack Cool Cucumber PODS Pod Cartridges -Free
$19.99
Free shipping

Mi-Pod Refillable Pods Pack - Brand New 2019 Free
$7.99
Free shipping
Popular

Mango pods 100% Authentic Guarantee free and Fast
$39.00
+ $3.74

Sponsored Related Items 1/2    Feedback on our suggestions













Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

Skin 4JuuL4 Vinyl Wrap - 3M Decal Sticker

$23.99

Free shipping

Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*

$42.99

Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

Blue JUUL00 and all accessory (Look at

$37.99

Free shipping

Skin JU0UL Vinyl Wrap Sticker Charger Pod Guçci

$4.29

Free shipping

---

**Description** | **Shipping and payments**                                              Report item

Seller assumes all responsibility for this listing.                    eBay item number:  312557199192

Last updated on  Apr 03, 2019 07:12:05 PDT   View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | J*** PODS MANGO |
| MPN: | juul pods | Model: | J PODS MANGO FLAVOR |
| UPC: | Does not apply | | |

Free Shipping

Limited Quantity available

This listing is for 1 Pack of *JUUL* PODS , Each Packs contains 4 PODS .

Shipping is free immediate and discrete using USPS first class with tracking number .

Other flavors available ,

Thanks,

---

Back to search results                                                          Return to top

More to explore :   Rings Size 7 Free Shipping,   loose beads free shipping,   gemstone beads free shipping,   Model Ship,   Laptop Free Shipping Indiana PC Laptops & Netbooks,   Bangle Bracelet Free Shipping Indiana Fashion Bracelets,   vegetable seeds free shipping,   nail polish free shipping,   Lipstick Free Shipping Indiana Lipsticks,   Aquarium Ships

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

 Norton SECURED

ivanbgatlanta



# 100% Brand new Basic Starter1 Kit1 4 Pods Flavor

🔥 39 viewed per hour

Condition: **New**

Quantity: 1 — More than 10 available / 17 sold

Price: US $29.99

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $2.99

**Delivery in 3 days** | Ships from United States | 9 watchers

Shipping: $3.74 Standard Shipping | See details
Item location: Tucker, Georgia, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Sat. Apr. 06** to 22314

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

ivanhbgatlanta (37 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

---

$ Have one to sell? **Sell now**

---

## Similar sponsored items 1/2

Feedback on our suggestions


Brand New JUULOO and ALL accesories US SELLER
$12.49
Free shipping


2019 Brand New Start Kit w/ 4 Variety Pods & Charger
$29.99
Free shipping


Portable Power Bank and Pod Holder USA SHIPPING
$18.75
Free shipping
Popular


Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*
$42.99
Free shipping


Skin 4JuuL4 Vinyl Wrap - 3M Decal Sticker
$23.99
Free shipping


Black JUUL00 and all accessory (Look at
$29.99
+ $3.70

---

## Sponsored Related Items 1/2

Feedback on our suggestions

---

Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact          Sell | Orders | My eBay 🔔 🛒 8

ebay    Shop by category ▾    Search for anything    All Categories ▾    Search

‹ Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    Add to watch list








| | | | | | |
|---|---|---|---|---|---|
| Portable Power Bank and Pod Holder USA SHIPPING | Skin 4JuuL4 Vinyl Wrap - 3M Decal Sticker | Brand New 2X *Mango* Cool*mint* Fruit*Coolcum* | 100% Authentic! Jmate PCC - Portable Charging Case *** | Blue JUUL00 and all accessory (Look at | Skin JU0UL Vinyl Wrap Sticker Charger Pod Guççi |
| $18.75 | $23.99 | $42.99 | $27.99 | $37.99 | $4.29 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  233187027117

Last updated on  Apr 02, 2019 13:27:55 PDT   View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
|---|---|---|---|
| MPN: | JUUL PODS JUUL STARTER KIT | | |

100% Brand Basic Starter1 Kit1 4 Pods Flavor. Condition is New. Shipped with USPS First Class Package.US TOP QUALLITY

Back to search results

Return to top

More to explore :  R Pod,   Fishing Rod Rod Pods,   Lucky Brand 100% Cotton Basic Tees for Men,   flavor extracts,   A Pea In The Pod Maternity Dresses,   flavor injector,   candy flavoring,   flavored toothpicks,   Flavored Coffee,   flavored water

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**downeastmed41**








Hi Sterne! | Daily Deals | Gift Cards | Help & Contact | Sell | Orders | My eBay | 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

Have one to sell? Sell now

## Brand New mango pods 1 pack of 4pods shipped within 24 hrs

9 viewed per hour

Condition: **New**

Quantity: 1 More than 10 available / 18 sold in 1 hour

Price: **US $11.00** Buy It Now | Add to cart

Best Offer: Make Offer | Add to watch list

3-year protection plan from SquareTrade - $1.99

| 28 sold | More than 69% sold | Free shipping |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by **Tue. Apr. 09** | See details
Item location: Turner, Maine, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**downeastmed41** (11 ⭐)
100% Positive feedback

Save this Seller
Contact seller
See other items

Sponsored Related Items 1/2 | Feedback on our suggestions

Portable Power Bank and Pod Holder USA SHIPPING
$18.75
Free shipping

Skin 4JuuL4 Vinyl Wrap - 3M Decal Sticker
$23.99
Free shipping

Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*
$42.99
Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***
$27.99
Free shipping

Blue JUUL00 and all accessory (Look at
$37.99
Free shipping

Skin JUOUL Vinyl Wrap Sticker Charger Pod Guççi
$4.29
Free shipping

**Description** | **Shipping and payments** | Report item

eBay item number: 362606660901

Seller assumes all responsibility for this listing.

Last updated on Apr 03, 2019 03:34:28 PDT View all revisions

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more

Brand: j***

| MPN: | JUUL PODS |
|------|-----------|

Brand New mango pods 1 pack of 4pods shipped within 24 hrs. Condition is New. Shipped with USPS First Class Package.

More to explore :  Space Ship LEGO Sets & Packs,  Ship/Boat LEGO Sets & Packs,  LEGO Space Ship Complete Sets & Packs Lego,  LEGO Sets & Packs Ship in a Bottle,  Mango,
X-Pod LEGO Sets & Packs,  Bat-Pod LEGO Sets & Packs,  Lego Bat-Pod Batman LEGO Sets & Packs,  Ship/Boat Friends LEGO Sets & Packs,  Nxe Pod Pack Indiana Paintball Harnesses & Pods

About eBay        Announcements        Community        Security Center        Resolution Center        Seller Center        Policies        Affiliates        Help & Contact        Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



nikobg1973



Hi **Sterne!** | Daily Deals | Gift Cards | Help & Contact  Sell | Orders | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

Have one to sell? **Sell now**

## Black JUUL00 and all accessory (Look at description,same as photo) US SHIPPING

93 viewed per day

Condition: **New**

Quantity: 1  More than 10 available / 1 sold

Price: **US $29.99**  Buy It Now  Add to cart

Best Offer: Make Offer  Add to watch list

3-year protection plan from SquareTrade - $2.99

**Delivery in 3 days**  Ships from United States

Shipping: **$3.70** Standard Shipping | See details
Item location: Tucker, Georgia, United States
Ships to: United States

Delivery: Estimated on or before **Sat. Apr. 06** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**nikobg1973** (69 ★)

Save this Seller
Contact seller
See other items

### Similar sponsored items 1/2

Feedback on our suggestions

JUUL00 and all accessory (Look at description,same as
$37.99
Free shipping

Brand New JUULOO and ALL accesories US SELLER
$12.49
Free shipping

Blue JUUL00 and all accessory (Look at
$37.99
Free shipping
Popular

JUUL00 and accessory (Look at description,same as
$37.99
Free shipping

Black JUUL00 and all accessory (Look at
$37.99
Free shipping
Popular

JUUL00 and the accessory (Look at description,same as
$37.99
Free shipping

**Description** | **Shipping and payments**  Report item

eBay item number: 264266682726

Seller assumes all responsibility for this listing.

Last updated on Apr 02, 2019 17:50:43 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |

| MPN: | Does Not Apply |
|------|----------------|

Black JUUL00 and all accessory (Look at description,same as photo) US SHIPPING . Condition is New. Shipped with USPS First Class Package.

More to explore :   Wet Look Black Leggings for Women,   All Water Types Aquarium Ships,   Look Black Bicycle Pedals,   Black Look Cleat Bicycle Pedals,   Used Look Freight Cars,
Ship Halfpenny US Colonial Coins,   baby hair accessories free shipping,   All Star Black Baseball & Softball Apparel & Accessories,   Ship/Boat Black Building Toy Pieces & Accessories,
ATP Camera and Photo Accessories

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**hotrendz**

Hi Sterne! ▾      Daily Deals    Gift Cards    Help & Contact                    Sell    Orders    My eBay    🔔         🛒 **8**

**ebay**    Shop by category ▾    [Search for anything]    All Categories ▾    Search

‹    Back to search results  |  Listed in category:    Consumer Electronics  ›  Other Consumer Electronics            ✉ 📘 🐦 📌   |   Add to watch list



### 4 Pack Mint PODS Pod Cartridges -Free & Fast Shipping! mango fruit cool

🔥 80 viewed per day

Condition:  **New**

Quantity:  [ 1 ]    More than 10 available / 3 sold

Price:  US $15.99          **Buy It Now**

                              **Add to cart**

                          ♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $1.99

**Free delivery in 3 days**  |  30-day returns  |  Ships from United States

Shipping:  🚚 **FAST 'N FREE**
          Guaranteed by **Sat. Apr. 06** if paid within 6 hrs 39 mins | See details
          Item location: Coos Bay, Oregon, United States
          Ships to: United States

Payments:  PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER
          **PayPal CREDIT**
          Special financing available. Apply Now | See terms

Returns:  30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
hotrendz (192 ⭐)
99.1% Positive feedback

♡ Save this Seller
Contact seller
See other items



💲 Have one to sell?  **Sell now**

---

### Similar sponsored items                                      Feedback on our suggestions

                                    

BRAND NEW *MANGO*        4 Pack Fruit Medley PODS    4 Pack MANGO PODS Pod      4 Pack Cool Cucumber       Brand New 2X *Mango*
COOL*MINT*               Pod Cartridges - Free & Fast  Cartridges- Fast First Class  PODS Pod Cartridges -Free  Cool*mint* Fruit*Coolcum*
$18.99                   $19.99                      $19.99                     $19.99                     $42.99
Free shipping            Free shipping               Free shipping              Free shipping              Free shipping

---

**Description** | Shipping and payments                                          Report item

Seller assumes all responsibility for this listing.                              eBay item number: 153438035608
Last updated on Apr 03, 2019 08:00:50 PDT  View all revisions

**Item specifics**

Condition:  New: A brand-new, unused, unopened, undamaged item in its original
           packaging (where packaging is ... Read more        Brand:  Unbranded

US Seller
Fast First Class Mail w/tracking number
Same Day Shipping
Discreet Packaging
Must be 21 to order.

4 Pack of flavored cartridges. Compatible with iPHA SWiS and JUUL style pod systems.

No refunds on opened packages.

