**FILED UNDER SEAL**

# Exhibit 3

yaserjajan

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: yaserjajan  |  **Message to seller**

Brand New Classic menthol Pods Authentic, 4 pods In a pack 5 %

**$13.00**

Quantity 1

**Delivery**
Est. delivery: Sat, Mar 30
USPS First Class Package
**$3.74**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ

Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

| Subtotal (1 item) | $13.00 |
|---|---|
| Shipping | $3.74 |
| **Order total** | **$16.74** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

ghilly001

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: ghilly001  |  **Message to seller**

4 Pack Of Creme J Pods Brand New In Box Ships From US authentic j***
**$14.95**

Quantity   [ 1 ▾ ]

**Delivery**
Est. delivery: Mon, Apr 1
USPS First Class Package
**$4.06**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

Subtotal (1 item)        $14.95
Shipping                 $4.06

**Order total**          **$19.01**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> 

**pant-20**

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

| | |
|---|---|
| Subtotal (1 item) | $27.99 |
| Shipping | $3.27 |
| **Order total** | **$31.26** |

🔒 **Confirm and pay**

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: pant-20 | **Message to seller**

2019 Brand New STARTER1 KIT1 V3 4Pods
**$27.99**

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: Tue, Apr 2
USPS Media Mail
**$3.27**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ

# qiaotianping-zhengmeixinxi

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller:  qiaotianpin...   |   **Message to seller**

NEW STARTER² KIT POD MOD VAPE² PEN DEVICE MOD
ONLY + USB CHARGER - US Seller
Color: Red
**$29.88**

Quantity      | 1 ▼ |

**Delivery**

● Est. delivery: Wed, Apr 3
   USPS First Class Package
   **Free**

○ Est. delivery: Sat, Mar 30
   USPS Priority Mail
   **$3.99**

## Gift cards, coupons, eBay Bucks

Enter code: _____        **Apply**

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

---

| | |
|---|---|
| Subtotal (1 item) | $29.88 |
| Shipping | Free |
| **Order total** | **$29.88** |

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



miss_zhang

 **Checkout**

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: miss_zhang    |    **Message to seller**

*UU* STARTER1 KIT DEVICE AND USB CHARGER ONLY
WITH NO PODS - 100% Genuine
Color: Green
**$30.88**
Quantity 1

**Delivery**

● Est. delivery: Wed, Apr 3
USPS First Class Package
**Free**

○ Est. delivery: Sat, Mar 30
USPS Priority Mail
**$3.99**

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

Subtotal (1 item)          $30.88
Shipping                      Free

**Order total**          **$30.88**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

reenpate-10

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○  **Pay**Pal

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: reenpate-10  |  **Message to seller**

2019 Brand New Basic Starter kit device and charger
pink limited edition no pods
**$39.99**

Quantity 1

**Delivery**
Est. delivery: Wed, Apr 3
USPS First Class Package
**$3.99**

## Gift cards, coupons, eBay Bucks

Enter code:                          **Apply**

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

Subtotal (1 item)                $39.99
Shipping                          $3.99

**Order total**                  **$43.98**

🔒 **Confirm and pay**

**Select a payment option**

eBay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ

vapingpit

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ VISA

○ **Pay**Pal

○ PayPal CREDIT
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: vapingpit  |  **Message to seller**



10 COLOR STARTER1 KIT DEVICE ONLY WITH USB
CHARGER *FREE SHIPPING* A

Color: Gold

**$32.88**

Quantity  [ 1  ▾ ]

**Delivery**

● 🚚 **FAST 'N FREE**
Guaranteed by **Mon, Apr 1**
If paid within 5h 55m
Promotional Expedited Shipping
**Free**

○ Est. delivery: Sat, Mar 30
USPS First Class Package
**Free**

○ Est. delivery: Sat, Mar 30
USPS Priority Mail
**$3.99**

Offer applied: Free expedited shipping on orders $30+

## Gift cards, coupons, eBay Bucks

| Subtotal (1 item) | $32.88 |
| Shipping | Free |
| **Order total** | **$32.88** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Enter code:

_____

**Donate to charity (optional)** ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

savings4u168

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **Pay**Pal

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: savings4u168   |   **Message to seller**

Brand New Fruit Medley PODS - Free Shipping -USPS FAST FREE SHIPPING

**$12.99**

Quantity  | 1 ▾ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Sat, Mar 30**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   **Apply**

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

| Subtotal (1 item) | $12.99 |
| Shipping | Free |

| **Order total** | **$12.99** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

iguel2_86

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **Pay**Pal

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: iguel2_86  |  **Message to seller**

New Starter Kit V3 with Variety Pack 4 Pods, Limited Edition Red, Blue, Pink!
Color: Limited Edition Pink

**$74.99**

Quantity 1

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Sat, Mar 30**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____     Apply

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

Subtotal (1 item)          $74.99
Shipping                   Free

**Order total**            **$74.99**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

lulucaty5171

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

---

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

---

## Review item and shipping

Seller: lulucaty5171 | **Message to seller**

Brand New Full box Kit pods (Mango-Cool Mint-Creme-Virginia) cucumber pods Clone
Type: Full Kit Silver

**$24.99**

Quantity  [ 1 ▾ ]

