**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>    **Defendants.** | Civil Action No. 1:19-cv-00715 |

**PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY ASSET RESTRAINT
AND EXPEDITED DISCOVERY**

  Plaintiff Juul Labs, Inc., by counsel and pursuant to 15 U.S.C. § 1116 and Fed. R, Civ. P. 65, hereby moves for a Temporary Restraining Order, including a temporary asset restraint and expedited discovery.

  For the reasons set forth in Plaintiff's accompanying memorandum, Plaintiff respectfully requests that this Court (1) issue a temporary restraining order freezing the assets of Defendants' PayPal accounts; and (2) permit limited expedited discovery directed to eBay and PayPal in order to determine Defendants' identity, the amount and location of the profits of Defendants' counterfeiting and infringement, and the scope of Defendants' activities.

Date: June 4, 2019  Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac pending*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac pending*)
Daniel S. Block (*pro hac pending*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*