UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:19-cv-00715 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

**NOTICE OF HEARING**

PLEASE BE ADVISED THAT on June 14, 2019 at 10:00 A.M., or as soon thereafter as counsel may be heard, Plaintiff Juul Labs, Inc. will move this Court for the entry of their *Ex Parte* Motion for Temporary Asset Restraint and Expedited Discovery in accordance with the accompanying motion and sealed memorandum.

Date: June 4, 2019                           Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac pending*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac pending*)
Daniel S. Block (*pro hac pending*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*