IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Case No. 1:19-cv-715 <br> Hon. Liam O'Grady |

## ORDER

The Court issued a Temporary Restraining Order (TRO) in this matter on June 7, 2019. The Court will hear further matters in this case, including whether the TRO should be converted into a preliminary injunction, at 10:00 a.m. on Friday, June 21, 2019.

**IT IS SO ORDERED.**

June 7, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge