**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JUUL LABS, INC.,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:19-cv-00715-LO-IDD |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION TO**
**EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Juul Labs, Inc., ("Plaintiff" or "JLI"), seeks to extend the Temporary Restraining Order granted and entered by the Court on June 7, 2019 [22] and scheduled to expire on June 21, 2019, by a period of fourteen (14) days until July 5, 2019. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Date:  June 14, 2019	Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*