**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>         **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>         **Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

This Court, having considered the *Ex Parte* Motion by Plaintiff Juul Labs, Inc., to extend the temporary restraining order and for good cause shown, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that the temporary restraining order granted on June 7, 2019, which is scheduled to expire on June 21, 2019, is extended in effect until July 5, 2019.

SO ORDERED THIS _____ day of _____, 2019.

                                                                                                   _____
                                                                                                     United States Magistrate Judge