UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> **Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

### DECLARATION OF MONICA RIVA TALLEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

I, Monica Riva Talley, hereby declare as follows:

1. I am an attorney with the law firm Sterne Kessler Goldstein & Fox PLLC, counsel for Plaintiff Juul Labs, Inc. ("Plaintiff").

2. I am a member in good standing of the Bar of the Virginia. My Virginia State Bar number is 41840.

3. I submit this Declaration in support of Plaintiff's Motion to Extend the Temporary Restraining Order and make this Declaration based on my personal knowledge.

4. Since receiving the Temporary Restraining Order, Plaintiff has been working diligently to ensure compliance with its terms by PayPal.

5. On June 13, 2019, PayPal complied with the TRO, and froze the PayPal accounts associated with the Defendants.

2

6. Since June 13, 2019, Plaintiff has been diligently working to find the physical locations of the Defendants using the information provided by PayPal, as well as the shipping information provided by Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 14, 2019                                    Respectfully submitted,

                                                        /s/ Monica Riva Talley
                                                        Monica Riva Talley

*Attorney for Plaintiff*