**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JUUL LABS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:19-cv-00715-LO-IDD** |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | |
| **Defendants.** | |

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Civil Rule 7(j) and Federal Rule of Civil Procedure 78(b), Plaintiff Juul Labs, Inc., ("Plaintiff" or "JLI"), waives an oral hearing, and requests that a decision on Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order be determined on the briefs.

Date:  June 14, 2019                    Respectfully submitted,

                                        /s/ Monica Riva Talley
                                        Monica Riva Talley (VSB No. 41840)
                                        Byron Pickard (VSB No. 47286)
                                        Dennies Varughese, Pharm.D. (*pro hac vice*)
                                        Nirav N. Desai (VSB. No. 72887)
                                        Nicholas J. Nowak (*pro hac vice*)
                                        Daniel S. Block (*pro hac vice*)
                                        STERNE KESSLER GOLDSTEIN & FOX, PLLC
                                        1100 New York Ave., N.W., Suite 600
                                        Washington, DC 20005-3934
                                        Telephone No.: (202) 371-2600
                                        Facsimile No.: (202) 371-2540
                                        mtalley@sternekessler.com
                                        bpickard@sternekessler.com
                                        dvarughe@sternekessler.com
                                        ndesai@sternekessler.com
                                        nnowak@sternekessler.com
                                        dblock@sternekessler.com

                                        *Attorneys for Plaintiff*