# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br>      **Plaintiff,** <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br>      **Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Civil Rule 7(J) and Federal Rule of Civil Procedure 78(b), Plaintiff Juul Labs, Inc. waives an oral hearing, and requests that a decision on its Plaintiff's Motion to Unseal Documents be determined by the briefs.

Date: June 14, 2019   /s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*

2