UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> **Plaintiff,** <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> **Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that there are no counsel of record for defendants at this time.

| | |
|---|---|
| Date: June 14, 2019 | /s/ Monica Riva Talley |
| | Monica Riva Talley (VSB No. 41840) |
| | Byron Pickard (VSB No. 47286) |
| | Dennies Varughese, Pharm.D. (*pro hac vice*) |
| | Nirav N. Desai (VSB. No. 72887) |
| | Nicholas J. Nowak (*pro hac vice*) |
| | Daniel S. Block (*pro hac vice*) |
| | STERNE KESSLER GOLDSTEIN & FOX, PLLC |
| | 1100 New York Ave., N.W., Suite 600 |
| | Washington, DC 20005-3934 |
| | Telephone No.: (202) 371-2600 |
| | Facsimile No.: (202) 371-2540 |
| | mtalley@sternekessler.com |
| | bpickard@sternekessler.com |
| | dvarughe@sternekessler.com |
| | ndesai@sternekessler.com |
| | nnowak@sternekessler.com |
| | dblock@sternekessler.com |

*Attorneys for Plaintiff*