UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUUL LABS, INC.,

    Plaintiff,

v.

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,

    Defendants.

Civil Action No. 1:19-cv-00715-LO-IDD

### ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

This Court, having considered the *Ex Parte* Motion by Plaintiff Juul Labs, Inc., to extend the temporary restraining order and for good cause shown, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that the temporary restraining order granted on June 7, 2019, which is scheduled to expire on June 21, 2019, is extended in effect until July 12, 2019; and it is further

ORDERED that the preliminary injunction hearing currently scheduled for Friday, June 21, 2019, is continued to Friday, July 12, 2019, at 10:00 a.m.

SO ORDERED THIS 18th day of June, 2019.

_____
United States District Judge
Liam O'Grady
United States District Judge