UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:19-cv-00715-LO-IDD |

## ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL DOCUMENTS

This Court, having considered the Motion by Plaintiff Juul Labs, Inc. ("Plaintiff") to Unseal Documents and for good cause shown, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that the Clerk of the Court shall unseal (1) Schedule A to the Complaint, which includes a list of eBay account names used by Defendants; (2) Exhibit 2 to the Complaint, which contains screenshots of Defendants' Internet Store listings; (3) Exhibit 3 to the Complaint, which contains screenshots of Defendants' Internet Store payment pages; and (4) Plaintiff's memorandum of law in support of its *ex parte* motion for a temporary restraining order including temporary asset restraint and expedited discovery.

SO ORDERED THIS 18th day of June, 2019.

/s/
Liam O'Grady
United States District Judge