UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>　　　　　**Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

This Court, having considered the *Ex Parte* Motion by Plaintiff Juul Labs, Inc., to extend the temporary restraining order and for good cause shown, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that the temporary restraining order granted on June 7, 2019 and extended on June 18, 2019, which is scheduled to expire on July 12, 2019, is extended in effect until July 26, 2019.

SO ORDERED THIS _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge