# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,**  Plaintiff,  v.  YASER AHMED, GREG HILLHOUSE, PANTELEY NIKOLOV, MIN ZHANG (敏 张), DANIEL WHITE, WENJIANG MAI, DONG DONG WANG (东东 王), ARTHUR BERNARD, MARK DERIAS, KEVIN SULLIVAN, ANTONIO CRESSOTTI, RUSSELL MCGOWAN, ZHENYU ZHU, LIAN CUI JIANG (莲翠 蒋), XIAO HUA WANG (小华 汪), ROY WALKER, YERVAND SETOYAN, GREG WILSON, EMAN GHALY, HAI YAN XIANG (海艳 项), JORDAN HORST, MYRON DOYLE, BENZ TRAN, DENNIS HAMMER, JIAQI CHEN, DUY TRAN, ANGELENE QUIMBAYA, KENNETH BUSS, PENG LIN (鹏 林) IVAN ZAMBAROV, APRIL CASELLA, NIKOLAY ZANBAROV, TRACY WISBY, MERVAT ABOULAYLA, NOAH MARTANO, NICOLE EGDORF, JOSIF LEITNER, HARLEN NAPPI, ROBERT RULE, MINGHUA HUANG, SARAH GRIFFITH, JACOB COLEMAN, SLADE HANSON, ALEJANDRO PIEDRA, CHRISTY VASQUEZ, HUI QI LIN (辉棋 林), WENBO LEI, MARCIO DIAZ, ALI TOY, JESSE LAZAR, SIBEL TOY, NIDAL HAMAYEL, IMAD RIHAN, ZAHEY SAMEEH, JASON KIM, FREDERICK ROESEL, YAN XIONG, BOBBY TAYLOR, CAROL PRINE, JIAWEI HUANG, DARIO VASQUEZ, KENGATE LEEN, JORDAN MCLEOD, KYLE JACKSON, KYLE PATTERSON, KIMBERLY STRATOS,  Defendants. | Civil Action No. 1:19-cv-00715 |

## [PROPOSED] ORDER FOR ENTRY OF A PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Motion for Entry of a Preliminary Injunction and memorandum in support of the Motion, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that PayPal shall continue to freeze all accounts associated with Defendants identified in Schedule A to the Complaint and restrain and enjoin from transfer any monies held in such accounts until further ordered by this Court.

SO ORDERED THIS _____ day of _____, 2019.

_____
United States Magistrate Judge