# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 1:19-cv-00715 |
| YASER AHMED, GREG HILLHOUSE, PANTELEY NIKOLOV, MIN ZHANG (敏 张), DANIEL WHITE, WENJIANG MAI, DONG DONG WANG (东东 王), ARTHUR BERNARD, MARK DERIAS, KEVIN SULLIVAN, ANTONIO CRESSOTTI, RUSSELL MCGOWAN, ZHENYU ZHU, LIAN CUI JIANG (莲翠 蒋), XIAO HUA WANG (小华 汪), ROY WALKER, YERVAND SETOYAN, GREG WILSON, EMAN GHALY, HAI YAN XIANG (海艳 项), JORDAN HORST, MYRON DOYLE, BENZ TRAN, DENNIS HAMMER, JIAQI CHEN, DUY TRAN, ANGELENE QUIMBAYA, KENNETH BUSS, PENG LIN (鹏 林) IVAN ZAMBAROV, APRIL CASELLA, NIKOLAY ZANBAROV, TRACY WISBY, MERVAT ABOULAYLA, NOAH MARTANO, NICOLE EGDORF, JOSIF LEITNER, HARLEN NAPPI, ROBERT RULE, MINGHUA HUANG, SARAH GRIFFITH, JACOB COLEMAN, SLADE HANSON, ALEJANDRO PIEDRA, CHRISTY VASQUEZ, HUI QI LIN (辉棋 林), WENBO LEI, MARCIO DIAZ, ALI TOY, JESSE LAZAR, SIBEL TOY, NIDAL HAMAYEL, IMAD RIHAN, ZAHEY SAMEEH, JASON KIM, FREDERICK ROESEL, YAN XIONG, BOBBY TAYLOR, CAROL PRINE, JIAWEI HUANG, DARIO VASQUEZ, KENGATE LEEN, JORDAN MCLEOD, KYLE JACKSON, KYLE PATTERSON, KIMBERLY STRATOS, | |
| **Defendants.** | |

## NOTICE OF WAIVER OF HEARING

Pursuant to Local Civil Rule 7(j) and Federal Rule of Civil Procedure 78(b), Plaintiff Juul Labs, Inc. waives an oral hearing, and requests that a decision on Plaintiff's Motion for Order Authorizing Service of Process by Email be determined by on briefs.

Date:  July 23, 2019                                       Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*