UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUUL LABS, INC., )
       Plaintiff, )
v. ) Civil Action No. 19-cv-00715 (LO/IDD)
YASER AHMED et al., )
       Defendants. )

### ORDER

This matter is before the Court on Plaintiff's Motion for Order Authorizing Service of Process by Email as to Certain Defendants [Dkt. No. 47]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. It is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall file a notice of service with the Clerk's office affirming compliance with this Order indicating the date the emails were sent to each Defendant.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 24th day of July 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia