# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| JUUL LABS, INC, | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| YASER AHMED, et al. | | Case No. 1:19CV715 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 10:07 a.m. |
| Proceeding Held: July 26, 2019 | Hearing Ended: | 10:09 a.m. |
| | | |

**Appearances:**

| **Plaintiff(s):** | Monica Talley, Rick Stern |
|---|---|
| | |
| **Defendant(s):** | |

[44] Plaintiff's Motion for Preliminary Injunction

- Mr. Stern addresses the Court.
- Court grants the motion.
- Order to follow.