**Kyle Patterson**
20031 Pinehurst Street
Detroit, MI 48221
313-333-4618
Kylepatt02@gmail.com



7th August 2019

**Monica Riva Talley**
Sterne Kessler Goldstein & Fox, P.L.L.C
123 Address St
Washington, DC 20005-3934

Dear Ms. Talley,

My name is Kyle Patterson. Hope everything is well, I am writing in regards to a summons letter that was sent to me dated July 25, 2019. I have just received your letter and I have read it thoroughly. I want Juul Labs to know that I no longer have any of those products and I have never manufacted any of those items. I also do not know any of the people stated as defendants. There may be a misunderstanding in which those defendants and I work together as a team to manufacture and sell counterfeit Juul products. That couldn't be further from the truth.  I alone buy and resell items for a living and I thought I was purchasing authentic products in bulk just like many other items I buy to resell. I first became aware of Juul products in January this year when I successfully stopped smoking cigarettes by using Juul products. I never meant to deceive customers into believing that there were buying authentic products when they really weren't. I didn't know myself. I understand that there are health risks when consuming electronic cigarette products especially ones made in China where we don't know the exact formulas and ingredients being used. I have destroyed and discarded those items not only because they are counterfeit, but because I was also consuming the product myself thinking that there were safe Juul products.

Aliexpress and DHGate are trusted chinese platforms that I buy a lot of items from. They upload certificates and documents stating that their facilities and operations are quality assured. They even earn certain badges on their supplier page identifying them as top rated suppliers. After doing research online I now understand that those chinese suppliers are supplying counterfeit products and that Juul is aware of this and have sued over 30 chinese manufacturers. As an ex-cigarette smoker myself, I assumed I was

getting a better price and deal since everything in China is very inexpensive. I have ceased purchasing and selling those items. The marketplaces I attempted to sell the items onto was Ebay and Craigslist. However, I did not have much luck from Craigslist. The funds I have available in my Paypal from selling those products on Ebay is on hold and have not been made available to me. At the time I didn't realize the strict regulations and guidelines that these types of products had on them until Ebay sent me a notice informing me about them. They also restricted my account from selling anything else. Ebay told me that the funds would be held for 180 days and that they would send me a notification on how to access them once that time period has passed. I completely understand why those funds should be rightfully transferred to Juul Labs and I will definitely do so once the funds are made available.

I am still quite new to being self employed and I am learning about trademarks and brand copyright laws. I totally meant no harm to the Juul family and I am a firm believer in their product as I am using the Juul device writing this letter. Any listings that are still available online with those products for sale will be found and deleted immediately if it hasn't already been done so. I also understand that ignorance of the law does not mean that my activities should be taken lightly and I understand the seriousness of the damage that has been done. However, I cannot stress enough that any wrongdoing I caused was purely out of not knowing any damage was being done and that I never meant harm to the Juul company. I truly do apologize. Please let me know if there are any other concerns or information I can provide you. I thank you for your time.

Sincerely,

**Kyle Patterson**