Kyle Patterson
20031 Pinehurst st
Detroit Mi 48221

Albert V. Bryan US Court
401 Courthouse Square
Alexandria, VA 22314

US MARSHALS SERVICE

STAGE PAID
TER
RK, MI
19

.55
38265-22