

Yaser Ahmed
113 Eastland Drive
Symrna, TN 37167

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Monica Riva Talley
Sterne Kessler Goldestein & Fox, P.L.L.C.
1100 New York Ave. N.W. Suite 600
Washington, DC 20005-3934

RE: Civil Action No. 1:19-cv-00715

ANSWER:

1.  I, Yaser Ahmed of 113 Eastland Drive, Symrna, TN 37167 am responding to the above complaint regarding Juuls Lab, Inc.

2.  On February, 2019 I have decided to quit smoking. Therefore, I decided to purchase the Juul Pods. I bought 100 pieces from dhgate.com without any knowledge that this product is counterfeit. If I even knew that the items were counterfeit, I would not have personally smoked it and used it for my personal use. My dentist asked me to stop smoking since I would be undergoing teeth treatment(implant).

3.  I am a father that is striving to have a good life for my children and work as an Uber Driver. My family and I are low income and I have never traded in such products nor do I have a store for these type of items.

4.  In addition, I have not sold such items before along with a letter from my dentist indicating that I underwent teeth treatment (implant) and to stop smoking.I was used about 75% and sold 25%.

5.  I, hereby request to file a motion for the case to be dismissed due to the lack of knowledge that the product was counterfeit. I did not even have the knowledge that Juuls Lab even existed nor that these items are replicas. I can assure you if that was the case, I would have never bought it nor sold it.

Date: _8/20/2019_          Signature of Defendant: _____

To the attention of the person concerned

Our patient Yaser Adam was examined by our dental clinic and underwent surgery for dental implant and tooth crowning treatment between 18.05.2019 and 08.06.2019. He was asked to quit smoking for implant surgery on 20.03.2019.  In addition, the rules for the protection of implants have been told to Mr. Yaser.

My Orders

( chat 6 )                          Buyer Protection    Help        DHport     Save more on our App!    Translate

I'm shopping for...                                                Hi, يسر الداخلي ..
                                                                   My DHgate

DHgate    My Orders    Favorites    Messages    DHpay Account    Membership

Home > My Orders

## My Orders

Orders

Purchase History

Reviews

Coupons

Buying Request

## Shortcuts

My Orders

My Favorites

Purchase History

My Coupons

My profile

Order Tracking

Customer Service
Click here for
Live Help

All Orders    Awaiting Payment( 0 )    Awaiting Shipment( 0 )    Awaiting Confirm( 0 )    Awaiting Review( 0 )    Dispute Orders( 0 )

Completed Orders    Canceled Orders

**Search Your Orders**

Please input Order Number / Seller Name    | All | ▼ | - |

Search

| 1 year ▼ | All Orders ▼ |          Order By: | Order Date ▼ |

2019-02-26 21:31:50    Amount: US $ 317.00    Seller: veina          Order NO:3102033847

**Closed**    The transaction is completed.    Track Items

2019 No leak mango Cucumber J          100 package          View Review
...                                    (4 Piece/package)
Option: Mixed(please remark)                                View Detail
                                                            Re-order
US $3.25

[comments]

Showing Results 1 - 1 of 1                              1          Go to Page  1  GO

Help improve your experience on DHgate.com, Please tell us what you think about this page.

China Wholesale | Security & Privacy | Help | China Manufacturers | Seller Home | New Products | Top Searches | Products Online | Refined Products | Discount
Products | China Suppliers | Best Sellers | Customer Service | Terms of Use | Russian | Portuguese | Italian | Spanish | French | German | Turkey | 한국어 | العربية

Copyright Notice © 2004 - 2019 DHgate.com All rights reserved. License