From: Yaser Ahmed
113 Eastland drive
Smyrna, TN, 37167

To: UNITED States District Court
For the Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

# PRIORITY MAIL

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE



**UNITED STATES POSTAL SERVICE®**

mPOS

**P**  US POSTAGE PAID
**$7.35**
0006

Origin: 37167
Destination: 22314
Flat Rate
Aug 23, 19
XXQVJ171600745

PRIORITY MAIL 2 — Day®

EXPECTED DELIVERY DAY: 8/26/2019

USPS TRACKING NUMBER



EP14H July 2013  Outer Dimension: 10 x 5

PRIORITY® MAIL ★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

TRACKED* INSURED*

*Domestic only.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

EP14H © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY® MAIL ★


UNITED STATES POSTAL SERVICE®

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H July 2013
OD: 10 x 5


PS00001000064

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale.