

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 1:19-cv-00715<br>§<br>§<br>§<br>§<br>§<br>§ |

## ANSWER OF SIBEL TOY

COMES NOW SIBEL TOY, Defendant and denies each and every allegation in Plaintiff's Verified Complaint and First Amended Verified Complaint and demands strict proof thereof.

*Sibel Toy*

Sibel Toy, Pro Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-9695
Sibelnyc@gmail.com

ANSWER OF SIBEL TOY                PAGE 1

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the forgoing document was served by electronic means on August 20, 2019 to:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
mtalley@sternekessler.com

_____
Sibel Toy, Pro Se