UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | | |
|---|---|---|
| JUUL LABS, INC., <br> Plaintiff, | § § § § § § | |
| v. | § § § | Civil Action No. 1:19-cv-00715 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, Defendants. | § § § § | |

### SIBEL TOY OBJECTION TO THE VENUE

Defendant avers that Defendant, at all times relevant, is a resident of Texas and has no significant contact with Virginia to bestow jurisdiction on Defendant. Defendant further avers that Defendant has no business relationship with any of the alleged co-defendants. Defendant Sibel Toy is the spouse of Defendant Ali Toy, who is also a resident of Texas with no business relationship with any of the other alleged co-defendants.

Sibel Toy, Pro Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-9695
Sibelnyc@gmail.com

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the forgoing document was served by electronic means on August 20, 2019 to:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
mtalley@sternekessler.com

                                                            Sibel Toy, Pro Se