# SIBEL TOY

5007 Falcon Hollow Rd.
McKinney, Texas 75072

469-215-9695
Sibelnyc@gmail.com



**VIA CERTIFIED MAIL**

District Clerk
United States District Court
Eastern District of Virginia
Alexandria Division
401 Courthouse Sq,
Alexandria, VA 22314

     Re:     Civil Action No. 1:19-cv-00715; Juul Labs. v. Sibel Toy

Dear District Clerk:

    Please find enclosed for filing in the above civil action:

1. Objection to Jurisdiction of Sibel Toy;

2. Objection to Venue of Sibel Toy; and

3. Answer of Sibel Toy

    Please return a file stamped copy in the enclosed envelope.

                                                             *Sibel Toy*
                                                                 Sibel Toy