UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
AUG 26 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

JUUL LABS, INC., §
   Plaintiff, §
§
v. § Civil Action No. 1:19-cv-00715
§
§
THE UNINCORPORATED ASSOCIATIONS §
IDENTIFIED IN SCHEDULE A,   Defendants. §

### OBJECTION TO THE JURISDICTION OF SIBEL TOY

COMES NOW SIBEL TOY, Defendant and avers that this court lacks jurisdiction because the amount in controversy is less than $1,000.

Sibel Toy, Pro Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-9695
Sibelnyc@gmail.com

CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the forgoing document was served by electronic means on August 15, 2019 to:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
mtalley@sternekessler.com

Sibel Toy, Pro Se