FILED
MAILROOM
AUG 26 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Juul Labs, Inc
*Plaintiff*

vs.

Kyle Steven Jackson
*Defendant*

Civil Action No. 1:19-cv00715-LO-IDD

## ANSWER OF DEFENDANT

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

I want to be dismissed from this lawsuit

DEFENDANT: Kyle Steven Jackson

ADDRESS: 163 Clapboard Ridge Rd Ct, 06811

TELEPHONE NO. 203-770-1825

COPY MAILED TO: (ATTORNEY FOR PLAINTIFF)
Monica Talley 1100 New York Ave. N.W Suite 600 Washington, DC 20005-3934

8-22-2019

I Kyle Jackson would like to be dismissed from civil action ( #1:19-cv-00715) I had no knowledge that any of the products mentioned in the action against me were not authentic. I would like to disclose any and all information i have as to where they were obtained from, including where they were sold and assist the case in any way i can I will also agree to never purchase or sell jull products in the future

Kyle Jackson

163 Clapboard ridge road

Danbury Ct 06810

*[signature]*

8-22-2019