Kyle Jackson
163 Clapboard Ridge Rd
Danbury CT 06811

CERTIFIED MAIL

7016 2710 0001 0045 1119

U.S. POSTAGE PAID
FCM LETTER
DANBURY, CT
06810
AUG 22 19
AMOUNT
$4.05
R2303S103732-15

Clerks Office
401 Courthouse Square
Alexandria, VA 22314

22314-570499