FILED
MAILROOM
AUG 26 2019
CLERK, U.S. DISTRICT
ALEXANDRIA, VIRGINIA

Juul Labs, Inc.,
*Plaintiff*

vs.

Russell McGowan
*Defendant*

Civil Action No. 1:19-cv-00715-LO-IDD

## ANSWER OF DEFENDANT

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

I would like to be dismissed from this lawsuit

Attached is a document of reasoning

Russell McGowan [signature] 8/22/19

DEFENDANT: Russell McGowan

ADDRESS: 40 Winter St. Ansonia, CT 06401

TELEPHONE NO. 475-223-5296

COPY MAILED TO: (ATTORNEY FOR PLAINTIFF)
Monica Talley   1100 New York Ave. N.W. Suite 600   Washington, DC 20005-3934

I Russell McGowan have attempted to contact Monica Talley, her assistant, and Mr. Walton several times. Mr. Walton who I have been lead to belief is assisting Monica Tally in this action. I have left multiple voice mails asking to be called back with no response. I spoke with the secretary at the firm several times and she emailed Monica Talley, her assistant, and Mr. Walton to call me. I even tried with the secretary to set up a time to meet in person at the firm, but no luck.

I have been attempting to contact about being removed from the group suit to settle. I have made every action I can think of to try and work this out, as of 8/22/2019 I have received no attempt to be responded to.

I would like to be dismissed from the civil action ( # 1:19-cv-00715 )

I had no knowledge that any product mentioned in action against me was not authentic. I would like to disclose all information I have as to where any may have been obtained. Including where any may have been sold. And assist in any way I can with this and any further case.

I will agree to never purchase or sell and Juul product in the future.

-Russell McGowan

475-223-5296

40 winter st

Ansonia CT 06401

*Russell McGowan   8/22/19*