Russell
40 Winter St
Ansonia Ct 06401

Clerks office
401 Courthouse Square
Alexandria, VA 22314

CERTIFIED MAIL

7016 2710 0001 0045 1089

U.S. MARSHALS INSPECTED

U.S. POSTAGE PAID
FCM LETTER
DANBURY, CT
06810
AUG 22, 19
AMOUNT
$4.05
R2303S103732-15

1000
22314

22314-570499