

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JUUL LABS, INC.,<br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ | |
| v. | §<br>§<br>§<br>§ | Civil Action No. 1:19-cv-00715 |
| THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,   Defendants. | §<br>§ | |

## ANSWER OF ALI TOY

COMES NOW ALI TOY, Defendant and denies each and every allegation in Plaintiff's
Verified Complaint and First Amended Verified Complaint and demands strict proof thereof.

Ali Toy, Pro-Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-9695
Alitoy@hotmail.com

ANSWER OF ALI TOY                    PAGE 1

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the forgoing document was served by electronic means on August 2\, 2019 to:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
mtalley@sternekessler.com

_____
Ali Toy, Pro Se

ANSWER OF ALI TOY                    PAGE 2