# ALI TOY

5007 Falcon Hollow Rd. McKinney, Texas 75072 | 469-215-9695 | alitoy@hotmail.com

**VIA CERTIFIED MAIL**

DISTRICT CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
401 COURTHOUSE SQ
ALEXANDRIA, VA 22314



RECEIVED MAILROOM
AUG 2 6 2019
CLERK, U.S. DIST
ALEXANDRIA, V

Re: Civil Action No. 1:19-cv-00715; Juul Labs. V. Ali Toy

Dear DISTRICT CLERK:

Please find enclosed for filing in the above civil action:

1. Objection to Jurisdiction of Ali Toy

2. Objection to Venue of Ali Toy; and

3. Answer of Ali Toy

Please return a file stamped copy in the enclosed envelope.

Sincerely,
Ali Toy