UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
AUG 26 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

JUUL LABS, INC., §
   Plaintiff, §
        §
        §
        §
        §
v. §    Civil Action No. 1:19-cv-00715
        §
        §
        §
        §
THE UNINCORPORATED ASSOCIATIONS §
IDENTIFIED IN SCHEDULE A, Defendants. §

## ALI TOY OBJECTION TO THE VENUE

    Defendant avers that Defendant, at all times relevant, is a resident of Texas and has no significant contact with Virginia to bestow jurisdiction on Defendant. Defendant further avers that Defendant has no business relationship with any of the alleged co-defendants. Defendant Ali Toy is the spouse of Defendant Sibel Toy, who is also a resident of Texas with no business relationship with any of the other alleged co-defendants.

                                                        */s/ Ali Toy*
                                                        Ali Toy, Pro Se
                                                        5007 Falcon Hollow Rd.
                                                        McKinney, Texas 75072
                                                        469-215-9695
                                                        Alitoy@hotmail.com

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the forgoing document was served by electronic means on August 21, 2019 on Plaintiff's attorney of record:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
mtalley@sternekessler.com

_____
Ali Toy, Pro Se