UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



JUUL LABS, INC., §
　　Plaintiff, §
§
§
§
§
v. § Civil Action No. 1:19-cv-00715
§
§
§
§
THE UNINCORPORATED ASSOCIATIONS §
IDENTIFIED IN SCHEDULE A,   Defendants. §

## OBJECTION TO THE JURISDICTION OF ALI TOY

COMES NOW ALI TOY, Defendant and avers that this court lacks jurisdiction because the amount in controversy is less than $1,000.

_____
Ali Toy, Pro Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-9695
Alitoy@hotmail.com

## CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the forgoing document was served by electronic means on August 21, 2019 to:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, D.C. 20005-3934
mtalley@sternekessler.com

_____
Ali Toy, Pro Se