IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., ) | |
| ) | |
| *Plaintiff,* ) | Civil No. 1:19-cv-715 |
| ) | |
| v. ) | Hon. Liam O'Grady |
| ) | |
| The Unincorporated Associations Identified ) | |
| in Schedule A, ) | |
| *Defendants.* ) | |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal. Dkt. 60. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m) the Court **DISMISSES** this case only as to Defendant No. 9, Arthur Bernard, **WITHOUT PREJUDICE**.

It is **SO ORDERED.**

Aug 26, 2019
~~September~~ __ 2019
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge