August 21, 2019

Jason Kim
3634 168th St. Apt 2
Flushing, NY 11358




*Juul Labs, Inc., v. The Unincorporated Association Identified*

**Civil Action No. 1:19-cv-00715-LO-IDD**

To: The United States District Court for the Eastern District of Virginia

I write to request a 30-day extension of the time to file an answer to the complaint. The parties have agreed to settle the case. My signed agreement has been sent to plaintiff, and I am awaiting plaintiff to return the fully executed agreement to me, along with the stipulation of dismissal. The stipulation of dismissal will be filed as soon as it is fully executed.

Sworn to before me this
23rd day of August 2019

_____
Jason Kim

Shamowtie Ramcharan
Notary Public, State of New York
No. 01RA5063791
Qualified in Nassau County
Commission Expires July 29, 2022