Jason Kim
36-34 168 st
Flushing NY 11358



CERTIFIED MAIL

7019 1120 0000 7763 6376

Clerk, United States District Court
Eastern District of Virginia
701 E Broad St, suite 3000
Richmond VA 23219

23219-352899