**F**

US POSTAGE AND FEES PAID
FIRST-CLASS
Aug 31 2019
Mailed from ZIP 95209
5oz First-Class Svc Zone 8

Part # 156297-435  RRDR  EXP 09/20

endicia

071V01002202

CommercialBasePrice

## FIRST-CLASS PKG SVC

Kevin Sullivan
9113 CORNWALL DR
STOCKTON CA 95209

C031    0022

U.S. MARSHALS SERVICE

Shipped using PostalMate®
Pkg:133240

SHIP TO:

Albert V Bryan US Courthouse
401 COURTHOUSE SQ
ALEXANDRIA VA 22314-5701

USPS TRACKING #



9400 1102 0082 9120 5224 37