UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**JUUL LABS, INC.,**

        **Plaintiff,**

v.

**YASER AHMED, et al.,**

        **Defendants.**

Civil Action No. 1:19-cv-00715

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused true and correct copies of the foregoing to be served upon the following Defendants and counsel of record for Defendant Dennis Hammer.

| | |
|---|---|
| Yaser Ahmed<br>113 Eastland Drive<br>Symrna, TN 37167 | Jason Kim<br>3634 168th Street, Apt. 2<br>Flushing, NY 11358 |
| Russell McGowan<br>40 Winter Street<br>Ansonia, CT 06401 | Kyle Jackson<br>163 Clapboard Ridge Road<br>Danbury, CT 06811 |
| Ali Toy<br>5007 Falcon Hollow Road<br>McKinney, TX 75072 | Sibel Toy<br>5007 Falcon Hollow Road<br>McKinney, TX 75072 |
| Sarah Griffith<br>1794 Pioneer Boulevard<br>Burlington, KY 41005 | Kevin Sullivan<br>9113 Cornwall Drive<br>Stockton, CA 95209 |

*Counsel for Defendant Dennis Hammer*:

    Dirk McClanahan
    MCCLANAHAN POWERS, PLLC
    8133 Leesburg Pike, Suite 130
    Vienna, VA 22182
    Telephone: (703) 520-1326
    Facsimile: (703) 828-0205
    dmclanahan@mcplegal.com

Date: September 4, 2019            /s/ Monica Riva Talley
                                                Monica Riva Talley (VSB No. 41840)
                                                Byron Pickard (VSB No. 47286)
                                                Dennies Varughese, Pharm.D. (*pro hac vice*)
                                                Nirav N. Desai (VSB. No. 72887)
                                                Nicholas J. Nowak (*pro hac vice*)
                                                Daniel S. Block (*pro hac vice*)
                                                STERNE KESSLER GOLDSTEIN & FOX, PLLC
                                                1100 New York Ave., N.W., Suite 600
                                                Washington, DC 20005-3934
                                                Telephone No.: (202) 371-2600
                                                Facsimile No.: (202) 371-2540
                                                mtalley@sternekessler.com
                                                bpickard@sternekessler.com
                                                dvarughe@sternekessler.com
                                                ndesai@sternekessler.com
                                                nnowak@sternekessler.com
                                                dblock@sternekessler.com

                                              *Attorneys for Plaintiff*