# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

September 4, 2019

Jason Kim
3634 168th Street Apt. #2
Flushing, NY 11358

Re: Motion/Request for Extension of Time

Dear Mr. Kim,

After receipt of your filing DE #73, a notice of correction has been issued. Please file a Notice of Hearing Date or a Notice of Waiver of Oral Argument with regards to your Motion/Request. If you visit the Court's website, www.vaed.uscourts.gov under resources and then select Pro Se Litigant Refence Handbook, there are some sample forms available for you to use.

Should you have any questions or concerns, please feel free to contact me at the number listed below.

Thank you,

Anitra Chastine
Case Manager
703-299-2138