IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:19-cv-715 ) Hon. Liam O'Grady |
| YASER AHMED, ET AL., | ) ) |
| Defendants. | ) ) ) |

## ORDER

This matter comes before the Court on Parties' Stipulation of Dismissal with Prejudice as to Certain Defendants. Dkt. 76. The Complaint is hereby **DISMISSED WITH PREJUDICE** as to the following defendants only:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 35 | April Casella | downeastmed41 | downeastmedicinals04240@gmail.com |
| 52 | Slade Hanson | slhan_40 | hansonslade1@gmail.com |
| 62 | Jason Kim | oofzcuky2 | kimjason1288@gmail.com<br>hosuk12@gmail.com<br>cukykim2@gmail.com<br>cukykim@gmail.com<br>oofzcuky@gmail.com |
| 75 | Kimberly Stratos | sambrosia08 | kimberlystratos@yahoo.com |

It is **SO ORDERED.**

September 5, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge