IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JUUL LABS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-715 (LO/IDD) |
| | ) | |
| THE UNINCORPRATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This MATTER is before the Court on Defendant Jason Kim's Request/Motion for Extension of Time to File Answer [Dkt. No. 73]. It is hereby

**ORDERED** that Defendant's Motion is **DENIED as moot**. The Motion is denied as moot because Parties filed a Stipulation of Dismissal with Prejudice as to the Defendant.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 16th day of September 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia