AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| The Unincorporated Associations Identified in Schedule A, | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:19-cv-00715 -LO-IDD

Amended

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Angelene Quimbaya
209 Lockwood Ave, Apt B
Yonkers, NY 10701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   7/25/2019

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:31:19 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

United States District Court

| | | |
|---|---|---|
| Juul Labs, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-cv-00715-LO-IDD |
| | ) | |
| The Unincorporated Associations Identified in Schedule A | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Angelene Quimbaya

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Torri's Legal Services , Dilani Dias , 18405 MD HIGHWAY 124 Suite A ,
GAITHERSBURG, MD 20879

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Angelene Quimbaya was received by me on *(date)* 08/10/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Mr Santigo, Father . a person of suitable age and discretion who resides there, on *(date)* Sat, Aug 10 2019

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Michael Whyte 2075574-DCA

*Printed name and title*

30 South Broadway Ste. 602, Yonkers, NY 10701 DCA# 2067743

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 10, 2019, 9:58 am EDT at HOME: 209 LOCKWOOD AVE Apt. B, YONKERS, NY 10701 received by Mr Santigo, Father for Angelene Quimbaya. Age: 60-69; Ethnicity: Hispanic; Gender: Male; Weight: 150-160; Height: 5'6"; Hair: Other; Other: Wearing a hat;