AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 1:19-cv-00715 -LO-IDD |
| The Unincorporated Associations Identified in Schedule A, *Defendant(s)* | ) ) ) ) ) ) ) |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Christy Vasquez
4277 Exchange Ave, #9
Naples, FL 34104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/25/2019      *(signature)* Digitally signed by Anitra Chastine
Date: 2019.07.25 16:41:35 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-00715 -LO-IDD |
| The Unincorporated Associations Identified in Schedule A, | ) |
| | ) |
| *Defendant(s)* | ) |

Amended
SUMMONS IN A CIVIL ACTION

INITIALS OF SERVER: CA
DATE OF SERVICE: 8/8/19
TIME OF SERVICE: 4:35 pm
I.D. # IF APPLICABLE: 205757

To: *(Defendant's name and address)* Christy Vasquez
4277 Exchange Ave, #9
Naples, FL 34104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715 -LO-100

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHRISTY VASQUEZ

was received by me on *(date)* AUGUST 5, 2019

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
DARIO VASQUEZ, SPOUSE, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
SERVED ON AUGUST 8, 2019 @4:35 PM AT 105 MORNING STAR CAY, NAPLES, FL 34114

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: AUGUST 9, 2019

_____
*Server's signature*

CHERYL PARKER AVERILL, CPS 205757
*Printed name and title*

2211 WIDMAN WAY, STE 210, FORT MYERS, FL 33901
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Virginia

Case Number: 1:19-CV-00715-LO-IDD

Plaintiff:
JUUL LABS, INC.,

vs.

Defendant:
THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

For:
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave. N.W.
Suite 600
Washington, DC 20005-3934

CPA2019007547

Received by Torri's Legal Services on the 5th day of August, 2019 at 12:13 pm to be served on **CHRISTY VASQUEZ, 4277 EXCHANGE AVENUE, #9, NAPLES, Collier County, FL 34104**.

I, Cheryl Parker Averill, being duly sworn, depose and say that on the **8th day of August, 2019** at **4:35 pm, I:**

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **Summons, First Amended Complaint and Exhibits 1, 2 & 3** with the date and hour of service endorsed thereon by me, to: **DARIO VASQUEZ** as **SPOUSE**, at the within named person's usual place of abode, upon inquiry of the recipient and receiving an affirmative reply, to wit: **105 MORNING STAR CAY, NAPLES, Collier County, FL 34114**, who resides therein and who is 15 years of age, or older, per state statutes. Recipient was informed of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
8/5/2019 2:46 pm Attempted service at 4277 EXCHANGE AVENUE, #9, NAPLES, FL 34104, V provided business address was formerly Shades window tinting. the unit is currently locked. the neighboring unit states that a new commercial tenant, a plumbing company, moved in a few weeks ago. Shades Window Tinting has been taken off the front door but can still see faded remnants of the name of the business on the door. neighboring unit states the defendant name is unknown.

Description of Person Served: Age: 47, Sex: M, Race/Skin Color: BLACJ, Height: 6'0", Weight: 220, Hair: HAT, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525. Notary not required.

Subscribed and Sworn to before me on the the 9 day of August, 2019 by the affiant who is ✓ personally known to me or produced _____ as identification.

NOTARY PUBLIC


ROBIN L. LAURENTI
Commission # GG 091314
Expires June 20, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

Cheryl Parker Averill
CPS# 205757

Torri's Legal Services
18403 Woodfield Road
Suite A
Gaithersburg, MD 20879
(301) 869-5081

Our Job Serial Number: CPA-2019007547
Ref: 45546

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n