AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 1:19-cv-00715-LO-IDD |
| The Unincorporated Associations Identified in Schedule A, *Defendant(s)* | ) ) ) ) ) ) ) |

Amended

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Dario Vasquez
4277 Exchange Ave, Suite 9
Naples, FL 34104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2019

*Signature of Clerk or Deputy Clerk*

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:51:05 -04'00'

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Virginia

Case Number: 1:19-CV-00715-LO-IDD

Plaintiff:
**JUUL LABS, INC.,**

vs.

Defendant:
**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**

For:
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave. N.W.
Suite 600
Washington, DC 20005-3934

CPA2019007548

Received by Torri's Legal Services on the 5th day of August, 2019 at 12:13 pm to be served on **DARIO VASQUEZ, 4277 EXCHANGE AVENUE, #9, NAPLES, Collier County, FL 34104.**

I, Cheryl Parker Averill, being duly sworn, depose and say that on the **8th day of August, 2019 at 4:35 pm, I:**

**INDIVIDUALLY** served the within named person with a true copy of this **Summons, First Amended Complaint and Exhibits 1, 2 & 3** at their address of **105 MORNING STAR CAY, NAPLES, Collier County, FL 34114** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is NOT in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant IS married.

**Additional Information pertaining to this Service:**
8/5/2019 2:46 pm Attempted service at 4277 EXCHANGE AVENUE, #9, NAPLES, FL 34104, V provided business address was formerly Shades window tinting. the unit is currently locked. the neighboring unit states that a new commercial tenant, a plumbing company, moved in a few weeks ago. Shades Window Tinting has been taken off the front door but can still see faded remnants of the name of the business on the door. neighboring unit states the defendant name is unknown.

**Description** of Person Served: Age: 47, Sex: M, Race/Skin Color: BLACK, Height: 6'0", Weight: 220, Hair: HAT, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA.** "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525. Notary not required.

Cheryl Parker Averill
CPS# 205757

Subscribed and Sworn to before me on the the 9 day of August, 2019 by the affiant who is personally known to me or produced _____ as identification.

NOTARY PUBLIC

ROBIN L. LAURENTI
Commission # GG 091314
Expires June 20, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

Torri's Legal Services
18403 Woodfield Road
Suite A
Gaithersburg, MD 20879
(301) 869-5081

Our Job Serial Number: CPA-2019007548
Ref: 45548

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n