AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| The Unincorporated Associations Identified in Schedule A, | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 1:19-cv-00715 -LO-IDD

Amended

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jason Kim
3634 168th St, Apt 2
Flushing, NY 11358

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:47:27 -04'00'

Date: _7/25/2019_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jason Kim was received by me on *(date)*
_____ .

| X | I personally served the summons on the individual at *(place)* 3634 168TH ST Apt. 2, FLUSHING, NY 11358
on *(date)* Sat, Aug 10 2019 at 7:09 PM ; or

| | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy
to the individual's last known address; or

| | I served the summons on *(name of individual)* _____ , who is designated by law to accept
service of process on behalf of *(name of organization)* _____ on *(date)*
_____ ; or

| | I returned the summons unexecuted because: _____ ; or

| | Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

Yehonatan Jacobs

_____
*Printed name and title*

30 South Broadway Ste. 602, Yonkers, NY 10701 DCA#
2067743

_____
*Server's address*

Additional information regarding attempted service, etc.:
Aug 10, 2019, 7:09 pm EDT at HOME: 3634 168TH ST Apt. 2, FLUSHING, NY 11358 received by Jason Kim.
Recipient is described as " Age: 30; Ethnicity: Asian American; Gender: Male; Weight: 155; Height: 5'7"; Hair: Black;