AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Juul Labs, Inc., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-cv-00715 -LO-IDD |
| The Unincorporated Associations Identified in Schedule A, | ) | |
| *Defendant(s)* | ) | |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Josif Leitner
541 Wythe Ave, 3F
Brooklyn, NY 11249

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2019

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:34:50 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JOSIF LEITNER__

was received by me on *(date)* __9/4/19__.

☐ I personally served the summons on the individual at *(place)* __Ms. Leitner - Co-occupant__
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Ms. Leitner - Co-Occupant__, a person of suitable age and discretion who resides there,
on *(date)* __9-17-19 @ 3:00pm__ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __9-19-19__

_____
Server's signature

__Paul Colaluca - process server__
Printed name and title

__26 Scotchtown Ave., Goshen, NY 10924__
Server's address

Additional information regarding attempted service, etc:

| US DISTRICT COURT OF THE EASTERN DISTRICT OF VIRGINIA | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | |
| JUUL LABS, INC., | CLIENT: TORRIS LEGAL |
| | FF/INDEX #: |
| | DATE FILED 07/25/19 |
| Plantiff(s)/Petitioners(s) | DOCKET #: |
| - AGAINST - | CIVIL ACTION NO. |
| | 1:19-CV-00715-LO-IDD |
| YASER AHMED, ET AL., | PRESIDING: |
| | COURT D/T: |
| Defendant(s) / Respondent(s) | AMOUNT: |

**STATE OF NEW YORK, COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 9/17/19 at 3:00 PM at 4 HAMBURG WAY, UNIT 2, MONROE, NY 10950

deponent served the within SUMMONS IN A CIVIL ACTION, & FIRST AMENDED VERIFIED COMPLAINT, VERIFICATION OF FIRST AMENDED VERIFIED COMPLAINT WITH EXHIBITS 1-3

on JOSIF LEITNER therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with MS. LEITNER - CO-OCUPANT
a person of suitable age and discretion, the said premises being the defendants - respondents
☑ dwelling place ☐ place of business ☐ last known address within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE WHITE SKIN HAIR WAS COVERED 40-45 YRS. 5'4"-5'6" 140-145 LBS.

Other identifying features:

**MAILING** ☐ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive care and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on:

☐ at his last known residence ☐ at his place of business ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant / respondent was in active military service or financially dependant upon anyone who is in the military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. Defendant / respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant / respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 9/19/2019

*Jo-Ann Johnson* (signature)           PAUL COLALUCA (signature)

| JO-ANN JOHNSON | KATHLEEN GOULD | JOHN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISSION EXPIRES AUGUST 15, 20__ | COMMISSION EXPIRES NOVEMBER 30, 20__ | COMMISSION EXPIRES JULY 15, 20__ |
| 01JO5031856 | 01GO4632958 | 01GO5013764 |