AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., *Plaintiff(s)* <br><br> v. <br><br> The Unincorporated Associations Identified in Schedule A, *Defendant(s)* | Civil Action No. 1:19-cv-00715 -LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kyle Jackson
163 Clapboard Ridge Rd
Danbury, CT 06811

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:52:28 -04'00'

**UNITED STATES DISTRICT COURT**
**Eastern District of Virginia**

**AFFIDAVIT OF SERVICE**



Index no :1:19-cv-00715-LO-IDD

Juul Labs, Inc.

      Plaintiff(s),

vs.

The Unicorporated Indentified in Schedule A

      Defendant(s).

_____/

**STATE OF CONNECTICUT**
                       ss: East Hartford
**HARTFORD COUNTY**

Eric Rubin, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **08/06/2019** at **11:35 AM**, I served the within **Two Summons in a Civil Action, First Amended Complaint, Verification of First Amended Complaint and Exhbits 1-3** on **Kyle Jackson** at **163 Clapboard Ridge Road, Danbury, CT 06811** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Cindy Myslow, Co-Resident,** a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Red | 60 | 5'5" | 120 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
August 06, 2019
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC    03/31/2023
My Commission Expires: _____

X_____
Eric Rubin
Torri's Legal Services
18403 Woodfield Road
Suite A
Gaithersburg, MD 20879
800-990-7378
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC