AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., <br><br> *Plaintiff(s)* <br> v. <br> The Unincorporated Associations Identified in Schedule A, <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-00715 -LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mark Derias
21418 Bloomfield Ave, Apt 38
Lakewood, CA 90715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2019

CLERK OF COURT

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:25:09 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mark Derias__

was received by me on *(date)* __8/5/2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
__Nahla Fol Taoos, wife__ , a person of suitable age and discretion who resides there,

on *(date)* __8/6/2019__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/7/2019__

*Server's signature*

CHRIS HUTCHINSON
MARATHON ATTORNEY SERVICE
*Printed name and title*

P.O. Box 666
Lakewood, CA 90713    562/429-3145
RPS: 355 Los Angeles Co.
*Server's address*

Additional information regarding attempted service, etc:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__
Subscribed and sworn to (or affirmed) before me on this __7__ day of __August__, 20__19__, by __Chris Hutchinson__ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature __Christine Cardaropoli__ (Seal)

CHRISTINE CARDAROPOLI
Notary Public - California
Los Angeles County
Commission # 2241593
My Comm. Expires Jun 5, 2022