AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> The Unincorporated Associations Identified in Schedule A, <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-00715-LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mervat Aboulayla
1001 Maple Ter
Bethany, MO 64424

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2019

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:33:45 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mervat Aboulayla__
was received by me on *(date)* __8-7-19__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because __Mervat Aboulayla does not live at__ ; or
__1001 Maple Terrace, Bethany, MO 64424 per the__
☐ Other *(specify)*: __current resident Eric Sybert.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8-13-19__                                    _C. Michael Perry_
                                                    Server's Signature

                                        __C. MICHAEL PERRY, PRIVATE PROCESS SERVER__
                                                    Printed name and title

                                                    _____
                                                    Server's address

Additional information regarding attempted service, etc:



#281389#

**UNITED STATES DISTRICT COURT**
**Eastern District of Virginia**
Docket number 1:19-CV-00715-LO-IDD

Juul Labs, Inc

Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**

The Unincorporated Associations Idenified in Schedule A,

Defendant,

_____/

I, C. Michael Perry affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that as of 08/07/2019 at 2:30 PM, all attempts for service of process of the Summons in a Civil Action and First Amended Verified Complaint, Verification of First Amended Complaint, Exhibit 1-3 upon Mervat Aboulayla at all addresses known or provided have not been successful therefore I am returning this paper as non served.

I certify that the foregoing statements made by me are true, correct and my free act and deed.

C. Michael Perry

The foregoing affidavit sworn and subscribed before me today, August 13, 2019

MIRANDA A HEUETT
Notary Public - Notary Seal
De Kalb County - State of Missouri
Commission Number 18631170
My Commission Expires May 31, 2022