AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> The Unincorporated Associations Identified in Schedule A, <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-00715 -LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Myron Doyle
713 Chester West Rd
Pitkin, LA 70656

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:29:31 -04'00'

\* please serve personal a someone of suitable age \*

## *Rapides Parish Sheriff's Office*

CASE NO: 1:19-cv-00715

THE STATE OF VIRGINA

JUULS LABS, INC.
    VS
THE UNINCORPORATED ASSOICATIONS INDENFIED IN SCHEDULE A

Type of paper: SUMMONS: <u>FIRST AMENDED VERIFIED COMPLAINT, AND EXHIBITS 1, 2, AND 3.</u>

TO: MYRON DOYLE
    713 CHESTER WEST RD
    PITKIN, LA. 70656

Personal Service ✓

Domiciliary _____    Person Served _____

Departmental _____    Person Served _____

Reason service not made:
_____

| Date | Time | Mile | Comment |
|---|---|---|---|
| (1) 8-23-19 | 9:00 am | 96 | n/c |
| (2) 8-25-19 | 12:00 | 96 | |
| (3) | | | |

**Total Miles** _____

DATE 8-25-2019    Deputy Sheriff Dep. N. Bradford



COPY