AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Juul Labs, Inc.,

*Plaintiff(s)*

v.

The Unincorporated Associations Identified in Schedule A,

*Defendant(s)*

Civil Action No. 1:19-cv-00715-LO-IDD

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Roy Walker
1826 Lloyd St
Savannah, GA 31405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/25/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:27:37 -04'00'

Civil Action No.   Civil Action No. 1:19-cv-00715

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roy Walker

was received by me on *(date)* 8/1/2019 .

☒ I personally served the summons on the individual at *(place)* 1826 Lloyd Street, Savannah, GA 31405
Roy Walker on *(date)* 8/12/2019 6:00 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/12/2019

*Server's signature*

Tom Safrin, Process Server
*Printed name and title*

1353 Riverstone Parkway #120-387, Canton, GA 31401
*Server's address*

45559

Additional information regarding attempted service, etc:
Roy Walker Gender: Male     Race/Skin: African American     Age: 60 - 70 yrs. old     Weight: 160     Height: 6"     Hair: Gray     Glasses:     Other:

Documents Served: Two (2) Summonses, First Amended Verified Complaint, Verification of First Amended Complaint, and Exhibits 1-3