AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-00715 -LO-IDD |
| The Unincorporated Associations Identified in Schedule A, | ) |
| *Defendant(s)* | ) |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sibel Toy
5007 Falcon Hollow Rd
McKinney, TX 75072

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:45:32 -04'00'

Date: 7/25/2019

*Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sibel Toy**

was received by me on *(date)* **08/05/2019**.

☑ I personally served the summons on the individual at *(place)* **5007 Falcon Hollow Road McKinney, TX 75072 @ 8:45 p.m.** on *(date)* **08/06/2019** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **08/07/2019**

*Server's signature*

**Donna Jo King, Process Server**
*Printed name and title*

Torri's Legal Services
18403 Woodfield Rd., Suite A
Gaithersburg, MD 20879

*Server's address*

Additional information regarding attempted service, etc: