AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| The Unincorporated Associations Identified in Schedule A, | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:19-cv-00715 -LO-IDD

Amended

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tracy Wisby
2363 Brooklyn Drive
Coos Bay, OR 97420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:33:20 -04'00'

Date:    7/25/2019

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

**State of Virginia**                  **County of Eastern**                  District Court

Case Number: 119CV00715LOIDD

Plaintiff:
**Juul Labs, Inc.**

vs.

Defendant:
**The Unincorporated Associations Identified in Schedule A**

For:
Monica Riva Talley
Sterne Kessler Goldstein & Fox P.L.L.C
1100 New York Ave NW
Suite 600
Washington, DC 20005

Received by Torri's Legal Services to be served on **Tracy Wisby, 2363 Brooklyn Drive, Coos Bay, OR 97420**.

I, Jim Gannaway, being duly sworn, depose and say that on the **21st day of August, 2019** at **10:03 am, I:**

**Personally Served** the within named person with a true copy of a **Summons in a Civil Action** at the above listed address pursuant to state statutes and informing said person of contents thereof.

I am a competent person over 18 years of age and a resident of this State; I am not a party to nor an officer, director or employee of, nor attorney for any party. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 24st.
day of August, 2019 by the affiant who is
personally known to me.

_____
NOTARY PUBLIC



OFFICIAL STAMP
MELISSA LEANN HART
NOTARY PUBLIC - OREGON
COMMISSION NO. 988964
MY COMMISSION EXPIRES JUNE 25, 2023

_____
**Jim Gannaway**
Process Server

**Torri's Legal Services**
**18403 Woodfield Rd**
**Suite A**
**Gaithersburg, MD 20879**
**(301) 869-5081**

Our Job Serial Number: OSO-2019001796
Ref: 45602

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

OFFICIAL STAMP
JEANNE RENEE HALE
NOTARY PUBLIC - OREGON
COMMISSION NO. 985904
MY COMMISSION EXPIRES JUNE 29, 2021