AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., <br><br> *Plaintiff(s)* <br> v. <br> The Unincorporated Associations Identified in Schedule A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:19-cv-00715-LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Yaser Ahmed
113 Eastland Drive
Smyrna, TN 37167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2019

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:23:29 -04'00'

*Signature of Clerk or Deputy Clerk*

Case 1:19-cv-00715-LO-IDD   Document 56   Filed 07/25/19   Page 2 of 114 PageID# 808

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715 -LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ Yasu Ahmed
was received by me on *(date)* 8/6/19.

☑ I personally served the summons on the individual at *(place)* 113 Eastland Dr.
Smyrna, TN 37167 _____ on *(date)* 8/9/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/9/19

_____
Server's signature

Joseph Jackson Process Server
Printed name and title

236 E. Main St. Suite 192
Sevierville, TN 37862
Server's address

Additional information regarding attempted service, etc: