# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YASER AHMED, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-00715-LO-IDD |

## NOTICE OF AGREED STIPULATED DISMISSAL WITH PREJUDICE
## AS TO CERTAIN DEFENDANTS

Plaintiff Juul Labs, Inc. ("Plaintiff") and certain Defendants have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement Agreement. Now the parties hereby move for an order dismissing all claims in this action asserted between them with prejudice.

This dismissal only pertains to the Defendants indicated herein and does not constitute a dismissal of all Defendants. The parties hereby agree to waive a hearing on this Motion. The defendant number provided corresponds to the Defendants' information in Schedule A to the Verified Complaint ("Schedule A"):

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 1 | Yaser Ahmed | yaserjajan | yaseraldagstane@yahoo.com<br>yjajan@yahoo.com<br>noordeek@gmail.com |
| 11 | Kevin Sullivan | dre_sull | wayofthebros@gmail.com |
| 13 | Russell McGowan | awakeandsell | 6AMwholesale@gmail.com<br>dually225@gmail.com |
| 14 | Zhenyu Zhu | plehnevi17 | fujitou1996@gmail.com<br>songweitou1996@gmail.com<br>songweitou2012@gmail.com<br>songweitou2013@gmail.com<br>zyztech1688@gmail.com<br>songweitou1012@gmail.com<br>zyztech168@gmail.com |
| 47 | Zhenyu Zhu | walou-19 | dianshiji2013@gmail.com<br>huoyan98@gmail.com<br>hymz888@yahoo.com.cn<br>zhenyu79@gmail.com<br>zhenyu79@juno.com<br>zhenyu@attbi.com<br>zhenyuzhu8@hotmail.com |
| 28 | Dennis Hammer | metroimporting | den.hammer@gmail.com<br>hello@dennishammer.com |
| 32 | Kenneth Buss | highdesity | SWE2@HOME.COM<br>swe2@cox.net |
| 37 | Tracy Wisby | hotrendz | tcwisby@yahoo.com |
| 46 | Sarah Griffith | sagrif-66 | s.griffith81@yahoo.com |
| 57 | Jesse Lazar | jesla-370 | christopherbowling2019@yahoo.com<br>jasminevale2021@gmail.com<br>jasonlazaro2015@gmail.com<br>jesselazar2019@yahoo.com<br>jesselazar2021@gmail.com<br>normadominguez2021@gmail.com<br>jaisonzaia@gmail.com<br>johnzain2020@gmail.com<br>Joseph.lazar89@yahoo.com |
| 64 | Yan Xiong | snapoom_01 | snapoom01@gmail.com |

| | |
|---|---|
| Date: October 21, 2019 | /s/ Monica Riva Talley |

Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*