UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YASER AHMED, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-00715-LO-IDD |

## NOTICE OF SERVICE OF DEFENDANTS BY EMAIL

Pursuant to this Court's July 24, 2019 Order (D.I. 54), Plaintiff Juul Labs, Inc. ("Plaintiff") submits this Notice of Service and the Declaration of Monica Riva Talley as required by the Order.

On July 31, 2019, Plaintiff emailed the foreign Defendants. Plaintiff included a copy of the Verified Complaint, the individual Defendant's summons, and the Court's July 24, 2019 Order in each service email.

Date: October 21, 2019  /s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*