UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> YASER AHMED, et al., <br><br> **Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

### DECLARATION OF MONICA RIVA TALLEY REGARDING SERVICE OF DEFENDANTS BY EMAIL

I, Monica Riva Talley, hereby declare as follows:

1. I am an attorney with the law firm Sterne Kessler Goldstein & Fox PLLC, counsel for Plaintiff Juul Labs, Inc. ("Plaintiff").

2. I am a member in good standing of the Bar of the state of Virginia. My Virginia State Bar number is 41840.

3. On July 24, 2019, this Court entered an Order (D.I. 54) permitting Plaintiff to serve the foreign Defendants with process by email. The Clerk issued individual summonses on June 25, 2019.

4. On July 31, 2019, Plaintiff served the below listed Defendants by their email addresses. Plaintiff included a copy of the Verified Complaint, individual summons, and a copy of the Court's July 24, 2019 Order.

| No. | Defendant Store Name | Defendant Name | Email address |
|---|---|---|---|
| 4 | qiaotianping-zhengmeixinxi | 敏 张 (Min Zhang) | qtp_misszhang@outlook.com shiyan0227@outlook.com |
| 5 | miss_zhang | | qtp_misszhang@hotmail.com |
| 7 | Vapingpit | Wenjiang Mai | maiwenjiang@hotmail.com misszhanglink2mwj@outlook.com qtplink2mwj@outlook.com |
| 8 | savings4u168 | 东东 王 (Dong Dong Wang) | wangpaul668@gmail.com |
| 15 | kytech2016_0 | 莲翠 蒋 (Lian Cui Jiang) | kytech2016@163.com |
| 16 | szeminhhangy | 小华 汪 (Xiao Hua Wang) | wangxiaohua588@outlook.com xiaohuawang588@outlook.com wxhua188@outlook.com |
| 22 | tyijiafkju | | |
| 68 | yanshifu482 | | |
| 24 | red-cherry2018 | 海艳 项 (Hai Yan Xiang) | cherry-xiang@outlook.com |
| 33 | talfangkoyu | 鹏 林 (Peng Lin) | penglin188@outlook.com |
| 53 | wanyancai559 | 辉棋 林 (Hui Qi Lin) | linhq888@hotmail.com |
| 54 | wenwen996_4 | Wenbo Lei | wenwen996@aliyun.com |

5. On information and belief, the emails sent to Defendants were delivered to the email addresses listed above.

I declare under penalty of perjury (under the laws of the United States of America) that the foregoing is true and correct.

Date: October 21, 2019                    Respectfully submitted,

                                                                /s/ Monica Riva Talley
                                                Monica Riva Talley (VSB No. 41840)
                                                Byron Pickard (VSB No. 47286)
                                                Dennies Varughese, Pharm.D. (*pro hac vice*)
                                                Nirav N. Desai (VSB. No. 72887)
                                                Nicholas J. Nowak (*pro hac vice*)
                                                Daniel S. Block (*pro hac vice*)
                                                STERNE KESSLER GOLDSTEIN & FOX, PLLC
                                                1100 New York Ave., N.W., Suite 600
                                                Washington, DC 20005-3934
                                                Telephone No.: (202) 371-2600
                                                Facsimile No.: (202) 371-2540
                                                mtalley@sternekessler.com
                                                bpickard@sternekessler.com
                                                dvarughe@sternekessler.com
                                                ndesai@sternekessler.com
                                                nnowak@sternekessler.com
                                                dblock@sternekessler.com

                                             *Attorneys for Plaintiff*