UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YASER AHMED, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-00715-LO-IDD |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused true and correct copies of the foregoing to be served upon the following Defendants and counsel of record for Defendant Dennis Hammer.

Yaser Ahmed
113 Eastland Drive
Smyrna, TN 37167

Russell McGowan
40 Winter Street
Ansonia, CT 06401

Ali Toy
5007 Falcon Hollow Road
McKinney, TX 75072

Sarah Griffith
1794 Pioneer Boulevard
Burlington, KY 41005

Kyle Jackson
163 Clapboard Ridge Road
Danbury, CT 06811

Sibel Toy
5007 Falcon Hollow Road
McKinney, TX 75072

Kevin Sullivan
9113 Cornwall Drive
Stockton, CA 95209

*Counsel for Defendant Dennis Hammer:*
    Dirk McClanahan
    MCCLANAHAN POWERS, PLLC
    8133 Leesburg Pike, Suite 130
    Vienna, VA 22182
    Telephone: (703) 520-1326
    Facsimile: (703) 828-0205
    dmclanahan@mcplegal.com

Date: October 21, 2019

    /s/ Monica Riva Talley
    Monica Riva Talley (VSB No. 41840)
    Byron Pickard (VSB No. 47286)
    Dennies Varughese, Pharm.D. (*pro hac vice*)
    Nirav N. Desai (VSB. No. 72887)
    Nicholas J. Nowak (*pro hac vice*)
    Daniel S. Block (*pro hac vice*)
    STERNE KESSLER GOLDSTEIN & FOX, PLLC
    1100 New York Ave., N.W., Suite 600
    Washington, DC 20005-3934
    Telephone No.: (202) 371-2600
    Facsimile No.: (202) 371-2540
    mtalley@sternekessler.com
    bpickard@sternekessler.com
    dvarughe@sternekessler.com
    ndesai@sternekessler.com
    nnowak@sternekessler.com
    dblock@sternekessler.com

    *Attorneys for Plaintiff*