# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Civil Action No. 1:19-cv-715 |
| YASER AHMED, *et al.*, | ) Hon. Liam O'Grady |
| *Defendants.* | ) ) |

## ORDER

This matter comes before the Court on the parties' Notice of Agreed Stipulated Dismissal with Prejudice as to Certain Defendants. Dkt. 127. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the action is hereby **DISMISSED WITH PREJUDICE** only as to the following defendants further identified below: Yaser Ahmed, Kevin Sullivan, Russel McGowan, Zhenya Zhu, Dennis Hammer, Kenneth Buss, Tracy Wisby, Sarah Griffith, Jesse Lazar, and Yan Xiong.

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 1 | Yaser Ahmed | yaserjajan | yaseraldagstane@yahoo.com<br>yjajan@yahoo.com<br>noordeek@gmail.com |
| 11 | Kevin Sullivan | dre_sull | wayofthebros@gmail.com |
| 13 | Russell McGowan | awakeandsell | 6AMwholesale@gmail.com<br>dually225@gmail.com |
| 14 | Zhenyu Zhu | plehnevi17 | fujitou1996@gmail.com<br>songweitou1996@gmail.com<br>songweitou2012@gmail.com<br>songweitou2013@gmail.com<br>zyztech1688@gmail.com<br>songweitou1012@gmail.com<br>zyztech168@gmail.com |
| 47 | | walou-19 | dianshiji2013@gmail.com<br>huoyan98@gmail.com<br>hymz888@yahoo.com.cn<br>zhenyu79@gmail.com<br>zhenyu79@juno.com<br>zhenyu@attbi.com<br>zhenyuzhu8@hotmail.com |
| 28 | Dennis Hammer | metroimporting | den.hammer@gmail.com<br>hello@dennishammer.com |
| 32 | Kenneth Buss | highdesity | SWE2@HOME.COM<br>swe2@cox.net |
| 37 | Tracy Wisby | hotrendz | tcwisby@yahoo.com |
| 46 | Sarah Griffith | sagrif-66 | s.griffith81@yahoo.com |
| 57 | Jesse Lazar | jesla-370 | christopherbowling2019@yahoo.com<br>jasminevale2021@gmail.com<br>jasonlazaro2015@gmail.com<br>jesselazar2019@yahoo.com<br>jesselazar2021@gmail.com<br>normadominguez2021@gmail.com<br>jaisonzaia@gmail.com<br>johnzain2020@gmail.com<br>Joseph.lazar89@yahoo.com |
| 64 | Yan Xiong | snapoom_01 | snapoom01@gmail.com |

It is **SO ORDERED**.

October 22, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge