**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **JUUL LABS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:19-cv-00715-LO-IDD** |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | |
| **Defendants.** | |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc. ("Plaintiff"), by counsel, respectfully requests that the Clerk of the Court enter default against The Unincorporated Associations Identified in Schedule A ("Defendants"). In support of this request, Plaintiff states as follows:

1.      On June 4, 2019, Plaintiff filed its Verified Complaint ("Complaint") against Defendants. *See* D.I. 1.

2.      Upon Plaintiff's information and belief, Defendants are individuals and business entities who conduct business throughout the United States, including within the State of Virginia and this Judicial District, through the operation of online marketplaces, such as eBay. Each Defendant targets the United States, including Virginia, and has offered to sell and, on information and belief, has sold and continues to sell Counterfeit JLI Pods to consumers within the United States, including the State of Virginia and this District. *See id*. ¶ 20.

3.      On July 23, 2019, Plaintiff filed a Motion for Service of Process by Email, whereby Plaintiff moved the Court for leave to effect substituted service on certain foreign Defendants located in China. *See* D.I. 47. On July 24, 2019, the Court granted Plaintiff's Motion and ordered Plaintiff to provide notice to the certain foreign Defendants located in China by serving a copy of the Order on Defendants via the e-mail addresses associated with the various eBay accounts. *See* D.I. 54.

4.      On June 25, 2019, the Clerk of the Court issued Plaintiffs' Proposed Summonses as to certain Defendants having ascertainable addresses within the United States (*see* D.I. 56) and as to the certain foreign Defendants located in China (*see* D.I. 55).

5.      On July 31, 2019, Plaintiff initiated service on the Defendants located within the United States. On October 21, 2019, Plaintiff filed proof of service affidavits as required by Fed. R. Civ. P. 4(l)(1). *See* D.I. 81-126; *see also* Talley Declaration ("Talley Decl.") ¶ 4.

6.      On July 31, 2019, Plaintiff served certain foreign Defendants located in China by electronic mail via the email addresses associated with the Defendants. *See* Talley Decl. ¶ 5. On October 21, 2019, Plaintiff filed a Notice of Service of Defendants by Email as required by Fed. R. Civ. P. 4(l)(2). *See* D.I. 128; *see also* Talley Decl. ¶ 6.

7.      Plaintiff filed Notices of Agreed Stipulated Dismissal with Prejudice on September 4, 2019 (D.I. 76) and October 21, 2019 (D.I. 127) against the following Defendants as numbered in Schedule A:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|-----|----------------|---------------------------|-----------------|
| 1 | Yaser Ahmed | yaserjajan | yaseraldagstane@yahoo.com<br>yjajan@yahoo.com<br>noordeek@gmail.com |
| 11 | Kevin Sullivan | dre_sull | wayofthebros@gmail.com |
| 13 | Russell McGowan | awakeandsell | 6AMwholesale@gmail.com<br>dually225@gmail.com |

