## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>       **Defendants.** | **Civil Action No. 1:19-cv-00715-LO-IDD** |

### DECLARATION OF MONICA RIVA TALLEY IN SUPPORT OF PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Monica Riva Talley, hereby declare as follows:

1.      I am an attorney with the law firm Sterne Kessler Goldstein & Fox PLLC, counsel for Plaintiff Juul Labs, Inc. ("Plaintiff").

2.      I am a member in good standing of the Bar of Virginia, and My Virginia State Bar number is 41840.

3.      I submit this Declaration in support of Plaintiff's Request for Clerk's Entry of Default and make this Declaration based on my personal knowledge.

4.      On July 31, 2019, Plaintiff initiated service of the Verified Complaint, and Defendants' Summonses in a Civil Action signed by the Clerk of Court on the Defendants located within the United States. On October 21, 2019, Plaintiff filed proof of service affidavits as required by Fed. R. Civ. P. 4(l)(1). The affidavits state Defendants were personally served between August 5, 2019 and September 17, 2019. *See* D.I. 81-126.

5.      On July 31, 2019, Plaintiff served a copy of the Court's Order Granting Plaintiff's Motion for Authorizing Service of Process by Email, the Verified Complaint, and Defendants' Summonses in a Civil Action signed by the Clerk of Court as to the certain foreign Defendants located in China via the following contact information:

| No. | Defendant's eBay ID | Defendant's Name | PayPal email address |
|---|---|---|---|
| 4 | qiaotianping-zhengmeixinxi | Min Zhang (敏 张) | qtp_misszhang@outlook.com<br>shiyan0227@outlook.com<br>qtp_misszhang@hotmail.com |
| 5 | miss_zhang | | |
| 7 | Vapingpit | Wenjiang Mai | maiwenjiang@hotmail.com<br>misszhanglink2mwj@outlook.com<br>qtplink2mwj@outlook.com |
| 8 | savings4u168 | Dong Dong Wang (东东 王) | wangpaul668@gmail.com |
| 15 | kytech2016_0 | Lian Cui Jiang (莲翠 蒋) | kytech2016@163.com |
| 16 | szeminhhangy | Xiao Hua Wang (小华 汪) | wangxiaohua588@outlook.com<br>xiaohuawang588@outlook.com<br>wxhua188@outlook.com |
| 22 | tyijiafkju | | |
| 68 | yanshifu482 | | |
| 24 | red-cherry2018 | Hai Yan Xiang (海艳 项) | cherry-xiang@outlook.com |
| 33 | talfangkoyu | Peng Lin (鹏 林) | penglin188@outlook.com |
| 53 | wanyancai559 | Hui Qi Lin (辉棋 林) | linhq888@hotmail.com |
| 54 | wenwen996_4 | Wenbo Lei | wenwen996@aliyun.com |

6.      On October 21, 2019, Plaintiff filed a Notice of Service of Defendants by Email as required by Fed. R. Civ. P. 4(l)(2). *See* D.I. 128.

7.      No answer or response has been filed by the Defendants for whom Plaintiff seeks an entry of default. Plaintiff accordingly files the foregoing Request for Clerk's Entry of Default after the 21-day expiration, as required by Fed. R. Civ. P. 12(a). I declare under penalty of perjury that the foregoing is true and correct.

2

Date:  November 22, 2019                    Respectfully submitted,

                                            /s/ Monica Riva Talley
                                            Monica Riva Talley

                                            *Attorney for Plaintiff*