UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-00715 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused true and correct copies of the foregoing to be served upon the following Defendants.

Ali Toy
5007 Falcon Hollow Road
McKinney, TX  75072

Sibel Toy
5007 Falcon Hollow Road
McKinney, TX  75072

Kyle Jackson
163 Clapboard Ridge Road
Danbury, CT 06811

| | |
|---|---|
| Date: November 22, 2019 | /s/ Monica Riva Talley |
| | Monica Riva Talley (VSB No. 41840) |
| | Byron Pickard (VSB No. 47286) |
| | Dennies Varughese, Pharm.D. (*pro hac vice*) |
| | Nirav N. Desai (VSB. No. 72887) |
| | Nicholas J. Nowak (*pro hac vice*) |
| | Daniel S. Block (*pro hac vice*) |
| | STERNE KESSLER GOLDSTEIN & FOX, PLLC |
| | 1100 New York Ave., N.W., Suite 600 |
| | Washington, DC 20005-3934 |
| | Telephone No.: (202) 371-2600 |
| | Facsimile No.: (202) 371-2540 |
| | mtalley@sternekessler.com |
| | bpickard@sternekessler.com |
| | dvarughe@sternekessler.com |
| | ndesai@sternekessler.com |
| | nnowak@sternekessler.com |
| | dblock@sternekessler.com |

*Attorneys for Plaintiff*