

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC.,<br>Plaintiff, § § § § § § § § | |
| v. § § § § § | Civil Action No. 1:19-cv-00715 |
| THE UNINCORPORATED ASSOCIATIONS §<br>IDENTIFIED IN SCHEDULE A, Defendants. § | |

## DEFENDANT, SIBEL TOY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND/OR MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404

COMES NOW, Defendant Sibel Toy, and pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), and 28 U.S.C. § 1404, respectfully files this Motion to Dismiss Plaintiff's Complaint and/or Transfer Venue Under 28 U.S.C. § 1404.

The grounds for this motion are set forth more fully in the attached memorandum incorporated by reference herein.

Date: November __25_, 2019

Respectfully submitted,

*Sibel Toy*
Sibel Toy, Pro Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-9695
Sibelnyc@gmail.com

CERTIFICATE OF SERVICE

I do certify that a true and correct copy of the forgoing document was served by electronic means on November _25___, 2019 on Plaintiff's attorney of record: Monica Riva Talley, Sterne Kessler Goldstein & Fox, P.L.L.C.. 1100 New York Ave., N.W., Suite 600, Washington, D.C. 20005-3934; mtalley@sternekessler.com

_____
Sibel Toy, Pro Se