UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>        Defendants. | Civil Action No. 1:19-cv-00715-LO-IDD |

## NOTICE OF AGREED STIPULATED DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff Juul Labs, Inc. ("Plaintiff") and certain Defendants have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in Confidential Settlement Agreements. Now the parties hereby move for an order dismissing all claims in this action asserted between them with prejudice.

This dismissal only pertains to the Defendants indicated herein and does not constitute a dismissal of all Defendants. The parties hereby agree to waive a hearing on this Motion. The defendant number provided corresponds to the Defendants' information in Schedule A to the Verified Complaint ("Schedule A"):

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 29 | JiaQi Chen | keepvap1ng | chenkaki2018@hotmail.com |
| 41 | Nicole Egdorf | trisyeegdor_0 | tristen.egdorf@outlook.com |
| 45 | MingHua Huang | wii_store | czzbackup@outlook.com<br>huangminghua1024@hotmail.com<br>wmwbackup@outlook.com |

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 69 | Jiawei Huang | rickyh-00 | a576004478@gmail.com |

Date: December 6, 2019

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*