UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br><br>**THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,**<br><br>       **Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO CERTAIN DEFENDANTS

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc.

("Plaintiff") hereby dismisses this action without prejudice against the following Defendants:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 6 | Daniel White | reenpate-10 | danielwhite2484@msn.com<br>leer25@yahoo.com<br>reenapatel548@yahoo.com |
| 19 | Greg Wilson | grwilson_44 | jockgadjo@gmail.com<br>Grwilson889_1@gmail.com |
| 44 | Robert Rule | ruleimports | store@botanicalboulevard.com |
| 48 | Jacob Coleman | stealt_80 | washington.uribe@outlook.com<br>jlcoleman562@outlook.com |
| 50 | Alejandro Piedra | alejandrpiedr1 | ale_piedra1@gmail.com<br>ale_piedra1@hotmail.com |
| 61 | Zahey Sameeh | limeri-26 | zahi.darawsheh@gmail.com |
| 65 | Bobby Taylor | aggence9802 | aggence980@gmail.com |
| 66 | Carol Prine | capr-99 | carolprine2015@gmail.com |
| 71 | Kengate Leen | bigd9006 | shu824334@yeah.net |

This dismissal only pertains to the Defendants listed and does not constitute a dismissal

of all Defendants.

Date: December 6, 2019           /s/ Monica Riva Talley

Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*