AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., <br><br> *Plaintiff(s)* <br> v. <br> The Unincorporated Associations Identified in Schedule A, <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-00715 -LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Robert Rule
24765 East Applewood Drive, Apt. 204
Aurora, CO 80016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2019

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:35:35 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Robert Rule__
was received by me on *(date)* __8/8/19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* SEE ATTACHMENT #1

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __8/23/19__

__Tara A Minto__
Server's signature

__Tara Minto__
Printed name and title

__145 W Swallow Ft Collins CO 80525__
Server's address

Additional information regarding attempted service, etc:

# Attachment # 1

At the 24615 E Applewood Dr. bldg 2 apt 204 - Spoke with a White male in his 50's who was 5'7, 150lbs and light brown hair. He claimed that he was not Mr. Rule or know Mr. Rule and shut the door. There was a truck with army plates and the tag 845-ZZA parked in front of the garage to the right of the apartment door. I ran the plates and it came back to being owned by Security Concepts Inc. and prior to that it was registered to a James Hopper who is 55 years old.

at 24765 E Applewood Dr blg 12 apt 204 - spoke with Kade Hollingshead who claimed that he did not have any idea who Mr. Rule was. He was not willing to give any other information. The truck parked to the right of his door came back as owned by him.