AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Juul Labs, Inc., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-cv-00715 -LO-IDD |
| The Unincorporated Associations Identified in Schedule A, | ) | |
| *Defendant(s)* | ) | |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jacob Coleman
2122 W Willard Street,
Apt R-21
Long Beach, CA 90810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:36:44 -04'00'

Date: 7/25/2019

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JUUL LABS, INC.<br><br>　　　　　　Plaintiff<br>　　v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A<br><br>　　　　　　Defendant | Case No.:1:19-CV-00715-LO-IDD |

## AFFIDAVIT OF NON SERVICE

That I, MIGUEL A. LOPEZ hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That attempts were made to serve JACOB COLEMAN with SUMMONS (2); FIRST AMENDED VERIFIED COMPLAINT; VERIFICATION OF FIRST AMENDED VERIFIED COMPLAINT, AND EXHIBITS 1-3 at:

Attempted at 2122 W. WILLARD STREET, APT R-21 LONG BEACH, CA 90810 On 8/7/2019 at 6:00 PM
Results: BAD ADDRESS: PER CURRENT OCCUPANT WHO I.D HIMSELF AS MARC MARTINEZ HISPANIC, MALE STATED SUBJECT IS UNKNOWN HE HAS LIVED AT THIS ADDRESS FOR 5 YEARS UNABLE TO SERVE.

That the fee for this Service is

_____
MIGUEL A. LOPEZ
Contracted by TORRI'S LEGAL SERVICES
18403 WOODFIELD ROAD, SUITE A
GAITHERSBURG, MD 20879
(301) 869-5081

8/12/19
Executed On:

Order #:87358
Their File 45610