AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> The Unincorporated Associations Identified in Schedule A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:19-cv-00715-LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Alejandro Piedra
11471 Lakeside Dr #5103
Doral, FL 33178


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Monica Riva Talley
    Sterne Kessler Goldstein & Fox, P.L.L.C.
    1100 New York Ave., N.W., Suite 600
    Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 7/25/2019

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:40:52 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

File No. 3637715 (45514)
Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ALEJANDRO PIEDRA</u> was received by me on *(date)* <u>Aug 6, 2019, 4:00 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>Bad Address</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: August 11th, 2019

*Server's signature*

Marisol Carmona

*Printed name and title*

401 N Rosemary Ave, West Palm Beach, FL 33401

*Server's address*

Additional information regarding attempted service, etc.:
Documents: 2 SUMMONS; FIRST AMENDED VERIFIED COMPLAINT; AND EXHIBITS 1, 2, & 3 (Received Aug 6, 2019 at 4:00pm EDT)

1) Unsuccessful Attempt: Aug 7, 2019, 12:41 pm EDT at 11471 LAKESIDE DR #5103, DORAL, FL 33178-2998
Karla Garquin Assistant Manager told me Alejandro moved on 04/01/19.