AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:19-cv-00715 -LO-IDD |
| The Unincorporated Associations Identified in Schedule A, | ) |
| *Defendant(s)* | ) |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Bobby Taylor
247 Clair St
Garden City, MI 48135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:49:42 -04'00'

*Signature of Clerk or Deputy Clerk*

Date: 7/25/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715 -LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bobby Taylor__

was received by me on *(date)* __August 3, 2019__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __I could not find this address or this person.__ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __August 6, 2019__

*Denise Miller*
*Server's signature*

Denise Miller (process server)
*Printed name and title*

36500 Ford Rd ste. 118 Westland MI, 48185
*Server's address*

Additional information regarding attempted service, etc:

This 247 clair street is a bad address. August 5, 2019 at 8:00 pm. August 5th 6:40 pm. I went to the address I thought was 247 clair st. Garden city MI, 48135. It did not have any numbers on the house. I knocked at the door and got no answer at the door. I went back today at 4:55 pm August 6, 2019. I knocked at the door accross from 240 Clair and it turned out to be 231 clair and that the addresses are kind of messed up on the block and they never knew any one by the name of Bobby Taylor. I spoke with a man cutting tree limbs accross the street and he said that the addresses were sort of messed up. He asked Me who I was looking for and he said had lived there a long time and never heard the name Bobby Tayor. He also told me the people at 231 were working on the house and that it was in fact 231 clair.