AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Juul Labs, Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> The Unincorporated Associations Identified in Schedule A, <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-00715-LO-IDD |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Carol Prine
713 Chester West Rd
Pitkin, LA 70656


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:50:10 -04'00'

Date: 7/25/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00715-LO-IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carol Prine

was received by me on *(date)* 09/03/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because Unable to locate Carol Prine ; or

☐ Other *(specify)*:


My fees are $ 0.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/17/2019

*Jom Cassisa*
*Server's signature*

Tom Cassisa, Process Server
*Printed name and title*

Agent for Torri's Legal Services
Washington DD, 20036
202-296-0222
*Server's address*

Additional information regarding attempted service, etc:

## *Rapides Parish Sheriff's Office*

**CASE NO: 1:19-cv-00715**

**THE STATE OF VIRGINA**

**JUULS LABS, INC.**
    **VS**
**THE UNINCORPORATED ASSOICATIONS INDENFIED IN SCHEDULE A**

Type of paper: SUMMONS: <u>FIRST AMENDED VERIFIED COMPLAINT, AND EXHIBITS 1, 2, AND 3.</u>

**TO:** CAROL PINE
    713 CHESTER WEST RD
    PITKIN, LA.

Personal Service _____

Domiciliary _____ Person Served _____

Departmental _____ Person Served _____

Reason service not made:

_____

| Date | Time | Mile | Comment |
|---|---|---|---|
| (1) 8-25-19 | | | Carol Pine - moved. |
| (2) | | | |
| (3) | | | |

**Total Miles** _____

**DATE** 8-25-19      **Deputy Sheriff** N. Bradford

Subject has moved to 5665 Rush Ave
Slaughter LA 70777
Phone # 225-902-9065
Dep N Bradford

8-25-19

COPY

## *Rapides Parish Sheriff's Office*

**CASE NO: 1:19-cv-00715**

**THE STATE OF VIRGINA**

**JUULS LABS, INC.**
**VS**
**THE UNINCORPORATED ASSOICATIONS INDENFIED IN SCHEDULE A**

Type of paper: SUMMONS: <u>FIRST AMENDED VERIFIED COMPLAINT, AND EXHIBITS 1, 2, AND 3.</u>

**TO:** CAROL PINE
713 CHESTER WEST RD
PITKIN, LA.

Personal Service _____

Domiciliary _____ Person Served _____

Departmental _____ Person Served _____

Reason service not made:

_____

| | Date | Time | Mile | Comment |
|---|---|---|---|---|
| (1) | 8-25-19 | | | Carol Pink - moved. |
| (2) | | | | |
| (3) | | | | |

Total Miles _____

DATE 8-25-19 _____ Deputy Sheriff N Bradford _____

Subject has moved to 5665 Rush Ave
Slaughter LA 70777     8-25-19
Phone # 225-907-9065
Dep N Bradford