AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Juul Labs, Inc., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-cv-00715 -LO-IDD |
| The Unincorporated Associations Identified in Schedule A, | ) | |
| *Defendant(s)* | ) | |

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Kengate Leen
290 N Skyline Dr
Louisville, KY 40229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2019

Digitally signed by Anitra Chastine
Date: 2019.07.25 16:51:33 -04'00'

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF NON-SERVICE

State of Virginia  County of Eastern  District Court

Case Number: 1:19-CV-00716-LO-IDD

Plaintiff:
JUUL LABS, INC

vs.

Defendant:
THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A

For:
NA

Received by Torri's Legal Services to be served on **KENGATE LEEN, 290 N SKYLINE DRIVE, LOUISVILLE, KY 40229.**

I, James Karas, being duly sworn, depose and say that on the **9th day of August, 2019** at **3:31 pm, I:**

**NON-SERVED** the **TWO SUMMONSES, FIRST AMENDED COMPLAINT, VERIFICATION OF FIRST AMENDED COMPLAINT AND EXHIBITS 1-3** for the reason that I failed to find **KENGATE LEEN** or any information to allow further search. Read the comments below for further details.

Additional Information pertaining to this Service:
8/6/2019  7:25 pm  Attempted Service. at 290 N SKYLINE DRIVE, LOUISVILLE, KY 40229- no answer at the door, no activity around home, no vehicles in driveway
8/7/2019  10:45 am  Attempted Service. at 290 N SKYLINE DRIVE, LOUISVILLE, KY 40229-- no answer at door, no answer at neighbors door, no activity or vehicles in driveway
8/9/2019  3:31 pm  Attempted service at 290 N SKYLINE DRIVE, LOUISVILLE, KY 40229,

Bad address

Kengate Leen does not live there

Resident has lived there for years named John Hunt

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 12th day of August, 2019 by the affiant who is personally known to me.

_Andrea Rue_
NOTARY PUBLIC

Andrea Rue, Notary Public
State at Large, Kentucky
My Commission Expires 5/12/2021

_James Karas_
James Karas
Process Server

Torri's Legal Services
18403 WoodField Rd Ste A
Gaithersburg, MD 20879
(301) 869-5081

Our Job Serial Number: KPM-2019002533
Ref: 45613

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c