Back to search results                                                                                                                   Return to top

More to explore :   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   X-Pod LEGO Sets & Packs,
Bat-Pod LEGO Sets & Packs,   HK Army Paintball Harnesses & Pods,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Fishing Rod Tri-Pods

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**2015.filta**



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact | Sell | Orders | My eBay | 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Cell Phones & Accessories > Cell Phone & Smartphone Parts | Add to watch list

Have one to sell? Sell now

## Brand New MANGO-Fruit-Mint PODS Clone - Free Shipping -USPS

26 viewed per day

Condition: **New**

Flavor: - Select -

Quantity: 1 More than 10 available

Price: **US $15.99**

Buy It Now

Add to cart

Add to watch list

Free delivery in 3 days | 30-day returns | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Sat. Apr. 06** | See details
Item location: Lakewood, California, United States
Ships to: United States and many other countries | See details

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
**2015.filta** (419 )
100% Positive feedback

Save this Seller
Contact seller
See other items

People who viewed this item also viewed

Feedback on our suggestions

Brand New MANGO-Fruit-Mint PODS Clone - Free
$15.99
Free shipping

Brand New MANGO-Fruit-Mint PODS Clone - Free
$15.99
Free shipping

**Description** | **Shipping and payments** | Report item

eBay item number: 153438247657

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | Pods |
| Brand: | Unbranded | MPN: | Does Not Apply |

# Brand New MANGO-Fruit-Mint PODS Clone - Free Shipping -USPS

## Box has 4 Pods

## Limited Quantity available

**This listing is for 1 Pack of *JUUL* PODS , Each Packs contains 4 PODS .**

**Shipping is free immediate and discrete using USPS first class with tracking number .**

Back to search results

More to explore :   USPS Shirt,   Rings Size 7 Free Shipping,   usps hat,   hk usp,   loose beads free shipping,   gemstone beads free shipping,   Mango,   usps t shirt,   clone,   usps tape

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



jafra1571



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay   5

ebay   Shop by category   Search for anything   All Categories   Search

Back to search results | Listed in category: Health & Beauty > E-Cigarettes, Vapes & Accs > E-Cigarette & Vape Accessories    | Add to watch list

## juul device *NEW*

Condition: **New**

Quantity: 1   More than 10 available

Price: **US $25.00**   Buy It Now   Add to cart

Best Offer:   Make Offer   Add to watch list

Free shipping | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Thu. Apr. 11** | See details
Item location: Dearborn, Michigan, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**jafra1571** (0 )

Save this Seller
Contact seller
See other items

$ Have one to sell? Sell now

### Similar sponsored items 1/2

Feedback on our suggestions

Aluminum JUUL™ Shell | Permanent Premium Shell
$16.99
Free shipping

Skin Decal for YourJUUL - TV Kills Everything - 2-Pack
$9.99
Free shipping

Brand New 2-pack JUUL USB magnetic charge pack
$4.75
Free shipping

Gold JUUL - Aluminum JUUL Shell | Premium JUUL
$19.99
Free shipping

Skin Decal for YourJUUL - Galactic - 2-Pack - Sticker
$9.99
Free shipping

JUUL Skin Wrap Decal Protective Vinyl Cover
$4.95
Free shipping

**Description** | **Shipping and payments**    Report item

eBay item number: 173861705261

Seller assumes all responsibility for this listing.

Last updated on Apr 04, 2019 15:11:08 PDT View all revisions

### Item specifics

Condition:        New: A brand-new, unused, unopened, undamaged item (including       Brand:      Unbranded
                  handmade items). See the seller's … Read more

juul device *NEW*. Condition is New. Shipped with USPS Priority Mail.

Back to search results                                                                                          Return to top

More to explore :   JUUL,   Anti-Theft Devices for Honda Accord,   Enterprise Firewall & VPN Devices,   Anti-Theft Devices for Nissan Altima,   Sound Devices,
Other Car Parking Assistance Devices for Chrysler New Yorker,   Motorcycle Electronics & Navigation Devices for Suzuki,   Anti-Theft Devices for Dodge Charger,   Anti-Theft Devices for Nissan Sentra,
Anti-Theft Devices for Chevrolet Malibu

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



noamartan_0



LIMITED EDITION JUUL DEVICE PINK 100% AUTHENTIC!

🔥 2 viewed per hour

| Condition: | New |
| --- | --- |

Price: US $150.00

**Buy It Now**

**Add to cart**

♡ Add to watch list

Free shipping    Ships from United States

Shipping: 🚚 FAST 'N FREE
Guaranteed by **Mon. Apr. 15** | See details
Item location: Oneonta, New York, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express Discover

**PayPal CREDIT**
No Interest if paid in full in 6 months on $99+. Apply Now
| See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
noamartan_0 ( 8 )
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?  **Sell now**







People who viewed this item also viewed

| | | | |
| --- | --- | --- | --- |
| JUUL DEVICE SILVER (LIMITED EDITION) 100% | LIMITED EDITION juul device PINK | JUUL DEVICE MAROON (RED) (LIMITED EDITION) | JUUL DEVICE MAROON (RED) (LIMITED EDITION) |
| $38.99 | $120.00 | $65.00 | $100.00 |
| Free shipping | + Shipping | Free shipping | + Shipping |

Sponsored Related Items 1/2













**Chip Grip - Thumb Hole Skin & Several Other Features**
$3.99
Free shipping

**Portable Power Bank and Pod Holder USA SHIPPING**
$18.75
Free shipping

**Juul00 Silicone Anti-Slip Cap & Grip Skin Cover Wrap**
$9.95
Free shipping

**4JUUL skin Skins Decal Wrap Sticker Premium -**
$3.99
Free shipping

**4JUUL Silicone Anti-Slip Cap & Case Grip Skin Cover**
$7.99
Free shipping

**Car Jimmy - Vape Holder for Car, Desk & Other Locations**
$3.99
Free shipping

---

**Description**  |  **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number: 192884125450

Last updated on  Apr 08, 2019 20:21:59 PDT   View all revisions

**Item specifics**

Condition:    New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more

Type:   Juul

Limited Edition Pink Juul. Condition is New. Shipped with USPS First Class Package. Brand new never used! Comes with complete starter kit! Magenta pink juul extremely RARE 100 get a hold of! Came from the official juul website.

---

Back to search results

Return to top

More to explore :  JUUL,   Limited Edition Fragrances for Women,   Limited Edition Perfumes for Women,   disney limited edition costume,   Limited Edition Eyeshadows,   Limited Edition DVD,
madonna limited edition,   Limited Edition Barbie Designer Editions,   Limited Edition VHS Tape,   swarovski limited edition

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



trisyeegdor_0

Hi **Sterne!** ∨ | Daily Deals | Gift Cards | Help & Contact          Sell | Orders | My eBay          🔔    🛒 **6**

**ebay**    Shop by category ∨      [Search for anything]    🔲    [All Categories ∨]    **Search**

< Back to search results | Listed in category:    Health & Beauty > E-Cigarettes, Vapes & Accs > E-Cigarette & Vape Accessories      ✉ 📘 🐦 📌 | Add to watch list



### LIMITED EDITION juul device PINK

🔥 **2 viewed per hour**

| Condition: | New |
|---|---|

| Price: | US $120.00 | **Buy It Now** |
|---|---|---|
| | | **Add to cart** |
| Best Offer: | | **Make Offer** |
| | | ♡ Add to watch list |

**Ships from United States**

| Shipping: | **$9.30** Expedited Shipping \| See details |
|---|---|
| | Item location: Newport Beach, California, United States |
| | Ships to: United States |
| Delivery: | **Estimated between Fri. Apr. 12 and Tue. Apr. 16** ⓘ |
| Payments: | PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER |
| | **PayPal CREDIT** |
| | No Interest if paid in full in 6 months on $99+. Apply Now \| See terms |
| Returns: | Seller does not accept returns \| See details |

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
trisyeegdor_0 (35 🌟)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell? | **Sell now**







---

Similar sponsored items                                                                    Feedback on our suggestions

JUUL DEVICE SILVER (LIMITED EDITION) 100%
$38.99
Free shipping

LIMITED EDITION JUUL DEVICE PINK 100%
$150.00
Free shipping

USED JUUL DEVICE MAROON (LIMITED
$35.00
+ $3.78

---

Sponsored Related Items 1/2                                                                Feedback on our suggestions

<








Chip Grip - Thumb Hole Skin & Several Other Features

$3.99

Free shipping

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

Juul00 Silicone Anti-Slip Cap & Grip Skin Cover Wrap

$9.95

Free shipping

4JUUL skin Skins Decal Wrap Sticker Premium -

$3.99

Free shipping

4JUUL Silicone Anti-Slip Cap & Case Grip Skin Cover

$7.99

Free shipping

Car Jimmy - Vape Holder for Car, Desk & Other Locations

$3.99

Free shipping

**Description**     **Shipping and payments**

Report item

eBay item number: 323769167497

Seller assumes all responsibility for this listing.

Last updated on  Apr 08, 2019 20:40:24 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more | Brand: | Unbranded |

LIMITED EDITION juul device PINK. Found at vape shop in garden grove, CA. RARE

3 Available

Back to search results

Return to top

More to explore :  JUUL,  Limited Edition Print Art Prints,  Limited Edition Fragrances for Women,  Limited Edition Perfumes for Women,  disney limited edition costume,  Limited Edition Eyeshadows,
Limited Edition DVD,  madonna limited edition,  Limited Edition Barbie Designer Editions,  Limited Edition VHS Tape

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

 Norton SECURED

golit_34



# Brand New Cool* Mint* Pods* 2 PACKS

2 viewed per hour

Condition: **New**

Quantity: 1 5 available

Price: **US $40.99** Buy It Now | Add to cart

Best Offer: Make Offer | Add to watch list

Same day shipping | Free shipping | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Mon. Apr. 15** if paid within 4 hrs 25 mins | See details
Item location: Bagdad, Kentucky, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
golit_34 (0 )

Save this Seller
Contact seller
See other items

Description | Shipping and payments | Report item

eBay item number: 382891412648

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| Modified Item: | No | Custom Bundle: | No |

2 PACKS Of Cool* Mint* Pods*. 4 Pods* In Each Pack.
Condition is New Sealed.
Shipped with USPS First Class Package. Same Business day.

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



harna_1763

Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact

Sell | Orders | My eBay 🔔 | 🛒 **8**

**ebay** Shop by category ▾

Search for anything | All Categories ▾ | Search

‹ Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics

✉ f 🐦 📌 | Add to watch list



### Brand New Starter3 Kit w/ 4 Variety Pods3 & Charger #T-JLV3

USA Seller, Top Quality, Ships out within 24 hours

🔥 **2 sold in last hour**

| Condition: | New |
| --- | --- |
| Color: | - Select - ▾ |
| Quantity: | 1 | More than 10 available / **17 sold** |

| Price: | US $27.98 | **Buy It Now** |
| --- | --- | --- |
| | | **Add to cart** |
| | | ♡ Add to watch list |

☐ **3-year protection plan** from SquareTrade - $2.99

**Free delivery in 4 days** | 30-day returns | Ships from United States

Shipping: 🚚 **FAST 'N FREE**
Guaranteed by **Mon. Apr. 15** | See details
Item location: Hillsboro, Missouri, United States
Ships to: United States

Payments: PayPal VISA 💳 AMEX DISCOVER

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
harna_1763 (12 ⭐)
92.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

💲 Have one to sell? | **Sell now**

---

### Similar sponsored items 1/2

Feedback on our suggestions

‹


Black JUUL00 and all accessory (Look at
$37.99
Free shipping


JULL PODSS 5% - 100% Genuine
$21.97
Free shipping


PAX ERA NEW 100% Authentic!!! NO Pods Same
$23.50
Free shipping


3PCS Smok² Novo Replacement Pods
$8.77
$10.44
Free shipping


SMOK Mico Resin AIO Pod Kit 700mAh System Kit with
$12.49
Free shipping


Mango Pods 4 Pods 1 Pack 8 Packs Total
$100.00
+ $3.70

›

### Sponsored Related Items

Feedback on our suggestions







Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

JILI Box Portable Power Bank and Pod Holder

$18.99

Free shipping

100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

Ju0ul Charging Base Stand Portable Charger Skin Pod

$17.99

Free shipping

**Description**   **Shipping and payments**                                                      Report item

eBay item number:   392273969213

Seller assumes all responsibility for this listing.

Last updated on  Apr 10, 2019 08:50:02 PDT   View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Juul Kit |
| Brand: | Branded | | |

2019 Brand New!
Comes with Device, 4 Pods (1 of each flavor, 5%), and charger

Back to search results                                                                        Return to top

More to explore :  Amp Parts for Dodge Charger,   Amp Wheels, Tires & Parts for Dodge Charger,   Amp Lug Nuts & Accessories for Dodge Charger,   OE Brand Parts for Dodge Charger,
Lucky Brand T-Shirts for Men,   diy tube amp kit,   headphone amp kit,   Lucky Brand T-Shirts for Women,   '47 Brand T-Shirts for Men,   4 channel headphone amp

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# ruleimports



Similar sponsored items 1/2



SMOK Mico Resin AIO Pod Kit 700mAh System Kit with
$12.49
Free shipping



PAX ERA NEW 100% Authentic!!! NO Pods Same
$23.50
Free shipping

Authentic novo pods
second pack get
20% OFF
• 1.2ohm pod
• 1.5ohm pod
• Ceramic pod
• Mesh pod
Authentic ²SMOK³ ²NOVO³ AIO² Pod Kit | Replacement
$9.98
Free shipping

Brand New Mango Pods , 1 pack of 4 pods , Condition is
$9.99
Free shipping



3PCS Smok² Novo Replacement Pods
$8.77
$10.44
Free shipping



Authentic SMOK0 Infinix Kit / FIT KIT / OPT 3pc
$9.99
Free shipping
Popular

Feedback on our suggestions

Description   Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 113714196581

Last updated on Apr 10, 2019 09:44:06 PDT   View all revisions

**Item specifics**

Condition:    New: A brand-new, unused, unopened, undamaged item in its original
              packaging (where packaging is … **Read more**

Brand:    Unbranded

100% Authentic & Brand New Mango Pods - Rare Availability. Condition is New. Shipped with USPS First Class Package.