**Delivery**

● 🚚 **FAST 'N FREE**
**Guaranteed by Mon, Apr 1**
USPS First Class Package
**Free**

○ **Guaranteed by Mon, Apr 1**
USPS Priority Mail Padded Flat Rate Envelope
**$8.00**

---

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

---

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

---

| Subtotal (1 item) | $24.99 |
| Shipping | Free |
| **Order total** | **$24.99** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

dre_sull

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○  **Pay**Pal

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: dre_sull  |  **Message to seller**

Cool Cucumber J Pods, 1 Box Of 4 Pods
**$20.00**

Quantity    | 1 ▼ |

**Delivery**
Est. delivery: Wed, Apr 3
USPS First Class Package
**$4.06**

## Gift cards, coupons, eBay Bucks

Enter code:    **Apply**

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

| | |
|---|---|
| Subtotal (1 item) | $20.00 |
| Shipping | $4.06 |
| **Order total** | **$24.06** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

a.cressotti69

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ VISA

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: a.cressotti69  |  **Message to seller**

2019 Mango Pods 100% Authentic
**$30.00**

Quantity    | 1 ▼ |

**Delivery**
Est. delivery: Wed, Apr 3
USPS First Class Package
**$3.70**

## Gift cards, coupons, eBay Bucks

Enter code:                 [ **Apply** ]

## Donate to charity (optional) ⓘ

Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

| Subtotal (1 item) | $30.00 |
| Shipping | $3.70 |
| **Order total** | **$33.70** |

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

awakeandsell

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

### Credit or debit card
○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: awakeandsell   |   **Message to seller**

Mango Pods 5% (1 Pack Of 4 Pods) 100% Authentic, Free and Fast Shipping
**$19.99**

Quantity    [ 1 ▾ ]

### Delivery

● 🚚 **FAST 'N FREE**
**Guaranteed by Sat, Mar 30**
USPS First Class Package
**Free**

○ Est. delivery: Sat, Mar 30
USPS Priority Mail
**$5.00**

## Gift cards, coupons, eBay Bucks

Enter code:

[ Apply ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

---

Subtotal (1 item)          $19.99
Shipping                     Free

**Order total**            **$19.99**

🔒 Confirm and pay

**Select a payment option**

**eBay** MONEY BACK GUARANTEE
**See details**

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



plehnevi17

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○

○ **Pay**Pal

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: plehnevi17   |   **Message to seller**

100% Brand Basic Starter1 Kit1 Creme Brulee Cool Mint
Fruit Medley 4 Pods Flavor
Colors: Silver

**$26.75**

Quantity   [ 1 ▾ ]

**Delivery**
Est. delivery: Thu, Apr 4
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

| | |
|---|---|
| Subtotal (1 item) | $26.75 |
| Shipping | Free |
| **Order total** | **$26.75** |

🔒 Confirm and pay

**Select a payment option**

e**b**a**y** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

kytech2016_0



ebay Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

**Pay with**

Credit or debit card

○  [VISA]

○  **Pay**Pal

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

**Ship to**

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

**Review item and shipping**

Seller: kytech2016_0    **Message to seller**

Brand New Mango P0ds US Seller Fast Shipping
**$12.99**

Quantity    [ 1 ▼ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Tue, Apr 2**
Standard Shipping
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: _____    [ Apply ]

**Donate to charity (optional)** ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | Free |
| **Order total** | **$12.99** |

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> 

szeminhhangy

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○

**PayPal**

○

**PayPal CREDIT**
Special financing available.
Apply now. **See terms**

○

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: szeminhhangy | **Message to seller**

New Coil Refillable J Pod Compatible -- USA Stock! 4 Empty pods

**$6.99**

Quantity     | 1 ▾ |

**Delivery**
Est. delivery: Thu, Apr 4
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____     | Apply |

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

Subtotal (1 item)          $6.99
Shipping                    Free

Order total                **$6.99**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



sodal-87

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: sodal-87    |    **Message to seller**

100% New Basic Starter1 Kit1 Creme Brulee Cool Mint
Fruit Medley 4 Pods Flavors
Model: Black

**$33.55**

Quantity    | 1 ▾ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Fri, Mar 29**
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    **Apply**

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

Subtotal (1 item)          $33.55
Shipping                      Free

Order total               **$33.55**

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

yervansetoya

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○  VISA

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: yervansetoya-0  |  **Message to seller**

Mango Pods 5% (1 Pack Of 4 Pods) 100% Authentic,
Free and Fast Shipping

**$25.00**

Quantity 1

**Delivery**
Est. delivery: Sat, Apr 13
USPS First Class Package
**$4.06**

## Gift cards, coupons, eBay Bucks

Enter code: _____     Apply

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

| | |
|---|---|
| Subtotal (1 item) | $25.00 |
| Shipping | $4.06 |
| **Order total** | **$29.06** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. Todos os direitos reservados. <u>Acessibilidade</u>, <u>Contrato do Usuário</u>, <u>Privacidade</u>, <u>Cookies</u> e <u>AdChoice</u> ⓘ

grwilson_44

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ [card icons]

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: grwilson_44   |   **Message to seller**