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|-----|----------------|---------------------------|-----------------|
| 14 | Zhenyu Zhu | plehnevi17 | fujitou1996@gmail.com<br>songweitou1996@gmail.com<br>songweitou2012@gmail.com<br>songweitou2013@gmail.com<br>zyztech1688@gmail.com<br>songweitou1012@gmail.com<br>zyztech168@gmail.com |
| 47 | | walou-19 | dianshiji2013@gmail.com<br>huoyan98@gmail.com<br>hymz888@yahoo.com.cn<br>zhenyu79@gmail.com<br>zhenyu79@juno.com<br>zhenyu@attbi.com<br>zhenyuzhu8@hotmail.com |
| 28 | Dennis Hammer | metroimporting | den.hammer@gmail.com<br>hello@dennishammer.com |
| 32 | Kenneth Buss | highdesity | SWE2@HOME.COM<br>swe2@cox.net |
| 35 | April Casella | downeastmed41 | downeastmedicinals04240@gmail.com |
| 37 | Tracy Wisby | hotrendz | tcwisby@yahoo.com |
| 41 | Nicole Egdorf | trisyeegdor_0 | tristen.egdorf@outlook.com |
| 46 | Sarah Griffith | sagrif-66 | s.griffith81@yahoo.com |
| 52 | Slade Hanson | slhan_40 | hansonslade1@gmail.com |
| 57 | Jesse Lazar | jesla-370 | christopherbowling2019@yahoo.com<br>jasminevale2021@gmail.com<br>jasonlazaro2015@gmail.com<br>jesselazar2019@yahoo.com<br>jesselazar2021@gmail.com<br>normadominguez2021@gmail.com<br>jaisonzaia@gmail.com<br>johnzain2020@gmail.com<br>Joseph.lazar89@yahoo.com |
| 62 | Jason Kim | oofzcuky2 | kimjason1288@gmail.com<br>hosuk12@gmail.com<br>cukykim2@gmail.com<br>cukykim@gmail.com<br>oofzcuky@gmail.com |
| 64 | Yan Xiong | snapoom_01 | snapoom01@gmail.com |
| 75 | Kimberly Stratos | sambrosia08 | kimberlystratos@yahoo.com |

8.   Plaintiff filed a Notice of Dismissal under Rule 4(m) dismissing this action without prejudice on August 22, 2019 (D.I. 60) against the following Defendants as numbered in Schedule A:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|-----|----------------|---------------------------|-----------------|
| 9 | Arthur Bernard | iguel2_86 | Carolyn.Vaughae458@gmail.com iguel247ppayn@gmail.com |

9.    Remaining Defendants did not file an answer within 21 days of the service of the

Complaint and Summonses as required by Fed. R. Civ. P. 12(a). *See* Talley Decl. ¶ 7.

WHEREFORE, for the reasons set forth above, Juul Labs, Inc. respectfully requests that

the Clerk enter default against the remaining Defendants as to all claims asserted by Plaintiff:

| No. | Defendant Name | Seller ID/ Defendant Store | Defendant Email |
|-----|----------------|----------------------------|-----------------|
| 2 | Greg Hillhouse | ghilly001 | doubleh911@hotmail.com |
| 3 | Panteley Nikolov | pant-20 | pantelein@gmail.com |
| 4 | 敏 张 (Min Zhang) | qiaotianping-zhengmeixinxi | qtp_misszhang@outlook.com shiyan0227@outlook.com qtp_misszhang@hotmail.com |
| 5 | Frederick Roesel | miss_zhang | qtp_misszhang@outlook.com shiyan0227@outlook.com qtp_misszhang@hotmail.com |
| 6 | Daniel White | reenpate-10 | danielwhite2484@msn.com leer25@yahoo.com reenapatel548@yahoo.com |
| 7 | Wenjiang Mai | vapingpit | maiwenjiang@hotmail.com misszhanglink2mwj@outlook.com qtplink2mwj@outlook.com |
| 8 | 东东 王(Dong Dong Wang) | savings4u168 | wangpaul668@gmail.com |
| 10 | Mark Derias | lulucaty5171 | markd@adventresources.com marksafwat@hotmail.com |
| 38 | | 2015.filta | mderias@scottrobinson.com marksafwat@yahoo.com |
| 12 | Antonio Cressotti | a.cressotti69 | a.Cressotti88@gmail.com |
| 15 | 莲翠 蒋 (Lian Cui Jiang) | kytech2016_0 | kytech2016@163.com |
| 16 | 小华 汪 (Xiao Hua Wang) | szeminhhangy | wangxiaohua588@outlook.com |
| 17 | Roy Walker | sodal-87 | sodalohapo@gmail.com |
| 18 | Yervand Setoyan | yervansetoya | yervandsetoyan@icloud.com |
| 20 | | yervansetoya-0 | |
| 19 | Greg Wilson | grwilson_44 | jockgadjo@gmail.com Grwilson889_1@gmail.com |
| 21 | Antonio Cressotti | cress.anton | xxweasel102xx@gmail.com |