More to explore :   Mango,   R Pod,   100 amp power supply,   Amp Parts for Ford F-100 Ranger,   federal pacific 100 amp breaker,   100 amp contactor,   pod chair,   100 amp diode,   100 amp meter socket,   rare 100 dollar bill

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**wii_store**





FREE EXPEDITED SHIPPING ON ORDERS OVER $30 See all eligible items ▸

## 1pack of cool cucumber for urookha-9

Condition: **New**

Price: **US $13.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $1.99

Free delivery in 4 days | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Mon. Apr. 15** | See details
Item location: Rowland Heights, California, United States
Ships to: United States See exclusions

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Have one to sell? Sell now

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
wii_store (301 ★)
94.1% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2    Feedback on our suggestions

20PCS 50cm Rigid Strip Lights 36 leds Cool White
$15.19
~~$15.99~~
Free shipping

Cool Metal Bullet Model USB 2.0 Memory Stick Flash Pen
$3.99
+ $2.00

Skin JUOUL Vinyl Wrap Sticker Charger Pod Guççi
$4.29
Free shipping

Plastic Vinyl Record USB Cup Warmer Office School
$14.99
Free shipping

Original iSub V TC vapee pen atomizerr pyrex glass
$12.49
+ $4.00
Almost gone

Silver Stainless Steel Rotatable 510 Drip Tip Cool
$3.50
Free shipping

**Description** | **Shipping and payments**    Report item

eBay item number: 283446864973

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | UPC: | Does not apply |

Pod

**⚡ FREE EXPEDITED SHIPPING** ON ORDERS OVER $30   **See all eligible items ▶**

Consumer electronics &vape,ego-t,evod.

Shipping discount will be applied when you add qualifying items from wii_store to your cart

**All promotional offers from wii_store**



Authentic iMini Bud Touch Kit 510 Thread Cartridge 500mah Preheat Battery US

**US $8.88**



EVOD1 4 IN 1 COMPLETE KITS! US SELLER-FREE SAME DAY SHIPPING!

**US $8.60**

**+**

See all

Offer is subject to change without notice, while supplies last.

Offer conditions | Learn about pricing

You can change quantities in your cart.

Back to search results

Return to top

More to explore :  Cooling Systems for Saab 9-3,   Cooling Systems for Mazda CX-9,   Cooling Systems for Saab 9-5,   Performance Radiator Cooling Systems for Saab 9-3,   Valeo Right Cooling Systems for Saab 9-3,   Dorman Cooling Fans & Kits for Mazda CX-9,   Flex-a-lite Cooling Systems for Mazda CX-9,   Gates Cooling Systems for Saab 9-3 Left,   Stant Cooling Systems for Saab 9-3,   MotoRad Cooling Systems for Saab 9-3

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



sagrif-66

Hi Sterne! | Daily Deals | Gift Cards | Help & Contact

Sell | Orders | My eBay

**ebay**

Shop by category

Search for anything | All Categories | Search

Consumer Electronics > Other Consumer Electronics

Add to watch list



     

Have one to sell? **Sell now**

## BRAND NEW~Pods Choice of 6 Flavors~1 Pack of 4 Pods 100% Authentic

🔥 29 viewed per hour

| | |
|---|---|
| Condition: | **New** |
| Fruit Medley: | - Select - |
| Quantity: | 1    4 available / **2 sold** in 1 hour |

| Price: | US $27.00 | **Buy It Now** |
|---|---|---|
| | | **Add to cart** |
| | | ♡ Add to watch list |

☐ **3-year protection plan** from SquareTrade - $2.99

| Limited quantity remaining | More than 66% sold | Ships from United States |
|---|---|---|

| Shipping: | $7.29 Standard Shipping | See details |
|---|---|---|
| | Item location: Erlanger, Kentucky, United States | |
| | Ships to: United States | |
| Delivery: | Estimated between **Tue. Apr. 16** and **Thu. Apr. 18** to 22314 ⓘ | |
| Payments: | PayPal VISA MasterCard AMEX DISCOVER | |
| Returns: | Seller does not accept returns | See details | |

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

sagrif-66 (5)

100% Positive feedback

♡ Save this Seller

Contact seller

See other items

---

Similar sponsored items 1/2

Feedback on our suggestions

NKD 100 Salt 30ml Keep it 100 - USA SELLER FREE
$18.88
Free shipping

J pods compatible with jul00
$12.89
Free shipping

JULL PODSS AND KITS 5% - 100% Genuine
$22.97
Free shipping

JULL PODSS 5% - 100% Genuine - SHIPS QUICKLY
$21.96
Free shipping

MYLE Device, ALL COLORS
$20.99
Free shipping

ORGANIC cbd FULL SPECTRUM+real terpenes-
$25.00
Free shipping

Sponsored Related Items

Feedback on our suggestions



J-PODS
Ceramic Rod Coil, No burning taste
Delivery pure flavor huge vapor

100 x Ceramic Coil Refillable
Compatible J-Pods

**$100.00**
Free shipping

J pods compatible with jul00

**$12.89**
Free shipping

(5-100) Jpods J-Pods
Compatible Empty Pods

**$14.99**
Free shipping

---

**Description** | **Shipping and payments**

Report item

eBay item number: 143210583876

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Flavor: | Friut, Virgina, Classic,Creme, Mango & Cool |
| Custom Bundle: | No | UPC 849205005706: | Does Not Apply |
| UPC: | 0819913011399 | Model: | Pods |
| MPN: | Does Not Apply | Modified Item: | No |
| Brand: | J*** | Country/Region of Manufacture: | United States |

BRAND NEW~Pods Choice of 6 Flavors~1 Pack of 4 Pods 100% Authentic

Limited Quantity
New & Factory Sealed
1 Box contains 4 Pods
6 Flavors to choose from
5.0% Strength
Made in USA 2019
USPS Shipping
Any questions, please contact us before making a purchase. We do combine shipping on multiple purchases. Please bring this to our attention so it's items are described to the best of our knowledge. Due to the nature of this product, this item is non-refundable. Thank you.

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results

Return to top

More to explore : Grip Pod Bipods & Monopods, R Pod, Paintball Harnesses & Pods, Fishing Rod Rod Pods, line 6 pod pro, line 6 bass pod, A Pea In The Pod Maternity Dresses, X-Pod LEGO Sets & Packs, Bat-Pod LEGO Sets & Packs, HK Army Paintball Harnesses & Pods

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# walou-19

Hi **Sterne!** | Daily Deals | Gift Cards | Help & Contact     Sell | Orders | My eBay 🔔 🛒 **8**

**ebay** Shop by category ▾    | Search for anything | ⊞ | All Categories ▾ | **Search** |

‹ Back to search results | Listed in category: Consumer Electronics › Other Consumer Electronics    ✉ f 🐦 📌 | Add to watch list



### 2019 Brand New Start Kit w/ 4 Variety Pods & Charger FREE SHIPPING USA

| Condition: | New |
| Colors: | - Select - ▾ |
| Quantity: | 1  More than 10 available / **12 sold** |

| Price: | US $27.75 | **Buy It Now** |
| | | **Add to cart** |
| | | ♡ Add to watch list |

☐ 3-year protection plan from SquareTrade - $2.99

**Free shipping** | Ships from United States

Shipping: 🚚 **FAST 'N FREE**
Guaranteed by **Thu. Apr. 18** | See details
Item location: Athens, Georgia, United States
Ships to: Worldwide

Payments: PayPal VISA ● ● ● ●

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**
Ⓢ eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
walou-19 ( 1 )
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell? | **Sell now**

---

Similar sponsored items 1/2    Feedback on our suggestions

‹


100% New Basic Starter1 Kit1 black color. W/ 4 pods
$28.85
Free shipping


NKD 100 Salt 30ml Keep it 100 - USA SELLER FREE
$18.88
Free shipping


MYLE Device, ALL COLORS
$20.99
Free shipping


Portable Power Bank and Pod Holder USA SHIPPING
$18.75
Free shipping
Popular


JUUL PODSS 5% - 100% Genuine - SHIPS QUICKLY
$21.96
Free shipping


JILI Box Portable Power Bank and Pod Holder
$18.99
Free shipping
Popular

›

Sponsored Related Items 1/2    Feedback on our suggestions



**REFILLABLE PODS**











New Coil Refillable J Pod Compatible -- USA Stock! 4

$6.96

Free shipping

Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping

Fast Charger Power Bank Leather Case Compact &

$17.99

Free shipping

DEVICE MAROON (LIMITED EDITION) 100%

$69.99

+ $4.99

Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Cool Designs

$6.50

Free shipping

Portable Power Bank and Cartridge Holder USA

$19.99

Free shipping

---

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

Last updated on  Apr 11, 2019 14:56:22 PDT  View all revisions

eBay item number:   312568849669

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | n/a |
| Custom Bundle: | No | Modified Item: | No |
| MPN: | JUUL PODS STARTER KIT | Country/Region of Manufacture: | Unknown |
| Brand: | Unbranded | | |

## 2019 New Start Kit w/ 4 Variety Pods (Cool, Fruit, Creme, Virginia)  & Charger

### Color Send Randomly (Silver, Grey)

---

Back to search results

Return to top

More to explore :   USA Industries Charging & Starting Systems for Dodge Charger,   Amp Parts for Dodge Charger,   USA Industries Starters for Dodge Charger,   USA Industries Parts for Dodge Charger,
CIPA-USA Headlights for Dodge Charger,   CIPA-USA Parts for Dodge Charger,   USA Industries Charging & Starting Systems for Toyota Tacoma,
Car Remote Start System Kits for Dodge Charger with Unspecified Warranty Length,   Mopar Car Remote Start System Kits for Dodge Charger,   Audiovox Car Remote Start System Kits for Dodge Charger

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



stealt_80



100% New Basic Starter1 Kit1  black color. W/ 4 pods (US seller FAST Shipping)

🔥 3 viewed per hour

Condition: **New**

Quantity: 1   3 available / 1 sold

Price: US $28.85

**Buy It Now**

**Add to cart**

Best Offer:   **Make Offer**

♡ Add to watch list

Free shipping   Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Long Beach, California, United States
Ships to: United States

Delivery: Estimated on or before **Fri. Apr. 19** to 22314

Payments: PayPal VISA MasterCard AMEX DISCOVER

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
stealt_80 (0 )

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?   **Sell now**

---

**Similar sponsored items** 1/2

Feedback on our suggestions








JULL PODSS 5% - 100% Genuine - SHIPS QUICKLY
$21.96
Free shipping

Vaporesso² Renova ZERO² Replacement Pod Cartridges
$7.47
$8.49
Free shipping

100% NEW SMOK² NOVO 450mah 2ML ALL IN ONE
$12.99
Free shipping

JL PODS - -USPS FAST SHIPPING 4 IN A PACK
$22.99
+ $4.00

Portable Power Bank and Pod Holder USA SHIPPING
$18.75
Free shipping
Popular

JILI Box Portable Power Bank and Pod Holder
$18.99
Free shipping
Popular

---

**Sponsored Related Items** 1/2

Feedback on our suggestions



New Coil Refillable J Pod Compatible -- USA Stock! 4

$6.96

Free shipping



Portable Power Bank and Pod Holder USA SHIPPING

$18.75

Free shipping



Fast Charger Power Bank Leather Case Compact &

$17.99

Free shipping



DEVICE MAROON (LIMITED EDITION) 100%

$69.99

+ $4.99



Skin 4JUUL Vinyl Wrap - 3M Decal Sticker - Cool Designs

$6.50

Free shipping



Portable Power Bank and Cartridge Holder USA

$19.99

Free shipping

---

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number: 183770000779

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | JUUL STARTER KIT JUUL PODS | | |

1 device +charger
4pck pods multi flav

---

Back to search results

Return to top

More to explore :   Fast Parts for Chrysler New Yorker,   Basic Jackets Multi-Color Outerwear (Sizes 4 & Up) for Boys,   Basic Jackets Multi-Color Outerwear (Sizes 4 & Up) for Girls,   Basic Coats Multi-Color Outerwear (Sizes 4 & Up) for Girls,   Winter Basic Jackets Multi-Color Outerwear (Sizes 4 & Up) for Girls,   Basic Coats Multi-Color Outerwear (Sizes 4 & Up) for Boys,   Fast Parts for Audi 100,   Polyester Basic Jackets Multi-Color Outerwear (Sizes 4 & Up) for Girls,   Polyester Basic Jackets Multi-Color Outerwear (Sizes 4 & Up) for Boys,   fast color bandana

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



slade_222



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Collectibles > Tobacciana > Other Tobacciana | Add to watch list

Have one to sell? Sell now

## Juul00 Starter (EVERYTHING SEEN IN PHOTOS COMES UPON PURCHASE)

3 viewed per hour

Condition: **New**

Quantity: 1    8 available / 1 sold

Price: **US $32.99**

Buy It Now

Add to cart

Add to watch list

**Free shipping** | Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Pompano Beach, Florida, United States
Ships to: United States

Delivery: Estimated on or before **Fri. Apr. 19** to 22314

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**slade_222** (13 ★)
100% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2    Feedback on our suggestions

Anime 4JUUL Skin
$9.99
+ $2.99

American Flag 4JUUL Skin
$9.99
+ $2.99
Last one

Mary J 4JUUL Skin
$9.99
+ $2.99
Last one

Concrete Man 4JUUL Skin
$9.99
+ $2.99
Last one

The Struggle 4JUUL skin
$9.99
Free shipping

R2V2 4Juul skin
$9.99
+ $2.99

**Description** | **Shipping and payments**    Report item

eBay item number: 202651480774

Seller assumes all responsibility for this listing.