Gold JUUL00 and all accessories Fast Free Shipping from USA
**$38.00**

Quantity [ 1 ▾ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Thu, Apr 4**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ **Apply** ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

| Subtotal (1 item) | $38.00 |
|---|---|
| Shipping | Free |
| **Order total** | **$38.00** |

[ 🔒 **Confirm and pay** ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



yervansetoya-0

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

### Credit or debit card

○  [card icons]

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: yervansetoya-0 | **Message to seller**

Mango Pods, Pods Mango Pack Of 4 Pods
**$22.00**

Quantity [ 1 ▼ ]

**Delivery**
Est. delivery: Thu, Apr 4
USPS First Class Package
**$4.06**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ **Apply** ]

## Donate to charity (optional) ⓘ
Reflections of Trinity
Give a dinner this Easter to a neighbor in crisis for your donation of $2.

**Select amount**

---

Subtotal (1 item)           $22.00
Shipping                     $4.06

**Order total**             **$26.06**

[ 🔒 **Confirm and pay** ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



cress.anton

**ebay** Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

○ 🔲 Credit or debit card ⌄

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: cress.anton  |  Message to seller

j pods mango 2019 model 8 packs per
**$120.00**

Quantity  [ 1 ⌄ ]

**Delivery**
Est. delivery: Sat, Apr 6
USPS First Class Package
**$3.70**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

Select amount

---

| Subtotal (1 item) | $120.00 |
| Shipping | $3.70 |
| **Order total** | **$123.70** |

[ 🔒 Confirm and pay ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

 Norton SECURED

tyijiafkju

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○  [card icons]

○  **Pay**Pal

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: tyijiafkju   |   **Message to seller**

Brand New Pods multiple flavor
Mango/CoolMint/Cucumber/Fruit/Classic KIT USA
TOP
FLA: tobacco strength
**$11.99**

Quantity    | 1 ▾ |

**Delivery**
Est. delivery: Mon, Apr 8
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)                    $11.99
Shipping                               Free

Order total                          $11.99

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

# zbest4less2012

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 💳

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: zbest4less2012 | **Message to seller**

Brand New 2X *Mango* Cool*mint* Fruit*Coolcum*
Pods* , 4 In a pack fast shipping
FLAVOR: 2X COOL MINT PODS

**$42.99**

Quantity    | 1 ▾ |

**Delivery**
Est. delivery: Apr 4 – 9
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   | Apply |

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)          $42.99
Shipping                     Free

Order total                $42.99

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

red-cherry2018

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ [card]

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: red-cherry2018  |  **Message to seller**

JUUL00 and all accessory (Look at description,same as photo) US SHIPPING, Gold
**$37.99**

Quantity      1 ▾

**Delivery**
Est. delivery: Thu, Apr 4
Standard Shipping
**$4.00**

## Gift cards, coupons, eBay Bucks

Enter code: _____      Apply

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)      $37.99
Shipping      $4.00

Order total      $41.99

🔒 **Confirm and pay**

**Select a payment option**

ebay **MONEY BACK GUARANTEE**
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



jdonymous

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○  [card]

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now.  **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: jdonymous  |  **Message to seller**

Prop Juul- Plastic 3D Printed Fake Vape
Color: Purple
**$3.99**

Quantity  [ 1  ▼ ]

**Delivery**
Est. delivery: Sat, Apr 6
USPS First Class Package
**$3.00**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

Subtotal (1 item)                    $3.99
Shipping                             $3.00

Order total                          **$6.99**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

**myrodoyl0**

**ebay** Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

◯  ▭ Credit or debit card                                    ⌄

◯  **PayPal**

◯  **PayPal CREDIT**
Special financing available.
Apply now. See terms

### Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

### Review item and shipping

Seller: myrodoyl0  |  **Message to seller**

Brand New JPods flavor Mango 4 In A Pack Fast Shipping
**$21.99**

Quantity  [ 1  ⌄ ]

**Delivery**
Est. delivery: Mon, Apr 8
USPS First Class Package
**$4.00**

### Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

### Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)                $21.99
Shipping                          $4.00

**Order total**                  **$25.99**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



**betr-2**

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

**Credit or debit card**
○

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: betr-2  |  Message to seller

Black JUUL00 and all accessory (Look at
description, same as photo) US SHIPPING
**$29.99**

Quantity   [ 1 ▾ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Apr 8**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ

World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

Select amount

---

Subtotal (1 item)          $29.99
Shipping                     Free

**Order total**            **$29.99**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. Все права защищены. Пользовательское соглашение, защита конфиденциальности, файлы cookie и AdChoice ⓘ



**metroimporting**

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: metroimporting    |    **Message to seller**

Mango Pods 5% New Unopened (1 Pack of 4 Pods)
100% Authentic, Fast Shipping
**$19.99**

Quantity    [ 1 ▾ ]

**Delivery**
Est. delivery: Mon, Apr 8
USPS First Class Package
**$3.70**

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | $3.70 |
| **Order total** | **$23.69** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

keepvap1ng

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

⚪

⚪ **Pay**Pal

⚪ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: keepvap1ng   |   **Message to seller**