| No. | Defendant Name | Seller ID/ Defendant Store | Defendant Email |
|---|---|---|---|
| 22 | 小华 汪 (Xiao Hua Wang) | tyijiafkju | xiaohuawang588@outlook.com |
| 23 | Eman Ghaly | zbest4less2012 | sawaf75@yahoo.com |
| 24 | 海艳 项 (Hai Yan Xiang) | red-cherry2018 | cherry-xiang@outlook.com |
| 25 | Jordan Horst | jdonymous | jordanhorst29@gmail.com |
| 26 | Myron Doyle | myrodoyl0 | pipelinerintexas@gmail.com |
| 27 | Benz Tran | betr-2 | deezdeezllc@gmail.com |
| 29 | JiaQi Chen | keepvap1ng | chenkaki2018@hotmail.com |
| 30 | Duy Tran | ageless911 | versace1910@yahoo.com |
| 31 | Angelene Quimbaya | quimstores_914 | angquimbaya27@gmail.com |
| 33 | 鹏 林 (Peng Lin) | talfangkoyu | penglin188@outlook.com |
| 34 | Ivan Zambarov | ivanbgatlanta | zambarovivan@gmail.com |
| 36 | Nikolay Zanbarov | nikobg1973 | zmbrv@yahoo.com |
| 39 | Mervat Aboulayla | jafra1571 | jamesfranco12h@gmail.com |
| 40 | Noah Martano | noamartan_0 | noahlasalle33@gmail.com |
| 42 | Josif Leitner | golit_34 | yossileit@gmail.com |
| 43 | Harlen Nappi | harna_1763 | harlennappi@gmail.com |
| 44 | Robert Rule | ruleimports | store@botanicalboulevard.com |
| 45 | MingHua Huang | wii_store | czzbackup@outlook.com<br>huangminghua1024@hotmail.com<br>wmwbackup@outlook.com |
| 48 | Jacob Coleman | stealt_80 | washington.uribe@outlook.com<br>jlcoleman562@outlook.com |
| 50 | Alejandro Piedra | alejandrpiedr1 | ale_piedra1@gmail.com<br>ale_piedra1@hotmail.com |
| 51 | Christy Vasquez | joose-6877 | cvasquez727@hotmail.com |
| 53 | 辉棋 林 (Hui Qi Lin) | wanyancai559 | linhq888@hotmail.com |
| 54 | Wenbo Lei | wenwen996_4 | wenwen996@aliyun.com |
| 55 | Marcio Diaz | lostandfoundnyc | liljuulpod@outlook.com<br>MarcioADiaz@outlook.com<br>misterjuul1@gmail.com |
| 59 | Nidal Hamayel | nidahamaye-0 | nidal20095111@gmail.com |
| 60 | Imad Rihan | emadors15 | emadors@yahoo.com |
| 61 | Zahey Sameeh | limeri-26 | zahi.darawsheh@gmail.com |
| 63 | Frederick Roesel | hfbnvt_76 | hfbnvtvjj7824@gmail.com |
| 65 | Bobby Taylor | aggence9802 | aggence980@gmail.com |
| 66 | Carol Prine | capr-99 | carolprine2015@gmail.com |
| 68 | 小华 汪 (Xiao Hua Wang) | yanshifu482 | wxhua188@outlook.com |

| No. | Defendant Name | Seller ID/ Defendant Store | Defendant Email |
|---|---|---|---|
| 69 | Jiawei Huang | rickyh-00 | a576004478@gmail.com |
| 70 | Dario Vasquez | vasmi | Vasmi72@gmail.com |
| 71 | Kengate Leen | bigd9006 | shu824334@yeah.net |
| 72 | Jordan Mcleod | bigapplewares | kirby8456@gmail.com |
| 74 | Kyle Patterson | richpattersonkyle | cheapviralmoney@gmail.com<br>kylepatt02@gmail.com<br>wholesalejuulvendor@gmail.com<br>cassandrainlove1985@yahoo.com<br>kmakincash@aim.com<br>Sandrainlove1985@yahoo.com |

Date:  November 22, 2019

Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*