Last updated on Apr 11, 2019 20:15:22 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more | Brand: | Unbranded |

Juul Starter (EVERYTHING SEEN IN PHOTOS COMES UPON PURCHASE) . Condition is New. Shipped with USPS First Class Package.

More to explore :   As Seen On TV,   Everything Else,   once upon a time book,   As Seen On TV Unisex Wallets,   a short history of nearly everything,   come along winch,
As Seen On TV Spray Vitamins & Minerals,   the cat in the hat comes back,   Once Upon a Time (2011 TV series) DVDs & Blu-ray Discs,   As Seen On TV Unisex Sunglasses

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



alejandrpiedr1



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay

Shop by category    Search for anything    All Categories    Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

1 de 1

$ Have one to sell? Sell now

## Brand New MANGO PODS (1 Pack Of 4 Pods)

13 viewed per day

Condition: **New**

Quantity: 1    More than 10 available

Price: **US $15.99**

Buy It Now

Add to cart

Add to watch list

Ships from United States

Shipping: **$3.78** Standard Shipping | See details
Item location: Miami, Florida, United States
Ships to: Worldwide

Delivery: Estimated on or before **Fri. Apr. 19** to 22314

Payments: PayPal VISA MasterCard American Express DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**alejandrpiedr1** (0 )

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2    Feedback on our suggestions

3pcs Vgod² Stig1 Podd Kit² Disposable All in one Device
$14.87
~~$15.99~~
Free shipping

100% NEW SMOK² NOVO 450mah 2ML ALL IN ONE
$12.99
Free shipping

Empty MYLE° Pods (4 of Pack) Fill Your Own Pods
$16.99
Free shipping

Pods Cartridges Cora Ikrusher ALD Amaze VFire
$23.95
Free shipping

1x Piece Iced Mango Bomb Stig² US Seller Fast
$5.99
+ $3.78

Brand New!!! SMOK³ Priv One | Stick AIO | Coils |
$7.59
Free shipping

Description | Shipping and payments    Report item

eBay item number: 202651905779

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| Country/Region of Manufacture: | United States | Custom Bundle: | No |
| MPN: | Does Not Apply | Model: | JUUL MANGO POD |
| UPC: | Does not apply | | |

Brand New MANGO PODS (1 Pack Of 4 Pods) - 100% Authentic. Condition is New. Shipped with USPS First Class Package.

Back to search results Return to top

More to explore :   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   A Pea In The Pod Maternity Dresses,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   HK Army Paintball Harnesses & Pods,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Fishing Rod Tri-Pods

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



joose-6877



Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact                    Sell | Orders | My eBay | 🔔 | 🛒 8

**ebay** | Shop by category ▾ | Search for anything [🔍] | All Categories ▾ | Search

‹ Back to search results | Listed in category:  Consumer Electronics > Other Consumer Electronics            ✉ f 🐦 📌 | Add to watch list

## Lot Of 5 Packs 20 Brand New Liquid Variety Pack Pods Limited Quantity Rare

🔥 16 viewed per hour

| | |
|---|---|
| Condition: | New |
| Price: | US $89.99 |

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watch list ]

☐ 2-year protection plan from SquareTrade - $9.99

**Ships from United States**

| | |
|---|---|
| Shipping: | $8.99 Standard Shipping | See details |
| | Item location: Naples, Florida, United States |
| | Ships to: United States |
| Delivery: | Estimated between **Thu. Apr. 18** and **Sat. Apr. 20** to 22314 |
| Payments: | PayPal VISA 💳 💳 DISCOVER |
| | PayPal CREDIT |
| | Special financing available. Apply Now | See terms |
| Returns: | Seller does not accept returns | See details |

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

### Seller information
joose-6877 (39 ⭐)
97.6% Positive feedback

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell?   [ Sell now ]

---

Similar sponsored items 1/2                                        Feedback on our suggestions

     

| Start Kit w/ 4 Variety pods (SAME DAY FAST | Empty MYLÉ® Pods (4 of Pack) Fill Your Own Pods | Jpods J-Pods Compatible Empty Pods 0.7ML | Pods Cartridges Cora Ikrusher ALD Amaze VFire | SMOK³ ROLO BADGE (3-Pack) Pod Replacement | 100% NEW SMOK² NOVO 450mah 2ML ALL IN ONE |
|---|---|---|---|---|---|
| $38.50 | $16.99 | $22.99 | $23.95 | $9.99 | $12.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | Almost gone | Almost gone | Last one | |

---

Sponsored Related Items                                          Feedback on our suggestions

   

Portable Power Bank and
Pod Holder USA SHIPPING

**$18.75**

Free shipping

100% Authentic! Jmate PCC
- Portable Charging Case ***

**$27.99**

Free shipping

Ju0ul Charging Base Stand
Portable Charger Skin Pod

**$17.99**

Free shipping

JILI Box Portable Power
Bank and Pod Holder

**$18.99**

Free shipping

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number:   283452713623

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | UPC: | Does not apply |
| Custom Bundle: | No | Model: | JUUL MANGO POD |
| MPN: | JUUL MANGO POD 5% | Country/Region of Manufacture: | United States |
| Brand: | Unbranded | | |

Lot Of 5 Packs 20 Brand New Liquid Variety Pack Pods Limited Quantity Rare. Condition is New. Shipped with USPS First Class Package.

---

Back to search results

Return to top

More to explore :   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Handy Pack Ignition Systems for Chrysler New Yorker,   Handy Pack Headlights for Chrysler New Yorker,   Handy Pack Interior Parts for Chrysler New Yorker,   Lego Bat-Pod Batman LEGO Sets & Packs,   New York City LEGO Sets & Packs,   Battle Pack LEGO Sets & Packs,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Resistance Transport Pod LEGO Sets & Packs

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



slhan_40



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay  5

Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Musical Instruments & Gear > Guitars & Basses > Acoustic Guitars    | Add to watch list

## juul00 starter (EVERYTHING SEEN IN PHOTOS COMES UPON PURCHASE)

13 viewed per day

Condition: **New**

Quantity: 1    10 available

Price: **US $32.99**

Buy It Now

Add to cart

Add to watch list

Free shipping | Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Fort Lauderdale, Florida, United States
Ships to: United States

Delivery: Estimated on or before **Mon. Apr. 22** to 22314

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**slhan_40** (0 )

Save this Seller
Contact seller
See other items

$ **Have one to sell?** Sell now

**Description** | **Shipping and payments**    Report item

eBay item number: 153451788595

Seller assumes all responsibility for this listing.
Last updated on Apr 14, 2019 14:52:45 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Branded |
| Custom Bundle: | No | Model Year: | 2019 |
| Series: | juul | | |

juul00 starter (EVERYTHING SEEN IN PHOTOS COMES UPON PURCHASE). Condition is New. Shipped with USPS First Class Package.

Back to search results    Return to top

More to explore : As Seen On TV, Everything Else, once upon a time book, As Seen On TV Unisex Wallets, a short history of nearly everything, come along winch, As Seen On TV Spray Vitamins & Minerals, the cat in the hat comes back, Once Upon a Time (2011 TV series) DVDs & Blu-ray Discs, As Seen On TV Unisex Sunglasses

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



wanyancai559














Hi **Sterne!** | Daily Deals | Gift Cards | Help & Contact     Sell | Orders | My eBay     5

ebay Shop by category     Search for anything     All Categories     Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics     | Add to watch list

$ **Have one to sell?** Sell now

## Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top

Fast shipping within 24Hours

22 viewed per hour

Condition: **New**

Color: - Select -

Quantity: 1     5 available / 4 sold in 1 hour

Price: **US $20.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

| Limited quantity remaining | More than 66% sold | Free shipping |
|---|---|---|

Shipping: **FREE** Standard Shipping | See details
Item location: KY/CA, United States
Ships to: United States

Delivery: Estimated on or before **Wed. Apr. 24** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**wanyancai559** (1 )

100% Positive feedback

Save this Seller

Contact seller

See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Portable Charging Case Skin Cartridge P00d Holder USA
$26.99
Free shipping

J pods compatible with jul00
$13.99
Free shipping

Pods Cartridges Cora Ikrusher ALD Amaze VFire
$23.95
Free shipping
Almost gone

Empty MYLE° Pods (4 of Pack) Fill Your Own Pods
$16.99
Free shipping

100% AUTHENTIC SMOK² Novo Portable Pod Kit (450
$9.99
Free shipping
Popular

Jmate Mango PODs PCC Case 1200mah Power Bank
$23.99
Free shipping

## Sponsored Related Items

Feedback on our suggestions

| | | | | | |
|---|---|---|---|---|---|
| Jmate Mango PODs PCC Case 1200mah Power Bank | 3d PRINTED Juul and Pod Protection case custom | 100% Authentic! Jmate PCC - Portable Charging Case *** | Ju0ul Charging Base Stand Portable Charger Skin Pod | JILI Box Portable Power Bank and Pod Holder | Colorful Design - 2 PACK FOR 4JUUL skin Wrap - 3M |
| $23.99 | $25.99 | $27.99 | $17.99 | $18.99 | $5.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**   Shipping and payments                                                    Report item

eBay item number:   382905784189

Seller assumes all responsibility for this listing.
Last updated on  Apr 17, 2019 02:19:05 PDT   View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | JUUL PODS JUUL STARTER KIT | | |

Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top

1pcs/set

Back to search results                                                                        Return to top

More to explore :  Amp Parts for Dodge Charger,   Fast Parts for Dodge Charger,   Car Remote Start System Kits for Dodge Charger with Unspecified Warranty Length,
Fast Lighting & Lamps for Dodge Charger,   US Amps,   Wood Ship Model Kit,   Fast Parts for Chrysler New Yorker,   A Pea in the Pod Maternity Tops and Blouses,   Boat & Ship Model Toys & Kits,   R Pod

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



wenwen996_4



**Starter Kit1 Silver Device With 4-PODS Brand New 1PC BOX #JUU069**

🔥 11 viewed per hour

Condition: **New**

Quantity: 1    3 available / 1 sold in 1 hour

Price: US $29.99

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to watch list ]

☐ 3-year protection plan from SquareTrade - $2.99

**Free shipping**    Ships from United States

Shipping: **FREE** Economy Shipping | See details
Item location: CA, United States
Ships to: United States See exclusions

Delivery: Estimated between **Wed. Apr. 24 and Thu. May. 2** ⓘ

Payments: PayPal VISA MasterCard American Express Discover
PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 14 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
wenwen996_4 (13 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?   [ Sell now ]

---

**Similar sponsored items** 1/2    Feedback on our suggestions

     

Pods Cartridges Cora Ikrusher ALD Amaze VFire
$23.95
Free shipping
Almost gone

OVNS JC01 3 pack - 1.5ohm 0.7ml Ceramic Cartridges
$9.98
Free shipping

J pods compatible with jul00
$13.99
Free shipping

Authentic SILVER EDITION Device Only, Fast
$44.99
+ $8.94

Authentic ³SMOK² ³NOVO³ AIO³ Pod Kit | Replacement
$9.98
Free shipping
Almost gone

Empty MYLÉ® Pods (4 of Pack) Fill Your Own Pods
$16.99
Free shipping

---

**Sponsored Related Items**    Feedback on our suggestions





Jmate Mango PODs PCC
Case 1200mah Power Bank

$23.99

Free shipping



3d PRINTED Juul and Pod
Protection case custom

$25.99

Free shipping



100% Authentic! Jmate PCC
- Portable Charging Case ***

$27.99

Free shipping



Ju0ul Charging Base Stand
Portable Charger Skin Pod

$17.99

Free shipping



JILI Box Portable Power
Bank and Pod Holder

$18.99

Free shipping



Colorful Design - 2 PACK
FOR 4JUUL skin Wrap - 3M

$5.99

Free shipping

---

**Description**   Shipping and payments

Report item

eBay item number:  153454681894

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | Kit |
| Brand: | Unbranded | MPN: | JUUL KIT |
| UPC: | Does not apply | | |

Silver DEVICE  With 4-PODS FREE SHIPPING 1PC
orders placed Saturday and Sundays will ship the following Monday.