Brand New Pods multiple flavor
Mango/CoolMint/Cucumber/Fruit/Classic KIT USA
TOP

Flavor: Virgina Tobacco

**$11.98**

Quantity    1  ▾

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Fri, Apr 5**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

| | |
|---|---|
| Subtotal (1 item) | $11.98 |
| Shipping | Free |
| **Order total** | **$11.98** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

# ageless911

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **Pay**Pal

○ **Pay**Pal CREDIT
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: ageless911   |   **Message to seller**

Black Device and all accessory (Look at description,same as photo) US SHIPPING
**$29.99**

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: Tue, Apr 9
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)          $29.99
Shipping                     Free

Order total                $29.99

[ 🔒 Confirm and pay ]

**Select a payment option**

eBay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



quimstores_914

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ *Pay*Pal

○ PayPal CREDIT

Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: quimstores_914  |  **Message to seller**

Mango Pods 5% (1 Pack Of 4 Pods) Free and Fast Shipping

**$24.00**

Quantity 1

**Delivery**

🚚 **FAST 'N FREE**
Guaranteed by **Mon, Apr 8**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ

World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)          $24.00
Shipping                     Free

Order total               $24.00

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

highdesity



**ebay** Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: highdesity   |   **Message to seller**

Brand New JUULOO and ALL accesories US SELLER SAME DAY SHIP MON - FRI
Model: GOLD

**$24.75**

Quantity    1 ▼

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Fri, Apr 5**
If paid within 4h 13m
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ

World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)          $24.75
Shipping                     Free

Order total               **$24.75**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> 

**talfangkoyu**

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: talfangkoyu   **Message to seller**

Brand New MANGO PODS - Free Shipping -USPS FAST
FREE SHIPPING
**$12.96**

Quantity   | 1 ▾ |

**Delivery**
Est. delivery: Wed, Apr 10
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)                    $12.96
Shipping                              Free

**Order total**                      **$12.96**

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



ivanbgatlanta

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: ivanbgatlanta | **Message to seller**

100% Brand new Basic Starter1 Kit1 4 Pods Flavor
**$29.99**

Quantity   [ 1    ▾ ]

**Delivery**
Est. delivery: Sat, Apr 6
USPS First Class Package
**$3.74**

## Gift cards, coupons, eBay Bucks

Enter code:                    [ Apply ]

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

| Subtotal (1 item) | $29.99 |
| Shipping | $3.74 |
| **Order total** | **$33.73** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ

downeastmed41

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now.  **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: downeastmed41  |  **Message to seller**

Brand New mango pods 1 pack of 4pods shipped within 24 hrs
**$11.00**

Quantity  [ 1 ▾ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Tue, Apr 9**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:  [ Apply ]

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

| | |
|---|---|
| Subtotal (1 item) | $11.00 |
| Shipping | Free |
| **Order total** | **$11.00** |

[ 🔒 Confirm and pay ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

nikobg1973

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: nikobg1973 | **Message to seller**

Black JUUL00 and all accessory (Look at description,same as photo) US SHIPPING
**$29.99**

Quantity    1 ▾

**Delivery**
Est. delivery: Sat, Apr 6
USPS First Class Package
**$3.70**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)          $29.99
Shipping                    $3.70

**Order total**           **$33.69**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



# hotrendz

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

**Credit or debit card**

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: hotrendz  |  Message to seller

4 Pack Mint PODS Pod Cartridges -Free & Fast Shipping! mango fruit cool
**$15.99**

Quantity     1 ▾

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Sat, Apr 6**
If paid within 6h 39m
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:            Apply

## Donate to charity (optional) ⓘ

World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

Select amount

| Subtotal (1 item) | $15.99 |
|---|---|
| Shipping | Free |
| **Order total** | **$15.99** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

2015.filta

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

**Credit or debit card**

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

Change

## Review item and shipping

Seller: 2015.filta  |  Message to seller

Brand New MANGO-Fruit-Mint PODS Clone - Free
Shipping -USPS
Flavor: Mango

**$15.99**

Quantity  | 1 ▾ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Sat, Apr 6**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

Select amount

---

Subtotal (1 item)                    $15.99
Shipping                              Free

**Order total**                      **$15.99**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



jafra1571

**ebay** Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

○ 🔳 Credit or debit card ⌄

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: jafra1571  |  **Message to seller**



juul device *NEW*
**$25.00**

Quantity  [ 1 ⌄ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Thu, Apr 11**
USPS Priority Mail
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ

World Food Program USA
Donate $1 and help deliver lifesaving food to children and families in need.

**Select amount**

---

Subtotal (1 item)          $25.00
Shipping                     Free

Order total                $25.00

[ 🔒 **Confirm and pay** ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



noamartan_0

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ [card]

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: noamartan_0  |  **Message to seller**

 LIMITED EDITION JUUL DEVICE PINK 100% AUTHENTIC!
**$150.00**
Quantity 1

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Apr 12-15**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

| | |
|---|---|
| Subtotal (1 item) | $150.00 |
| Shipping | Free |
| **Order total** | **$150.00** |

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



trisyeegdor_0

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: trisyeegdor_0   **Message to seller**