---

Back to search results

Return to top

More to explore :  Starters for Chrysler New Yorker,  MSD Starters for Chrysler New Yorker,  DENSO Starters for Chrysler New Yorker,  Remy Starters for Chrysler New Yorker,  MPA Starters for Chrysler New Yorker,  Bosch Starters for Chrysler New Yorker,  ACDelco Starters for Chrysler New Yorker,  Nastra Starters for Chrysler New Yorker,  Dodge Starters for Chrysler New Yorker,  R Pod

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



lostandfoundnyc



Brand New | Mango Pods | FAST FREE
SHIPPING | USA | 1 Pack

🔥 14 viewed per hour

| | |
|---|---|
| Condition: | **New** |
| Quantity: | 1   More than 10 available |
| Price: | US $19.99 |

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ **3-year protection plan** from SquareTrade - $1.99

**Free delivery in 4 days**   Ships from United States

Shipping: 🚚 **FAST 'N FREE**
Guaranteed by **Mon. Apr. 22** | See details
Item location: Bridgeport, Connecticut, United States
Ships to: Worldwide

Payments: PayPal  VISA  MasterCard  American Express  Discover

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your
money back. Learn more

**Seller information**
lostandfoundnyc (196 ⭐)
100% Positive feedback

♡ **Save this Seller**
Contact seller
See other items

---

💲 Have one to sell?   **Sell now**

---

Similar sponsored items 1/2                                         Feedback on our suggestions


(2 PACK) 4Juul 3 ft Black
Skin USB Charger Cable
$8.98
Free shipping


Portable Charging Case Skin
Cartridge P00d Holder USA
$26.99
Free shipping


J pods compatible with jul00
$13.99
Free shipping


Black Skin USB Charger For
Juul00 Magnetic Charger
$8.99
Free shipping


Beautiful Skin Decal Wrap
for JUUL Sticker | American
$8.99
Free shipping


SMOK0 NOVO POD
SYSTEM 450mah START0
$9.85
Free shipping
Popular

---

Sponsored Related Items                                              Feedback on our suggestions







| Jmate Mango PODs PCC Case 1200mah Power Bank | 3d PRINTED Juul and Pod Protection case custom | 100% Authentic! Jmate PCC - Portable Charging Case *** | Ju0ul Charging Base Stand Portable Charger Skin Pod | JILI Box Portable Power Bank and Pod Holder | Colorful Design - 2 PACK FOR 4JUUL skin Wrap - 3M |
|---|---|---|---|---|---|
| $23.99 | $25.99 | $27.99 | $17.99 | $18.99 | $5.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

**Description**  |  **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.
Last updated on  Apr 17, 2019 07:27:18 PDT   View all revisions

eBay item number:   283454786975

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Juul Charger Juul Pods | | |

Free Shipping

Limited Quantity Available

This listing is for 1 Pack of  PODS. Each pack contains 4 PODS.

Shipping is free immediate and discrete using USPS first class with tracking number.

Other flavors available.

More to explore :  Space Ship LEGO Sets & Packs ,  Ship/Boat LEGO Sets & Packs ,  Rings Size 7 Free Shipping ,  Fast Parts for Chrysler New Yorker ,  LEGO Space Ship Complete Sets & Packs Lego ,
LEGO Sets & Packs Ship in a Bottle ,  loose beads free shipping ,  gemstone beads free shipping ,  Mango ,  X-Pod LEGO Sets & Packs

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# cellsellco



   



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact          Sell | Orders | My eBay   5

ebay  Shop by category   Search for anything   All Categories   Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics     | Add to watch list

**Jmate PODS Brand New Flavor Mango Cucumber Cool Mint Cream Brulee Classic Tobacc**

33 viewed per hour

Condition: **New**

Model: - Select -

Quantity: 1   More than 10 available

Price: **US $18.90**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $1.99

Delivery in 4 days | Ships from United States

Shipping: **$11.20** Expedited Shipping | See details
Item location: Plano, Texas, United States
Ships to: United States

Delivery: Estimated on or before **Mon. Apr. 22** to 22314

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**cellsellco** (343 ★)
97.6% Positive feedback

Save this Seller
Contact seller
See other items

$ Have one to sell? Sell now

Similar sponsored items 1/2          Feedback on our suggestions

Portable Charging Case Skin Cartridge P00d Holder USA
$26.99
Free shipping

10 piece G2 .5ml or 1ML 510 THREAD CARTRIDGE
$12.99
Free shipping
Popular

Jmate Mango PODs PCC Case 1200mah Power Bank
$23.99
Free shipping

OVNS JC01 3 pack - 1.5ohm 0.7ml Ceramic Cartridges
$9.98
Free shipping

J pods compatible with jul00
$13.99
Free shipping

10/20Pcs Silver 1ml Oil Tank Cartridge Dual Coil ABS
$14.59
Free shipping
Almost gone

Sponsored Related Items          Feedback on our suggestions

**Jmate Mango PODs PCC Case 1200mah Power Bank**

$23.99

Free shipping



**3d PRINTED Juul and Pod Protection case custom**

$25.99

Free shipping



**100% Authentic! Jmate PCC - Portable Charging Case ***

$27.99

Free shipping

**Ju0ul Charging Base Stand Portable Charger Skin Pod**

$17.99

Free shipping



**JILI Box Portable Power Bank and Pod Holder**

$18.99

Free shipping



**Colorful Design - 2 PACK FOR 4JUUL skin Wrap - 3M**

$5.99

Free shipping

---

**Description**  |  **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

eBay item number:  283454989240

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Juul Charger Juul Pods |
| Brand: | Unbranded | | |

Brand new ,Mango Cucumber Cream Brulee Classic tobba  Cool Mint pods condition new

Shipped with USPS First Class

THIS LISTING IS FOR 1 PACK OF PODS , EACH PACK CONTAINS 4 PODS

**AGE +21 OVER ONLY**

Same day free shipping...

---

Back to search results

Return to top

More to explore :  Mango,  flavor extracts,  laura mercier creme brulee,  flavor injector,  candy flavoring,  flavored toothpicks,  Flavored Coffee,  flavored water,  C-10 Mint-Brand New G Scale Model Railroad Locomotives,  tutti dolci creme brulee

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice



jesla-370



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Orders | My eBay

ebay Shop by category    Search for anything    All Categories    Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

## New Starter kit with 4 pods CoolMint Cucumber Fruit Medley Creme Brulee #JUU00

**10 viewed per day**

Condition: **New**

Quantity: 1    More than 10 available

Price: **US $27.99**    Buy It Now    Add to cart

Best Offer:    Make Offer    Add to watch list

3-year protection plan from SquareTrade - $2.99

**Free delivery in 4 days**    Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Mon. Apr. 22** if paid within 6 hrs 5 mins | See details
Item location: Chicago, Illinois, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
jesla-370 (2 )
100% Positive feedback

Save this Seller
Contact seller
See other items

$ Have one to sell? Sell now

Similar sponsored items    Feedback on our suggestions

Authentic SILVER EDITION Device Only, Fast
$44.99
+ $8.94

CARPET MEDLEY GREY TRUNKLINER NIPPON
$140.30
Free shipping

Description | Shipping and payments    Report item

eBay item number: 143218819141

Seller assumes all responsibility for this listing.
Last updated on Apr 17, 2019 05:20:46 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original | Brand: | Unbranded |

| | | | |
|---|---|---|---|
| | packaging (where packaging is … Read more | | |
| Modified Item: | No | Custom Bundle: | No |
| MPN: | JUUL STARTER KIT JUUL PODS | | |

New Starter kit with 4 pods CoolMint Cucumber Fruit Medley and Creme Brulee Condition is New. Pleast let me know which color you would prefer upon checkout in messages otherv
Will ship same or next business day USPS first class.

Back to search results                                                                                                                                                      Return to top

More to explore :   laura mercier creme brulee,   tutti dolci creme brulee,   Starters for Chrysler New Yorker,   Fire Starter Kit Fire Starters,   MSD Starters for Chrysler New Yorker,
DENSO Starters for Chrysler New Yorker,   Remy Starters for Chrysler New Yorker,   Wilson Starters for Chrysler New Yorker,   MPA Starters for Chrysler New Yorker,   Bosch Starters for Chrysler New Yorker

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**colorsbyher**



**Brand New | Mango Pods | FAST FREE SHIPPING | USA | 1 Pack**

🔥 85 viewed per hour

Condition: **New**

Model: - Select -

Quantity: 1    More than 10 available / 132 sold in 24 hours

Price: US $18.50

[Buy It Now]

[Add to cart]

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $1.99

| 132 sold | More than 70% sold | Free shipping |

Shipping: 🚚 **FAST 'N FREE**
Guaranteed by **Wed. Apr. 24** | See details
Item location: Plano, Texas, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express DISCOVER
PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
colorsbyher (63 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items










$ Have one to sell?  [Sell now]

Similar sponsored items 1/2    Feedback on our suggestions

OVNS0 JC01 POD SYSTEM START KIT* ULTRA
$16.90
Free shipping

J pods compatible with jul00
$13.99
Free shipping

Jmate Mango PODs PCC Case 1200mah Power Bank
$25.99
Free shipping

SMOK0 INFINIX POD SYSTEM 250MAH 2ML
$17.95
Free shipping

Authentic SILVER EDITION Device Only, Fast
$44.99
+ $8.94

Portable Power Bank and Cartridge Holder P0od USA
$24.49
Free shipping

Related Sponsored Items    Feedback on our suggestions







Jmate Mango PODs PCC
Case 1200mah Power Bank

$25.99
Free shipping

100% Authentic! Jmate PCC
- Portable Charging Case ***

$27.99
Free shipping

Colorful Design - 2 PACK
FOR 4JUUL skin Wrap - 3M

$5.99
Free shipping

Ju0ul Charging Base Stand
Portable Charger Skin Pod

$17.99
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number: 273811016195

Seller assumes all responsibility for this listing.
Last updated on  Apr 17, 2019 19:31:55 PDT   View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Juul Charger Juul Pods |
| Brand: | Unbranded | | |

Free Shipping
ONLY OVER  AGE +21

Limited Quantity Available

This listing is for 1 Pack of  PODS. Each pack contains 4 PODS.

Shipping is USPS first class with tracking number.

Other flavors available.

Back to search results

Return to top

More to explore :   Space Ship LEGO Sets & Packs,   Ship/Boat LEGO Sets & Packs,   Rings Size 7 Free Shipping,   Fast Parts for Chrysler New Yorker,   LEGO Space Ship Complete Sets & Packs Lego,
LEGO Sets & Packs Ship in a Bottle,   loose beads free shipping,   gemstone beads free shipping,   Mango,   X-Pod LEGO Sets & Packs

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



nidahamaye-0



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact Sell | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

## Mango Pods 5% High Quality Compatible Tastes Just Like The Original

71 viewed per day

Condition: **New**

Quantity: 1 More than 10 available / 14 sold

Price: **US $14.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $1.99

Free shipping | Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Philadelphia, Pennsylvania, United States
Ships to: United States

Delivery: Estimated between **Thu. Apr. 25 and Tue. Apr. 30**

Payments: PayPal VISA MasterCard American Express Discover

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**nidahamaye-0** (11 )
100% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell? Sell now

Similar sponsored items 1/2 Feedback on our suggestions

LOSTO VAPEO ORION QUEST Q POD ALL IN ONE
$29.90
Free shipping

Authentic SILVER EDITION Device Only, Fast
$44.99
+ $8.94

5Pcs/Pack SMOK NORD AIO Replacement Coils
$10.99
Free shipping

OVNSO JC01 POD SYSTEM START KIT* ULTRA
$16.90
Free shipping

Boulder Rock Pods
$11.99
Free shipping

2PCS Orion Quest Q Lost Vape2 Pods
$9.88
~~$10.51~~
Free shipping

Description | Shipping and payments | Report item

eBay item number: 113721645495

Seller assumes all responsibility for this listing.