LIMITED EDITION juul device PINK
**$120.00**
Quantity 1

**Delivery**
Est. delivery: Apr 12 – 16
USPS Priority Mail
**$9.30**

## Gift cards, coupons, eBay Bucks

Enter code: _____   | Apply |

| Subtotal (1 item) | $120.00 |
| Shipping | $9.30 |
| **Order total** | **$129.30** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



golit_34

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: golit_34    **Message to seller**

Brand New Cool* Mint* Pods* 2 PACKS
**$40.99**

Quantity    [ 1  ▼ ]

**Delivery**

● 🚚 **FAST 'N FREE**
Guaranteed by **Apr 12-15**
If paid within 4h 24m
USPS First Class Package
**Free**

○ Est. delivery: Apr 12 – 15
USPS Priority Mail
**$7.85**

## Gift cards, coupons, eBay Bucks

Enter code:
_____    [ Apply ]

| Subtotal (1 item) | $40.99 |
| Shipping | Free |
| **Order total** | **$40.99** |

[ 🔒 Confirm and pay ]

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



harna_1763

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

### Credit or debit card

○

### PayPal

○

### PayPal CREDIT

○ Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: harna_1763 | **Message to seller**

Brand New Starter3 Kit w/ 4 Variety Pods3 & Charger #T-JLV3

Color: Blue

**$27.98**

Quantity  [ 1 ▾ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Apr 15**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____  [ Apply ]

## Donate to charity (optional) ⓘ
AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

**Select amount**

---

| | |
|---|---|
| Subtotal (1 item) | $27.98 |
| Shipping | Free |
| **Order total** | **$27.98** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



ruleimports

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: ruleimports   **Message to seller**

100% Authentic & Brand New Mango Pods - Rare Availability
**$14.99**

Quantity   | 1 ▾ |

**Delivery**
Est. delivery: Apr 13 – 18
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   | Apply |

## Donate to charity (optional) ⓘ
AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

**Select amount**

---

Subtotal (1 item)          $14.99
Shipping                     Free

**Order total**            **$14.99**

🔒 **Confirm and pay**

**Select a payment option**

ebay **MONEY BACK GUARANTEE**
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



**wii_store**

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: wii_store   |   **Message to seller**

1pack of cool cucumber for urookha-9
**$13.99**
Quantity 1

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Apr 15**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                          **Apply**

## Donate to charity (optional) ⓘ
AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

**Select amount**

---

Subtotal (1 item)                      $13.99
Shipping                                  Free

Order total                            $13.99

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ

sagrif-66

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○

PayPal

○

PayPal CREDIT

○ Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

Change

## Review item and shipping

Seller: sagrif-66 | Message to seller

BRAND NEW~Pods Choice of 6 Flavors~1 Pack of 4
Pods 100% Authentic
Fruit Medley: Virginia

$27.00

Quantity  | 1 ▾ |

**Delivery**
Est. delivery: Apr 16 – 18
USPS First Class Package
$7.29

## Gift cards, coupons, eBay Bucks

Enter code: _____   Apply

## Donate to charity (optional) ⓘ

AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

Select amount

---

Subtotal (1 item)          $27.00
Shipping                    $7.29

Order total                $34.29

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

walou-19

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

### Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

### Review item and shipping

Seller: walou-19   |   **Message to seller**

2019 Brand New Start Kit w/ 4 Variety Pods & Charger
FREE SHIPPING USA
colors: gray

**$27.75**

Quantity   | 1 ▾ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Apr 16-18**
USPS First Class Package
**Free**

### Gift cards, coupons, eBay Bucks

Enter code:                          **Apply**

### Donate to charity (optional) ⓘ
AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

**Select amount**

---

Subtotal (1 item)                    $27.75
Shipping                             Free

**Order total**                      **$27.75**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

stealt_80

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

PayPal

○

PayPal CREDIT

○

Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: stealt_80  |  **Message to seller**

100% New Basic Starter1 Kit1  black color. W/ 4 pods
(US seller FAST Shipping)

**$28.85**

Quantity      | 1 ▾ |

**Delivery**
Est. delivery: Fri, Apr 19
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____     Apply

## Donate to charity (optional) ⓘ

AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

**Select amount**

| Subtotal (1 item) | $28.85 |
| Shipping | Free |
| **Order total** | **$28.85** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

slade_222

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

PayPal

○

PayPal CREDIT

○ Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: slade_222   |   **Message to seller**

Juul00 Starter (EVERYTHING SEEN IN PHOTOS COMES UPON PURCHASE)

**$32.99**

Quantity  [ 1 ▾ ]

**Delivery**
Est. delivery: Fri, Apr 19
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

**Select amount**

---

| Subtotal (1 item) | $32.99 |
| Shipping | Free |

| Order total | $32.99 |

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



alejandrpiedr1

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○

PayPal

○

PayPal CREDIT
Special financing available.
Apply now. See terms

○

### Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

### Review item and shipping

Seller: alejandrpiedr1    Message to seller

Brand New MANGO PODS (1 Pack Of 4 Pods)
**$15.99**

Quantity    | 1 ▾ |

**Delivery**
Est. delivery: Fri, Apr 19
USPS First Class Package
**$3.78**

### Gift cards, coupons, eBay Bucks

Enter code:    | Apply |

### Donate to charity (optional) ⓘ
AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

Select amount

---

| Subtotal (1 item) | $15.99 |
| Shipping | $3.78 |
| **Order total** | **$19.77** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

joose-6877

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **Pay**Pal

○ PayPal CREDIT
Special financing available.
Apply now. **See terms**

**Subtotal (1 item)** $89.99
Shipping $8.99

**Order total** $98.98

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: joose-6877  |  **Message to seller**