### Item specifics

Condition: New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more

Mango Pods 5% High Quality Compatible Tastes Just Like The Original. Condition is New. Shipped with USPS First Class Package.

Back to search results                                                                                                                Return to top

More to explore :   Quality-Built Parts for Mazda 5,   Quality-Built Starters for Mazda 5,   American Girl Dolls Just Like You,   just like home,   Bad Taste Bears,   Mango,   R Pod,   taste of home,
high quality headphones,   tasting spoons

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



emadors15





$ Have one to sell? Sell now

## Coolmint Pod J****l

7 viewed per hour

Condition: New

Quantity: 1    8 available / 29 sold in 24 hours

Price: US $13.99    Buy It Now    Add to cart

Best Offer:    Make Offer    Add to watch list

3-year protection plan from SquareTrade - $1.99

| 32 sold | More than 79% sold | Free shipping |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by Mon. Apr. 29 | See details
Item location: Dearborn, Michigan, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

emadors15 (104 )
100% Positive feedback

Save this Seller
Contact seller
See other items

Description | Shipping and payments    Report item

eBay item number: 333166039670

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |

Coolmint Pod J****l. Condition is New. Shipped with USPS Priority Mail.

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

limeri-26



J**L Pods Mango/CoolMint/Cucumber/Fruit/ flavors USA TOP seller-Free Shipping

| | |
|---|---|
| Condition: | New |
| FLAVOR: | - Select - |
| Quantity: | 1    More than 10 available |

Price: US $16.99

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $1.99

**Free delivery in 4 days**   Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Sat. Apr. 27**  | See details
Item location: Greenville, North Carolina, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
limeri-26 ( 1 )
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?  **Sell now**

---

**Similar sponsored items** 1/2


Coolmint Pod J****l

$13.99
Free shipping


J pods compatible with jul00

$13.99
Free shipping
Almost gone


Brand New Start Kit w/ 4 Variety Pods & Charger

$26.98
Free shipping


Jmate Mango PODs PCC Case 1200mah Power Bank

$24.99
Free shipping


Brand New Pods multiple flavor Mango/Cool

$9.88
Free shipping


Mint Podz 5% 100% Authentic

$24.99
Free shipping

Feedback on our suggestions

---

**Related Sponsored Items**

Feedback on our suggestions





(5-100) Jpods J-Pods
Compatible Empty Pods

$14.99
Free shipping

J pods compatible with jul00

$13.99
Free shipping

3pcs JUSTFOG MINIFIT
Pod 1.5ml Capacity 1.6ohm

$8.91
$10.48
Free shipping

**Description**   **Shipping and payments**

Report item

eBay item number:  202660020871

Seller assumes all responsibility for this listing.
Last updated on  Apr 22, 2019 19:34:44 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | mango pods |
| Brand: | Unbranded | MPN: | JUUL PODS |

J**L MANGO ,COOL MINT , CUCUMBER PODS / 4 Pods per Pack -

FREE FAST SHIPPING

This listing is for 1 Pack of J**L PODS  , Each Pack Contains 4 PODS .

Flavors Available : MANGO, COOL MINT ,Cucumber

We Ship normally in same day if order is placed before 3 Pm .

Shipping is free Immediate and Discrete using USPS first class with tracking number .

Thanks,

Back to search results

Return to top

More to explore :   Free People Tops & Blouses Size L for Women,   J. Jill Tops & Blouses Size L for Women,   Rings Size 7 Free Shipping,   Fat Free Flavored Coffee,   Mangos Fruits,   Flavored Coffee,   Caffeine Free Flavored Coffee,   A Pea in the Pod Maternity Tops and Blouses,   loose beads free shipping,   gemstone beads free shipping

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

oofzcuky2



Hi Sterne! ⌄ | Daily Deals | Gift Cards | Help & Contact    Sell   Recently Viewed   My eBay   🔔   🛒 8

**ebay**   Shop by category ⌄ | Search for anything | 🔍 | All Categories ⌄ | Search

< Back to search results | Listed in category:   Consumer Electronics  >  Other Consumer Electronics    ✉ f 🐦 📌  Add to watch list

**Unbranded Gold Starter Kit with 4 Variety Pods and Usb Charger**

🔥 25 viewed per hour

Condition: **New**

Quantity: [ 1 ]   More than 10 available / 7 sold in 24 hours

Price: US $34.99

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watch list ]

☐ 3-year protection plan from SquareTrade - $3.99

**Free delivery in 4 days**  |  Ships from United States  |  6 watchers

Shipping:  🚚 FAST 'N FREE
Guaranteed by **Sat. Apr. 27** | See details
Item location: Flushing, New York, United States
Ships to: Worldwide

Payments:  PayPal  VISA  MasterCard  American Express  DISCOVER
**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns:  Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
oofzcuky2 (535 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

💲 Have one to sell?  [ Sell now ]

---

Similar sponsored items  1/2    Feedback on our suggestions

< 

Jmate Mango PODS PCC Case 1200mah Power Bank
$24.99
Free shipping

Brand New Start Kit w/ 4 Variety Pods & Charger
$26.98
Free shipping

Coolmint Pod J****l
$13.99
Free shipping

Portable Power Bank and Cartridge Holder USA FREE
$22.99
Free shipping

Portable Charging Case Skin P00d Holder USA
$25.99
Free shipping

J pods compatible with jul00
$13.99
Free shipping
Almost gone

>

---

Related Sponsored Items    Feedback on our suggestions






| | | | |
|---|---|---|---|
| Jmate Mango PODs PCC Case 1200mah Power Bank | Jmate Mango PODs PCC Case 1200mah Power Bank | Juujuubox | Juul00 Phone Case | Keep Device Secure | | NEW 4JUUL SKIN 3M DECAL WRAP / STICKER - |
| $23.99 | $23.99 | $9.99 | $4.99 |
| Free shipping | Free shipping | Free shipping | Free shipping |

---

**Description**   **Shipping and payments**    <span style="float:right">Report item</span>

Seller assumes all responsibility for this listing.    <span style="float:right">eBay item number:  233206320485</span>

Last updated on  Apr 22, 2019 22:05:45 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Juul Starter Kit |
| Brand: | Unbranded | | |

This item is Unbranded and High Quality
Gold Juul Starter Kit with 4 Variety Pods and Usb Charger

**STARTER KIT**
JUUL Device
USB Charger
4 Flavor Pods

- Cool Mint
- Virginia Tobacco
- Creme Brulee
- Mango

5.0% Strength

The Alternative
For Adult Smokers

---

Back to search results    <span style="float:right">Return to top</span>

More to explore :  Unbranded Body Kits for Dodge Charger,   Unbranded Fans & Kits for Dodge Charger,   MSD Starters for Dodge Charger,   Mopar Starters for Dodge Charger,
DENSO Starters for Dodge Charger,   Remy Starters for Dodge Charger,   Wilson Starters for Dodge Charger,   MPA Starters for Dodge Charger,   ACDelco Starters for Dodge Charger,
Starters for Dodge Charger

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

**hfbnvt_76**









Hi **Sterne!** | Daily Deals | Gift Cards | Help & Contact    Sell | Recently Viewed | My eBay 5

ebay Shop by category   Search for anything   All Categories   Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

**$ Have one to sell?** Sell now

## 2019 New Authentic Starter1 Kit with 4 Pods1 and Charger #T-JLV3

USA Seller, Ships out within 2 business days! Best $!

**40 viewed per hour**

Condition: **New**

Color: - Select -

Quantity: 1   More than 10 available / 76 sold

Price: **US $38.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $3.99

| 76 sold | More than 50% sold | Free shipping |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by **Mon. Apr. 29** | See details
Item location: Milwaukee, Wisconsin, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**hfbnvt_76** (2 )
100% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2    Feedback on our suggestions

Coolmint Pod J****l
$13.99
Free shipping

J pods compatible with jul00
$13.99
Free shipping
Almost gone

Brand New Start Kit w/ 4 Variety Pods & Charger
$26.98
Free shipping

Brand PODS New Start Kit w/ 4 Variety Pods & Charger
$12.99
Free shipping

Portable Charging Case Skin Cartridge P00d Holder USA
$25.99
Free shipping

Jmate Mango PODs PCC Case 1200mah Power Bank
$24.99
Free shipping

Related Sponsored Items    Feedback on our suggestions

Jmate Mango PODs PCC Case 1200mah Power Bank

$23.99
Free shipping

Jmate Mango PODs PCC Case 1200mah Power Bank

$23.99
Free shipping

Juujuubox | Juul00 Phone Case | Keep Device Secure |

$9.99
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -

$4.99
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on  Apr 22, 2019 16:55:17 PDT  View all revisions

eBay item number:  123742623932

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | 100%Juul Authentic |
| Brand: | Branded | | |

2019 New in Box
Starter Kit
Comes with:
4 Pods
Juul Device
Charger

Ships within 2 business days!

Back to search results

Return to top

More to explore :  T-Rex Parts for Dodge Charger,  T-Rex Grilles for Dodge Charger,  Body Kits for Dodge Charger,  T-Series Parts for Dodge Charger,  Westin Body Kits for Dodge Charger,  Lower Kits & Parts for Dodge Charger,  Engine Rebuilding Kits for Dodge Charger,  KBD Body Kits for Dodge Charger,  Mopar Body Kits for Dodge Charger,  Transmission Rebuild Kits for Dodge Charger

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



snapoom_01











Hi **Sterne!** | Daily Deals | Gift Cards | Help & Contact     Sell | Recently Viewed | My eBay     5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics     | Add to watch list

$ Have one to sell? **Sell now**

# Brand New Pods multiple flavor Mango/CoolMint/Cucumber/Fruit/Classic KIT USA TOP

**100 viewed per hour**

Condition: **New**

Flavor: - Select -

Quantity: 1     2 available / **78 sold in 24 hours**

Price: **US $15.88**

**Buy It Now**

**Add to cart**

Add to watch list

3-year protection plan from SquareTrade - $1.99

| 78 sold | More than 97% sold | Free shipping |
|---|---|---|

Shipping: **FREE** Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States

Delivery: Estimated on or before **Tue. Apr. 30** to 22314

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**snapoom_01** (7 )
100% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Coolmint Pod J****l
$13.99
Free shipping

J**L Pods Mango/CoolMint/Cucumber/
$16.99
Free shipping

J pods compatible with jul00
$13.99
Free shipping
Almost gone

Brand New Pods multiple flavor Mango/Cool
$9.88
Free shipping

Brand New Start Kit w/ 4 Variety Pods & Charger
$26.98
Free shipping

Brand PODS New Start Kit w/ 4 Variety Pods & Charger
$12.99
Free shipping

## Related Sponsored Items

Feedback on our suggestions

Jmate Mango PODs PCC Case 1200mah Power Bank
$23.99
Free shipping

Jmate Mango PODs PCC Case 1200mah Power Bank
$23.99
Free shipping

Juujuubox | Juul00 Phone Case | Keep Device Secure |
$9.99
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -
$4.99
Free shipping

| Description | Shipping and payments | Report item |
|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  392282122296

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL PODS |
| Brand: | Unbranded | | |

1PACK: 4P0DS

Back to search results

Return to top

More to explore :   Mangos Fruits,   Flavored Coffee,   A Pea in the Pod Maternity Tops and Blouses,   Mango,   Ganocafe Classic Indiana Flavored Brown,   Kitty Cucumber,   Mango Women's Tops & Blouses,   Mango Fruit Trees,   Flavored Decaf K Cups Indiana Brown Pods & K-Cups,   Cucumber Bar Soaps

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**aggence9802**








Hi Sterne! | Daily Deals | Gift Cards | Help & Contact Sell | Recently Viewed | My eBay 5

ebay Shop by category Search for anything All Categories Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

## New Authentic Starter1 00JULL00 with 4 Pods1 and Charger

2 viewed per hour

Condition: **New**

Quantity: 1 2 available

Price: **US $39.98**

Buy It Now

Add to cart

Add to watch list

Free shipping | Ships from United States

Shipping: FAST 'N FREE
Guaranteed by **Mon. Apr. 29** | See details
Item location: Garden City, Michigan, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

$ Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**aggence9802** (0 )

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Coolmint Pod J****l
$13.99
Free shipping

Portable Charging Case Skin Cartridge P00d Holder USA
$25.99
Free shipping

Black 4juul skin Magnetic USB Charger- Fast Free US
$9.99
Free shipping

2PCS Black Skin USB Charger for JUUL00 (FREE
$5.99
+ $2.00

Portable Power Bank and Cartridge Holder P0od USA
$22.99
Free shipping

Portable Power Bank and Cartridge Holder USA FREE
$22.99
Free shipping

Related Sponsored Items Feedback on our suggestions

Jmate Mango PODs PCC Case 1200mah Power Bank

**$23.99**
Free shipping

Jmate Mango PODs PCC Case 1200mah Power Bank

**$23.99**
Free shipping

Juujuubox | Juul00 Phone Case | Keep Device Secure |

**$9.99**
Free shipping

NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -

**$4.99**
Free shipping

| **Description** | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number:  392282193862

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Branded |
|---|---|---|---|
| MPN: | 100%Juul Authentic | | |

New Authentic Starter1 00JUULL00 Kit with 4 Pods1 and Charger . Condition is New. Shipped with USPS First Class Package.