Lot Of 5 Packs 20 Brand New Liquid Variety Pack Pods Limited Quantity Rare
**$89.99**
Quantity 1

**Delivery**
Est. delivery: Apr 18 – 20
USPS First Class Package
**$8.99**

## Gift cards, coupons, eBay Bucks

Enter code: _____  Apply

## Donate to charity (optional) ⓘ
AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

**Select amount**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

slhan_40



ebay Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

⊙ ▭ Credit or debit card ⌄

⊙ *PayPal*

⊙ PayPal CREDIT
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: slhan_40    | Message to seller

juul00 starter (EVERYTHING SEEN IN PHOTOS COMES UPON PURCHASE)
**$32.99**

Quantity    [ 1 ⌄ ]

**Delivery**
Est. delivery: Mon, Apr 22
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

## Donate to charity (optional) ⓘ

AUTISM SPEAKS INC
Donate $1, $5 or $10 to help increase understanding and acceptance of people with autism.

Select amount

---

| Subtotal (1 item) | $32.99 |
| Shipping | Free |

| **Order total** | **$32.99** |

[ 🔒 Confirm and pay ]

**Select a payment option**


ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



wanyancai559

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○  [image]

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now.   **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: wanyancai559   |   **Message to seller**

Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top
Color: Blue
**$29.99**
Quantity 1

**Delivery**
Est. delivery: Wed, Apr 24
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

| Subtotal (1 item) | $29.99 |
| Shipping | Free |
| **Order total** | **$29.99** |

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ



wenwen996_4

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **Pay**Pal

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: wenwen996_4   |   **Message to seller**

Starter Kit1 Silver Device With 4-PODS Brand New 1PC
BOX #JUU069
**$29.99**

Quantity     [ 1      ▾ ]

**Delivery**
Est. delivery: Apr 24 – May 2
USPS Parcel Select Ground
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____     [ Apply ]

| | |
|---|---|
| Subtotal (1 item) | $29.99 |
| Shipping | Free |
| **Order total** | **$29.99** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



lostandfoundnyc

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

**Pay with**

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

---

**Subtotal (1 item)**                 $19.99
Shipping                                Free

**Order total**                        $19.99

🔒 **Confirm and pay**

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

---

**Ship to**

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

**Review item and shipping**

Seller: lostandfoun... | **Message to seller**

Brand New | Mango Pods | FAST FREE SHIPPING | USA | 1 Pack
**$19.99**

Quantity [ 1 ▼ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Apr 22**
USPS First Class Package
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code: _____   [ Apply ]

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



cellsellco

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: cellsellco   |   **Message to seller**

Jmate PODS Brand New Flavor Mango Cucumber Cool
Mint Cream Brulee Classic Tobacc
Model: Cream Brule

**$18.90**

Quantity    | 1 ▾ |

**Delivery**
Est. delivery: Mon, Apr 22
USPS Priority Mail
**$11.20**

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

---

Subtotal (1 item)          $18.90
Shipping                   $11.20

**Order total**            **$30.10**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

jesla-370

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

**Credit or debit card**

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

○ Other: Card payment by phone/in-person

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: jesla-370   **Message to seller**

New Starter kit with 4 pods CoolMint Cucumber Fruit
Medley Creme Brulee #JUU00

**$27.99**

Quantity   | 1 ▾ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, Apr 22**
If paid within 6h 3m
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   | Apply |

---

| Subtotal (1 item) | $27.99 |
| Shipping | Free |

| **Order total** | **$27.99** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



colorsbyher

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○  

○  **PayPal**

○  **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller:  colorsbyher   |   **Message to seller**

Brand New | Mango Pods | FAST FREE SHIPPING | USA | 1 Pack
Model: CUCUMBER

**$18.50**

Quantity    [ 1 ▼ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by Apr 22-24
USPS Priority Mail
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

---

| | |
|---|---|
| Subtotal (1 item) | $18.50 |
| Shipping | Free |
| **Order total** | **$18.50** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

---

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton
SECURED

nidahamaye-0

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **Pay**Pal

○ PayPal **CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: nidahamaye-0   |   **Message to seller**

Mango Pods 5% High Quality Compatible Tastes Just
Like The Original
**$14.99**

Quantity    [ 1 ▾ ]

**Delivery**
Est. delivery: Apr 25 – 30
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    [ Apply ]

| | |
|---|---|
| Subtotal (1 item) | $14.99 |
| Shipping | Free |
| **Order total** | **$14.99** |

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton SECURED

emadors15

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: emadors15    |    **Message to seller**

Coolmint Pod J****l
**$13.99**

Quantity    1 ▾

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Apr 26-29**
USPS Priority Mail
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
Ocean Conservancy
Make a donation and help educate and empower people to take action on behalf of the ocean.