Back to search results

More to explore :  New Generation Parts for Dodge Charger,   Turbo Chargers & Parts for Chrysler New Yorker,   Mopar Turbo Chargers & Parts for Chrysler New Yorker,   Chargers & Cradles for iPhone 4,   New Bright Industrial Co., Ltd Radio Chargers,   New York Mets Not Authenticated MLB Autographed Baseballs,   New Balance Women's adidas Authentic,   Plastic Chargers & Cradles Port 4,   Chargers & Cradles for Motorola Droid 4,   New Balance Authentic Athletic Shoes for Men

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



capr-99











Hi **Sterne!** | Daily Deals | Gift Cards | Help & Contact    Sell | Recently Viewed | My eBay  5

Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

1 of 1

## Mango 1 Pack( 4 pods) Brand New

**2 viewed per hour**

Condition: **New**

Quantity: 1    2 available

Price: **US $27.00**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

**Ships from United States**

Shipping: **$4.00** Standard Shipping | See details
Item location: Pitkin, Louisiana, United States
Ships to: United States

Delivery: Estimated on or before **Wed. May. 01** to 22314

Payments: PayPal, VISA, MasterCard, American Express, Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Have one to sell? Sell now

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information

**capr-99** (7 )

100% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

Authentic SMOK0 Infinix Kit / FIT KIT / OPT 3pc
$9.99
Free shipping
Popular

100% AUTHENTIC SMOK² Novo Portable Pod Kit (450
$9.95
Free shipping
Popular

Brand New | Mint Pods | FAST FREE SHIPPING |
$19.90
Free shipping

Pods Cartridges Cora Ikrusher ALD Amaze VFire
$23.95
Free shipping
Almost gone

Jmate Mango PODs PCC Case 1200mah Power Bank
$23.99
Free shipping

STIG ~ Vgod² Authentic | 3 Stig Disposable pods | Us
$17.99
Free shipping

## Related Sponsored Items

Feedback on our suggestions

Essential Oils 100% Pure
Natural Aromatherapy

**$14.95**

Free shipping

3pcs/pack 2019 Clone Vgod
Stig Podd Kit Disposable

**$14.87**

Free shipping

Jmate Mango PODs PCC
Case 1200mah Power Bank

**$23.99**

Free shipping

---

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

Last updated on  Apr 24, 2019 05:08:39 PDT  View all revisions

eBay item number:   293061790526

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | | |

Mango 1 Pack( 4 pods) Brand New. Condition is New. Shipped with USPS First Class Package.

---

Back to search results

Return to top

More to explore :   Coffee Pods & K-Cups,   Mango,   Tide Pods,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,
Brand New Memorabilia,   Lego Bat-Pod Batman LEGO Sets & Packs

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

 Norton SECURED

undefined

nodomi-64







Hi Sterne! | Daily Deals | Gift Cards | Help & Contact | Sell | Recently Viewed | My eBay | 5

ebay | Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

Have one to sell? Sell now

# J**L Pods Fruit Medley, Mango, Cool Mint Classic Menthl

27 viewed per hour

Condition: **New**

Flavor: - Select -

Quantity: 1 | 4 available / 12 sold in 24 hours

Price: **US $14.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $1.99

| Same day shipping | Free shipping | Ships from United States |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by **Wed. May. 01** if paid within 7 hrs 10 mins | See details
Item location: Chicago, Illinois, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

**nodomi-64** (1 )
100% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

8ColorCompact SMOK² NOVO Kit 450Mah Battery
$12.99
Free shipping
Popular

2Pk- Double Starter1 Kit 2eGo-T 1100mah Battery
$14.99
Free shipping
Popular

2019 SMOK² Stick² X8 Starter² Kit² w/ TFV8 X-Baby
$22.49
Free shipping

J pods compatible with jul00
$13.99
Free shipping
Popular

Jomo1 Pen 40 Watt Sub Lite40 Ohm Kit 2200mAh
$6.57
~~$6.99~~
Free shipping
Popular

100% Authentic 1SMOK1 Novo Replacement Packs |
$9.99
Free shipping
Popular

## Related sponsored items

Feedback on our suggestions

(5-100) Jpods J-Pods
Compatible Empty Pods

$14.99
Free shipping

Jpods J-Pods Compatible
Empty Pods 0.7ML

$14.49
Free shipping

3pcs JUSTFOG MINIFIT
Pod 1.5ml Capacity 1.6ohm

$8.91
~~$10.48~~
Free shipping

---

**Description**   Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number:  382919115045

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL PODS |
| Brand: | JU | | |

Brand new sealed JUUL4 PODS. Each pack contains 4 pods

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                                     Return to top

More to explore :  Mangos Fruits,   Coffee Pods & K-Cups,   Mango,   Tide Pods,   Grip Pod Bipods & Monopods,   princess house orchard medley,   R Pod,   Paintball Harnesses & Pods,   Mango Fruit Trees,   j jill l

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



yanshifu482









Hi Sterne! | Daily Deals | Gift Cards | Help & Contact     Sell | Recently Viewed | My eBay   5

Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics     | Add to watch list

Have one to sell? Sell now

# Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top

Fast shipping within 24Hours

31 viewed per hour

Condition: **New**

Color: - Select -

Quantity: 1   2 available / 13 sold in 24 hours

Price: **US $21.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $2.99

| Free shipping | Ships from United States | 11 watchers |
|---|---|---|

Shipping: FAST 'N FREE
Guaranteed by **Wed. May. 01** | See details
Item location: KY/CA, United States
Ships to: United States

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

## Seller information

yanshifu482 (1 )

66.7% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items 1/2

Feedback on our suggestions

J pods compatible with jul00
$13.99
Free shipping
Popular

2Pk- Double Starter1 Kit 2eGo-T 1100mah Battery
$14.99
Free shipping
Popular

Buttonless Variable Voltage Vape-Pen-Battery O.pen
$7.99
Free shipping

4PCS OVNS JC01 CARTRIDGE
$8.37
~~$8.90~~
Free shipping

KHREE² UFO² 2 AIO ALL IN ONE POD STYLE START³
$22.95
Free shipping

Komodo V-MOD 900mAh Variable Voltage Battery Set
$17.94
Free shipping
Popular

## Related sponsored items

Feedback on our suggestions

Jmate Mango PODs PCC
Case 1200mah Power Bank
$23.99
Free shipping

Juujuubox | Juul00 Phone
Case | Keep Device Secure |
$9.99
Free shipping

Jmate Mango PODs PCC
Case 1200mah Power Bank
$23.99
Free shipping

NEW 4JUUL SKIN 3M
DECAL WRAP / STICKER -
$4.99
Free shipping

Portable Power Bank and
Cartridge Holder USA FREE
$22.99
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number:  153463478912

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | JUUL PODS JUUL STARTER KIT | | |

Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top

1pcs/set

Back to search results
Return to top

More to explore :  Fast Parts for Dodge Charger,   Amp Parts for Dodge Charger,   Car Remote Start System Kits for Dodge Charger with Unspecified Warranty Length,
Mopar Car Remote Start System Kits for Dodge Charger,   Audiovox Car Remote Start System Kits for Dodge Charger,   Chrysler Car Remote Start System Kits for Dodge Charger,
Fast Lighting & Lamps for Dodge Charger,   US Amps,   Wood Ship Model Kit,   Fast Parts for Chrysler New Yorker

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



rickyh-00

Hi Sterne! ▾ | Daily Deals | Gift Cards | Help & Contact — Sell | Recently Viewed | My eBay

**ebay** | Shop by category ▾ | Search for anything [ All Categories ▾ ] [ Search ]

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics — Add to watch list



## Starter Kit Device And USB Charger Only USA Free Shipping - A+

🔥 35 viewed per hour

Condition: **New**

Color: [ - Select - ▾ ]

Quantity: [ 1 ]   5 available / 4 sold

Price: US $28.00

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to watch list ]

☐ 3-year protection plan from SquareTrade - $2.99

**Free shipping** | Ships from United States | 5 watchers

Shipping: FAST 'N FREE
Guaranteed by **Wed. May. 01** | See details
Item location: South El Monte, California, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMEX DISCOVER
**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
rickyh-00 (4)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell? [ Sell now ]









## Similar sponsored items 1/2
Feedback on our suggestions

2Pk- Double Starter1 Kit 2eGo-T 1100mah Battery
$14.99
Free shipping
Popular

J pods compatible with jul00
$13.99
Free shipping
Popular

Buttonless Variable Voltage Vape-Pen-Battery O.pen
$7.99
Free shipping
Popular

Jomo1 Pen 40 Watt Sub Lite40 Ohm Kit 2200mAh
$6.57
$6.00
Free shipping
Popular

SMOK² Vap-Pen 22 Full Mod1 Tank1 Starter2 Kit
$12.79
Free shipping
Popular

Brass Knuckle Battery Gold/Wood 650mAh USB
$9.99
Free shipping
Popular

Related sponsored items
Feedback on our suggestions



**Portable Power Bank and Cartridge Holder USA FREE**

$22.99

Free shipping



**Juujuubox | Juul00 Phone Case | Keep Device Secure |**

$9.99

Free shipping



**Jmate Mango PODs PCC Case 1200mah Power Bank**

$23.99

Free shipping



**Jmate Mango PODs PCC Case 1200mah Power Bank**

$23.99

Free shipping



**NEW 4JUUL SKIN 3M DECAL WRAP / STICKER -**

$4.99

Free shipping

---

**Description**   **Shipping and payments**                                Report item

Seller assumes all responsibility for this listing.                    eBay item number:  382918724592

Last updated on  Apr 24, 2019 18:40:05 PDT   View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL STARTER KIT JUUL POD |
| Brand: | Unbranded | | |

Package include:
1 x device
1 x usb charger

---

This is a private listing and your identity will not be disclosed to anyone except the seller.                                Return to top

Back to search results

More to explore :   USA Industries Starters for Dodge Charger,   USA Industries Starters for Dodge Truck,   USA Industries Starters for Honda Accord,   USA Industries Starters for Ford Mustang,   USA Industries Starters for Honda Civic,   USA Industries Starters for Toyota Corolla,   USA Industries Starters for Toyota Tundra,   USA Industries Starters for Toyota 4Runner,   USA Industries Starters for Nissan Maxima,   USA Industries Starters for Mazda 3

---

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



vasmi



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact Sell | Recently Viewed | My eBay 5

ebay Shop by category Search for anything All Categories Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics | Add to watch list

## New Menthol Pods (4 pods) Limited Quantities Ships From USA

2 viewed per hour

Condition: **New**

Quantity: 1 10 available

Price: **US $10.99**

Buy It Now

Add to cart

Add to watch list

3-year protection plan from SquareTrade - $1.99

Delivery in 4 days | Ships from United States

Shipping: **$2.99** Standard Shipping | See details
Item location: Naples, Florida, United States
Ships to: United States

Delivery: Estimated on or before **Tue. Apr. 30** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Have one to sell? Sell now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
vasmi (604 ★)
100% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2 Feedback on our suggestions

Authentic 1YOCAN1 UNI 510 Battery w/ Adjustable
$13.99
Free shipping
Popular

3PCS 1.2 ohm SMOK0 Novo AIO Pod Kit | Replacement
$10.00
Free shipping

4PCS OVNS JC01 CARTRIDGE
$8.37
~~$8.90~~
Free shipping

Authentic SMOK0 Infinix Kit / FIT KIT / OPT 3pc
$9.99
Free shipping
Popular

3pcs SMOK³ Rolo Badge Replacement Cartridge /
$9.15
Free shipping

J pods compatible with jul00
$13.99
Free shipping
Popular

**Description** | **Shipping and payments** Report item

eBay item number: 123746142675

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | UPC: | Does not apply |

New menthol pods (4 pods) Limited Quantities SHIPPING USA. Condition is New. Shipped with USPS First Class Package.