**Select amount**

---

Subtotal (1 item)          $13.99
Shipping                      Free
Order total                $13.99

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

limeri-26

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: limeri-26    |    **Message to seller**

J**L Pods Mango/CoolMint/Cucumber/Fruit/ flavors
USA TOP seller-Free Shipping

FLAVOR: MANGO

**$17.99**

Quantity    | 1 ▾ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Sat, Apr 27**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:    [ Apply ]

## Donate to charity (optional) ⓘ
The Nature Conservancy
Donate $1 or more and help conserve the lands and waters on which all life depends.

**Select amount**

---

Subtotal (1 item)    $17.99
Shipping    Free

**Order total**    **$17.99**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

oofzcuky2

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: oofzcuky2  |  **Message to seller**

 Unbranded Gold Starter Kit with 4 Variety Pods and Usb Charger
**$34.99**

Quantity  [ 1 ▾ ]

**Delivery**

● 🚚 **FAST 'N FREE**
Guaranteed by **Sat, Apr 27**
USPS First Class Package
**Free**

○ Est. delivery: **Sat, Apr 27**
USPS Priority Mail
**$7.70**

○ Est. delivery: **Fri, Apr 26**
USPS Priority Mail Express
**$25.60**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ

| Subtotal (1 item) | $34.99 |
| --- | --- |
| Shipping | Free |
| **Order total** | **$34.99** |

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Ocean Conservancy
Make a donation and help educate and empower people to take action on behalf of the ocean.

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

Norton
SECURED

hfbnvt_76

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

PayPal

○

PayPal CREDIT

○ Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: hfbnvt_76   |   **Message to seller**

2019 New Authentic Starter1 Kit with 4 Pods1 and Charger #T-JLV3
Color: Blue

**$38.99**

Quantity    | 1 ▾ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by Apr 26-29
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                    | Apply |

## Donate to charity (optional) ⓘ
Ocean Conservancy
Make a donation and help educate and empower people to take action on behalf of the ocean.

**Select amount**

---

Subtotal (1 item)            $38.99
Shipping                       Free

**Order total**              **$38.99**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

**snapoom_01**

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: snapoom_01  |  **Message to seller**

Brand New Pods multiple flavor
Mango/CoolMint/Cucumber/Fruit/Classic KIT USA
TOP

Flavor: Classic Tobacco

**$15.88**

Quantity 1

**Delivery**
Est. delivery: Tue, Apr 30
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                    Apply

## Donate to charity (optional) ⓘ
The Nature Conservancy
Donate $1 or more and help conserve the lands and waters on which all life depends.

**Select amount**

---

Subtotal (1 item)                    $15.88
Shipping                             Free

Order total                         **$15.88**

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

aggence9802



# ebay Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

| | |
|---|---|
| Subtotal (1 item) | $39.98 |
| Shipping | Free |
| **Order total** | **$39.98** |

Confirm and pay

Select a payment option
ebay MONEY BACK GUARANTEE
See details

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: aggence9802 | Message to seller

New Authentic Starter1 00JULL00 with 4 Pods1 and Charger

**$39.98**

Quantity 1

**Delivery**
FAST 'N FREE
Guaranteed by Apr 26-29
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: Apply

## Donate to charity (optional)

Ocean Conservancy
Make a donation and help educate and empower people to take action on behalf of the ocean.

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice

capr-99



**ebay** Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

**Pay with**

○ [💳] Credit or debit card ⌄

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

**Ship to**

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

**Review item and shipping**

Seller: capr-99  |  Message to seller

Mango 1 Pack( 4 pods) Brand New
**$27.00**

Quantity  [ 1 ⌄ ]

**Delivery**
Est. delivery: Wed, May 1
USPS First Class Package
**$4.00**

**Gift cards, coupons, eBay Bucks**

Enter code: _____  [ Apply ]

**Donate to charity (optional)** ⓘ
The Nature Conservancy
Donate $1 or more and help conserve the lands and waters on which all life depends.

Select amount

| Subtotal (1 item) | $27.00 |
|---|---|
| Shipping | $4.00 |
| **Order total** | **$31.00** |

[🔒 Confirm and pay]

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



nodomi-64

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: nodomi-64   |   **Message to seller**

J**L Pods Fruit Medley, Mango, Cool Mint Classic
Menthl
Flavor: Mango

**$14.99**

Quantity   | 1 ▼ |

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Apr 29–May 1**
If paid within 7h 9m
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   | **Apply** |

## Donate to charity (optional) ⓘ
The Nature Conservancy
Donate $1 or more and help conserve the lands and waters on which all life depends.

**Select amount**

---

| Subtotal (1 item) | $14.99 |
| Shipping | Free |
| **Order total** | **$14.99** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

yanshifu482

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

**Credit or debit card**

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

Change

## Review item and shipping

Seller: yanshifu482    |    Message to seller

Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top
Color: Gold
**$30.99**

Quantity    1 ▾

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by Apr 29-May 1
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:    [          ]    Apply

## Donate to charity (optional) ⓘ
The Nature Conservancy
Donate $1 or more and help conserve the lands and waters on which all life depends.