Back to search results                                                                                                      Return to top

More to explore :   Coffee Pods & K-Cups,   Tide Pods,   Grip Pod Bipods & Monopods,   R Pod,   Organic Coffee Pods & K-Cups,   Nespresso Coffee Pods & K-Cups,   Paintball Harnesses & Pods,
Fishing Rod Rod Pods,   Keurig Coffee Pods and K-Cups,   Kosher Coffee Pods & K-Cups

About eBay       Announcements       Community       Security Center       Resolution Center       Seller Center       Policies       Affiliates       Help & Contact       Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



bigd9006



Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top

🔥 13 viewed per hour

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    3 available / 2 sold in 1 hour |
| Price: | US $35.00 |

**Buy It Now**

**Add to cart**

♡ Add to watch list

☐ 3-year protection plan from SquareTrade - $3.99

**Free shipping** | Ships from United States | 6 watchers

| | |
|---|---|
| Shipping: | FREE Economy Shipping \| See details |
| | Item location: Chattanooga, Tennessee, United States |
| | Ships to: United States |
| Delivery: | Estimated on or before Fri. May. 03 to 22314 ⓘ |
| Payments: | PayPal VISA MasterCard American Express Discover |
| | PayPal CREDIT Special financing available. Apply Now \| See terms |
| Returns: | Seller does not accept returns \| See details |

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
bigd9006 (21 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?   **Sell now**

Similar sponsored items 1/2

Feedback on our suggestions











| J pods compatible with jul00 | Kingpen Loudpack Empty 1.2ml Vapejuice CreamCone | 8ColorCompact SMOK² NOVO Kit 450Mah Battery | 100% AUTHENTIC SMOK² Novo Portable Pod Kit (450 | J-Pods Compatible With Juu -Empty Pods 4 / 8 pcs - | Portable Power Bank and Cartridge Holder P0od USA |
|---|---|---|---|---|---|
| $14.99 | $50.00 | $12.99 | $10.99 | $12.30 | $22.99 |
| Free shipping | $54.00 | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | + $4.06 | Popular | Popular | | |

Related sponsored items

Feedback on our suggestions









Jmate Mango PODs PCC
Case 1200mah Power Bank

$24.99

Free shipping

Ju0ul Charging Base Stand
Portable Charger Skin Pod

$17.99

Free shipping

Jmate Mango PODs PCC
Case 1200mah Power Bank

$23.99

Free shipping

Portable Power Bank and
Cartridge Holder USA FREE

$22.99

Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number:   133033573067

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | JUUL STARTER KIT JUUL POD |
| Brand: | Unbranded | | |

Package include:
1 x device
1 x usb charger
4 Variety Pods

Back to search results

More to explore :   Fast Parts for Dodge Charger,   Amp Parts for Dodge Charger,   Car Remote Start System Kits for Dodge Charger with Unspecified Warranty Length,
Mopar Car Remote Start System Kits for Dodge Charger,   Audiovox Car Remote Start System Kits for Dodge Charger,   Chrysler Car Remote Start System Kits for Dodge Charger,
Fast Lighting & Lamps for Dodge Charger,   US Amps,   Wood Ship Model Kit,   Fast Parts for Chrysler New Yorker

Return to top

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# bigapplewares



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact     Sell | Recently Viewed | My eBay 5

ebay Shop by category | Search for anything | All Categories | Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics     | Add to watch list

$ Have one to sell? Sell now

# *AUTHENTIC* 4pk Cool Mint Pods

3 viewed per hour

Condition: **New**

Quantity: 1     6 available / 4 sold

Price: **US $19.99**     Buy It Now | Add to cart | Add to watch list

3-year protection plan from SquareTrade - $1.99

**Free shipping** | Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Morgantown, West Virginia, United States
Ships to: United States

Delivery: Estimated on or before **Fri. May. 03** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: 14 day returns. Buyer pays for return shipping | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**bigapplewares** (2490 ★)
90% Positive feedback

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2     Feedback on our suggestions

SMOK² NOVO³ 450MAH 2ML ALL IN ONE POD³
$12.99
+ $3.99
Popular

AUTHENTIC SMOK² MICO Replacement Pod 3pcs/pack
$11.88
+ $3.99

Authentic SMOK² Infinix Pod Replacement Cartridge 2ml
$8.99
Free shipping

Authentic 1Aspire1 AVP Pod System | Replacement
$13.99
Free shipping

US Authentic Smok³ Nord Pod / Mesh coils / Regular
$9.88
Free shipping

3PCS 1.2 ohm SMOK0 Novo AIO Pod Kit | Replacement
$10.00
Free shipping

Description | Shipping and payments     Report item

eBay item number: 283463090809

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | UPC: | Does not apply |

Will be added soon!

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results
Return to top

More to explore :  Coffee Pods & K-Cups,   Tide Pods,   Grip Pod Bipods & Monopods,   R Pod,   Organic Coffee Pods & K-Cups,   Nespresso Coffee Pods & K-Cups,   Paintball Harnesses & Pods,
Keurig Coffee Pods and K-Cups,   Kosher Coffee Pods & K-Cups,   Fishing Rod Rod Pods

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**kyljackso_58**



**Mango Pods 5% New Unopened (2 Packs of 4 pods) Fast Shipping 100% Authentic**

🔥 2 viewed per hour

| Condition: | New |
|---|---|
| Quantity: | 1 | 8 available |

Price: US $38.00

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ Add to watch list

☐ **3-year protection plan** from SquareTrade - $3.99

Free delivery in 4 days | Ships from United States

Shipping: 🚚 FAST 'N FREE
Guaranteed by **Mon. May. 06** | See details
Item location: Danbury, Connecticut, United States
Ships to: United States

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

**PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
kyljackso_58 (13 ⭐)
90.9% Positive feedback

♡ Save this Seller
Contact seller
See other items

Have one to sell? **Sell now**

## Similar sponsored items 1/2

Feedback on our suggestions



PAX ERA NEW 100% Authentic!!! NO Pods Same
$29.99
Free shipping



EON Silky Strawberry Pods, 100% Authentic / Fast
$29.99
Free shipping



Orion² Q² Quest² Replacement² 2 PACK Pods²
$13.95
Free shipping



Authentic ³SMOK³ ³NOVO³ AIO² Pod Kit | Replacement
$9.98
Free shipping



Brand New Start Kit w/ 4 Variety Pods & Charger (US
$33.00
+ $4.00

Authentic SMOK0 Infinix Kit / FIT KIT / OPT 3pc
$9.99
Free shipping

| Description | Shipping and payments |

Report item

eBay item number: 264305782664

Seller assumes all responsibility for this listing.

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … **Read more** | Brand: | Unbranded |
| Model: | Mango Pods 5% | | |

Brand new mango pods 5%

Box includes TWO packs of four pods

100% authentic

FAST FREE SHIPPING with USPS tracking number

LIMITED QUANTITY AVAILABLE

More to explore :  Coffee Pods & K-Cups,   Tide Pods,   Grip Pod Bipods & Monopods,   Organic Coffee Pods & K-Cups,   R Pod,   Kosher Coffee Pods & K-Cups,   Nespresso Coffee Pods & K-Cups,   Keurig Coffee Pods and K-Cups,   Fishing Rod Rod Pods,   Paintball Harnesses & Pods

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



richpattersonkyle

Hi Sterne! ▾  |  Daily Deals  |  Gift Cards  |  Help & Contact        Sell   Recently Viewed   My eBay   🔔        🛒 **8**

**ebay**   Shop by category ▾    [Search for anything]   ⊞   All Categories ▾   **Search**

████ $3.00 Off* → ████   ✕

‹ Back to search results  |  Listed in category:  Consumer Electronics › Other Consumer Electronics          ✉ f 🐦 📌   Add to watch list



      ›

💲 Have one to sell?  **Sell now**

### Brand New Boxes Of Pods

🔥 7 viewed per hour

Condition:  **New**

Quantity:  [ 1 ]   More than 10 available / 13 sold

Price:  US **$55.00**    **Buy It Now**
                         **Add to cart**

Best Offer:    **Make Offer**
               ♡ Add to watch list

☐ 2-year protection plan from SquareTrade - $7.99

**Free delivery in 4 days**   Ships from United States   13 watchers

Shipping:  🚚 FAST 'N FREE
Guaranteed by **Mon. May. 06** if paid within 2 hrs 3 mins | See details
Item location: Detroit, Michigan, United States
Ships to: United States

Payments:  PayPal  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER
PayPal CREDIT
Special financing available. Apply Now. See terms.

Returns:  Seller does not accept returns | See details

---

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
richpattersonkyle (3 )
66.7% Positive feedback

♡ Save this Seller
Contact seller
See other items

---

### Similar sponsored items 1/2                          Feedback on our suggestions

‹   Brand New Start Kit V3 Device black color device & ...   Boulder Rock Pods   Brand New Start Kit w/ 4 Variety Pods & Charger (US   Smok² | NEW Mag² Grip² 100W² Mod² Starter² Kit²   STIG | 100% Original | Us Seller | Free Fast Shipping   J-Pods Compatible With Juu -Empty Pods Pack 4 / 8 pcs -   ›
    $27.98                          $11.99              $33.00                            $48.95                              $19.99                                   $12.30
    Free shipping                   Free shipping       + $4.00                           Free shipping                     Free shipping                          Free shipping
                                                                                                                            Almost gone

---

Description  |  Shipping and payments                                                        Report item

eBay item number: 264303530391

Seller assumes all responsibility for this listing.

Last updated on  Apr 29, 2019 20:12:50 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... **Read more** | Brand: | Unbranded |

Box Of pods. Condition is New. One box is $55. Includes 8 packs which is 32 pods. Please choose flavor after purchase.

Cool Mint pods

Classic Menthol pods

Creme Brulee Pods

Mango pods

Return to top

More to explore :   Coffee Pods & K-Cups,   Tide Pods,   Grip Pod Bipods & Monopods,   R Pod,   Paintball Harnesses & Pods,   Fishing Rod Rod Pods,   Glove Boxes for Chrysler New Yorker,   Brand New Memorabilia,   Coffee Pod Holders,   OE Brand Parts for Chrysler New Yorker

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



sambrosia08



Hi Sterne! | Daily Deals | Gift Cards | Help & Contact    Sell | Recently Viewed | My eBay  5

ebay  Shop by category  Search for anything  All Categories  Search

Back to search results | Listed in category: Consumer Electronics > Other Consumer Electronics    | Add to watch list

$ Have one to sell? Sell now

## Mango Pods 5 Pack (20ct) New In The Box

86 viewed per day

Condition: **New**

Quantity: 1    More than 10 available / 5 sold

Price: **US $50.00**    Buy It Now    Add to cart    Add to watch list

2-year protection plan from SquareTrade - $7.99

Ships from United States    5 watchers

Shipping: **$3.78** Standard Shipping | See details
Item location: Boca Raton, Florida, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Tue. May. 14** to 22314

Payments: PayPal VISA MasterCard American Express Discover

PayPal CREDIT
Special financing available. Apply Now | See terms

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
**sambrosia08** (8 )

Save this Seller
Contact seller
See other items

Similar sponsored items 1/2    Feedback on our suggestions

Mango pods 5 Pack (20ct)
$50.00
+ $3.78

Mango Pods 100% Authentic
$29.99
+ $4.44

J-Pods Compatible With Juu -Empty Pods 4 / 8 pcs -
$14.30
Free shipping
Popular

Brand New Start Kit w/ Charger
$18.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$37.99
Free shipping

JUUL00 and all accessory (Look at description,same as
$37.99
Free shipping

**Description** | **Shipping and payments**    Report item

eBay item number: 323799646050

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |

Mango Pods 5 Pack (20ct) New In The Box. Condition is New. Shipped with USPS First Class Package.

Back to search results                                                                                                    Return to top

More to explore :   Box LEGO Sets & Packs,   Mango,   X-Pod LEGO Sets & Packs,   Bat-Pod LEGO Sets & Packs,   Booster Pack New Phyrexia Magic the Gathering Boxes,
Lego Bat-Pod Batman LEGO Sets & Packs,   Nxe Pod Pack Indiana Paintball Harnesses & Pods,   Resistance Transport Pod LEGO Sets & Packs,   Batman Lego Bat-Pod LEGO Sets & Packs,
LEGO Bat-Pod Complete Sets & Packs

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