Select amount

---

Subtotal (1 item)    $30.99
Shipping    Free

Order total    $30.99

🔒 Confirm and pay

**Select a payment option**

eBay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

rickyh-00

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

**Credit or debit card**
○

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: rickyh-00  |  Message to seller

Starter Kit Device And USB Charger Only USA Free Shipping - A+
Color: Grey
**$28.00**

Quantity  [ 1 ▾ ]

**Delivery**

◉ 🚚 **FAST 'N FREE**
Guaranteed by **Apr 29-May 1**
USPS First Class Package
**Free**

○ Est. delivery: Apr 29 – May 1
USPS Priority Mail
**$3.99**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ

The Nature Conservancy
Donate $1 or more and help conserve the lands and waters on which all life depends.

---

Subtotal (1 item)          $28.00
Shipping                     Free

Order total               $28.00

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Select amount

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

vasmi

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **Pay**Pal

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: vasmi | **Message to seller**

New Menthol Pods (4 pods) Limited Quantities Ships From USA
**$10.99**

Quantity    | 1 ▾ |

**Delivery**
Est. delivery: Tue, Apr 30
USPS First Class Package
**$2.99**

## Gift cards, coupons, eBay Bucks

Enter code: _____    | Apply |

## Donate to charity (optional) ⓘ
The Planetary Society
Help promote the exploration of space through education, advocacy, and innovative projects

**Select amount**

---

Subtotal (1 item)         $10.99
Shipping                   $2.99

**Order total**           **$13.98**

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

**bigd9006**

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○ 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: bigd9006   |   **Message to seller**

Brand New Start Kit w/ 4 Variety Pods & Charger (US SELLER FAST Ship) Top

**$35.00**

Quantity    1 ▾

**Delivery**
Est. delivery: Fri, May 3
USPS Parcel Select Ground
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____    Apply

## Donate to charity (optional) ⓘ
CureSearch for Children's Cancer
Be a Superhero for kids, donate to help find better treatments for kids with cancer.

**Select amount**

---

Subtotal (1 item)          $35.00
Shipping                      Free

Order total                $35.00

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

**bigapplewares**

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: bigapplewares  |  **Message to seller**

*AUTHENTIC* 4pk Cool Mint Pods
**$19.99**

Quantity    [ 1 ▾ ]

**Delivery**
Est. delivery: Fri, May 3
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:                [ **Apply** ]

## Donate to charity (optional) ⓘ
CureSearch for Children's Cancer
Be a Superhero for kids, donate to help find better treatments for kids with cancer.

**Select amount**

---

| | |
|---|---|
| Subtotal (1 item) | $19.99 |
| Shipping | Free |
| **Order total** | **$19.99** |

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u> and <u>AdChoice</u> ⓘ

kyljackso_58

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

Credit or debit card

○  

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
**Change**

## Review item and shipping

Seller: kyljackso_58    |    **Message to seller**

Mango Pods 5% New Unopened (2 Packs of 4 pods)
Fast Shipping 100% Authentic
**$38.00**

Quantity  [ 1 ▼ ]

**Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, May 6**
USPS First Class Package
**Free**

## Gift cards, coupons, eBay Bucks

Enter code: _____   [ Apply ]

## Donate to charity (optional) ⓘ
North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

**Select amount**

---

Subtotal (1 item)          $38.00
Shipping                      Free

Order total                $38.00

[ 🔒 Confirm and pay ]

**Select a payment option**
**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice 

richpattersonkyle

 Checkout

How do you like our checkout?
**Tell us what you think**

To add more items, **go to cart**

## Pay with

### Credit or debit card

○

### PayPal

○

### PayPal CREDIT

○

Special financing available.
Apply now. **See terms**

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95

**Change**

## Review item and shipping

Seller: richpatters... | **Message to seller**

Brand New Boxes Of Pods
**$55.00**

Quantity    | 1 ▾ |

● **Delivery**
🚚 **FAST 'N FREE**
Guaranteed by **Mon, May 6**
If paid within 2h 2m
USPS First Class Package
**Free**

○ **Pickup**
Contact seller after checkout to arrange pickup

## Gift cards, coupons, eBay Bucks

Enter code: _____    **Apply**

## Donate to charity (optional) ⓘ

North Shore Animal League America
Join our no-kill mission and save homeless animals--donate $1 to NSALA.

**Select amount**

---

Subtotal (1 item)          $55.00
Shipping                     Free

**Order total**            **$55.00**

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
**See details**

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ



sambrosia08

 Checkout

How do you like our checkout?
Tell us what you think

To add more items, go to cart

## Pay with

Credit or debit card

○

○  **Pay**Pal

○  PayPal CREDIT
Special financing available.
Apply now. See terms

## Ship to

Sterne Kessler
401 Courthouse Sq
Alexandria, VA 22314
United States
(202)xxxxx95
Change

## Review item and shipping

Seller: sambrosia08   Message to seller

Mango Pods 5 Pack (20ct) New In The Box
**$50.00**

Quantity   | 1 ▾ |

**Delivery**
Est. delivery: Tue, May 14
USPS First Class Package
**$3.78**

## Gift cards, coupons, eBay Bucks

Enter code: _____   Apply

## Donate to charity (optional) ⓘ
International Rescue Committee
This Mother's Day help moms and families in need around the world! Donate to the IRC.

Select amount

---

Subtotal (1 item)          $50.00
Shipping                    $3.78

**Order total**            **$53.78**

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2019 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

