UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>        **Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

### PLAINTIFF'S AMENDED REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc. ("Plaintiff"), by counsel, respectfully requests that the Clerk of the Court enter default against The Unincorporated Associations Identified in Schedule A ("Defendants"). In support of this amended request, Plaintiff states as follows:

1. On June 4, 2019, Plaintiff filed its Verified Complaint ("Complaint") against Defendants. *See* D.I. 1.

2. Upon Plaintiff's information and belief, Defendants are individuals and business entities who conduct business throughout the United States, including within the State of Virginia and this Judicial District, through the operation of online marketplaces, such as eBay. Each Defendant targets the United States, including Virginia, and has offered to sell and, on information and belief, has sold and continues to sell Counterfeit JLI Pods to consumers within the United States, including the State of Virginia and this District. *See id*. ¶ 20.

3. On July 23, 2019, Plaintiff filed a Motion for Service of Process by Email, whereby Plaintiff moved the Court for leave to effect substituted service on certain foreign Defendants located in China. *See* D.I. 47. On July 24, 2019, the Court granted Plaintiff's Motion and ordered Plaintiff to provide notice to the certain foreign Defendants located in China by serving a copy of the Order on Defendants via the e-mail addresses associated with the various eBay accounts. *See* D.I. 54.

4. On June 25, 2019, the Clerk of the Court issued Plaintiffs' Proposed Summonses as to certain Defendants having ascertainable addresses within the United States (*see* D.I. 56) and as to the certain foreign Defendants located in China (*see* D.I. 55).

5. On July 31, 2019, Plaintiff initiated service on the Defendants located within the United States. On October 21, 2019, Plaintiff filed proof of service affidavits as required by Fed. R. Civ. P. 4(l)(1) confirming that certain Defendants were personally served. *See* D.I. 81-126; *see also* Talley Declaration ("Talley Decl.") ¶ 4.

6. On July 31, 2019, Plaintiff served certain foreign Defendants located in China by electronic mail via the email addresses associated with the Defendants. *See* Talley Decl. ¶ 5. On October 21, 2019, Plaintiff filed a Notice of Service of Defendants by Email as required by Fed. R. Civ. P. 4(l)(2). *See* D.I. 128; *see also* Talley Decl. ¶ 6.

7. Plaintiff filed Notices of Agreed Stipulated Dismissal with Prejudice on September 4, 2019 (D.I. 76), October 21, 2019 (D.I. 127), and December 6, 2019 (D.I. 137) against the following Defendants as numbered in Schedule A:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 1 | Yaser Ahmed | yaserjajan | yaseraldagstane@yahoo.com<br>yjajan@yahoo.com<br>noordeek@gmail.com |
| 11 | Kevin Sullivan | dre_sull | wayofthebros@gmail.com |

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 13 | Russell McGowan | awakeandsell | 6AMwholesale@gmail.com<br>dually225@gmail.com |
| 14 | Zhenyu Zhu | plehnevi17 | fujitou1996@gmail.com<br>songweitou1996@gmail.com<br>songweitou2012@gmail.com<br>songweitou2013@gmail.com<br>zyztech1688@gmail.com<br>songweitou1012@gmail.com<br>zyztech168@gmail.com |
| 47 | | walou-19 | dianshiji2013@gmail.com<br>huoyan98@gmail.com<br>hymz888@yahoo.com.cn<br>zhenyu79@gmail.com<br>zhenyu79@juno.com<br>zhenyu@attbi.com<br>zhenyuzhu8@hotmail.com |
| 28 | Dennis Hammer | metroimporting | den.hammer@gmail.com<br>hello@dennishammer.com |
| 29 | JiaQi Chen | keepvap1ng | chenkaki2018@hotmail.com |
| 32 | Kenneth Buss | highdesity | SWE2@HOME.COM<br>swe2@cox.net |
| 35 | April Casella | downeastmed41 | downeastmedicinals04240@gmail.com |
| 37 | Tracy Wisby | hotrendz | tcwisby@yahoo.com |
| 41 | Nicole Egdorf | trisyeegdor_0 | tristen.egdorf@outlook.com |
| 45 | MingHua Huang | wii_store | czzbackup@outlook.com<br>huangminghua1024@hotmail.com<br>wmwbackup@outlook.com |
| 46 | Sarah Griffith | sagrif-66 | s.griffith81@yahoo.com |
| 52 | Slade Hanson | slhan_40 | hansonslade1@gmail.com |
| 57 | Jesse Lazar | jesla-370 | christopherbowling2019@yahoo.com<br>jasminevale2021@gmail.com<br>jasonlazaro2015@gmail.com<br>jesselazar2019@yahoo.com<br>jesselazar2021@gmail.com<br>normadominguez2021@gmail.com<br>jaisonzaia@gmail.com<br>johnzain2020@gmail.com<br>Joseph.lazar89@yahoo.com |
| 62 | Jason Kim | oofzcuky2 | kimjason1288@gmail.com<br>hosuk12@gmail.com<br>cukykim2@gmail.com<br>cukykim@gmail.com<br>oofzcuky@gmail.com |
| 64 | Yan Xiong | snapoom_01 | snapoom01@gmail.com |
| 69 | Jiawei Huang | rickyh-00 | a576004478@gmail.com |

3

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 75 | Kimberly Stratos | sambrosia08 | kimberlystratos@yahoo.com |

8. Plaintiff filed a Notice of Dismissal under Rule 4(m) dismissing this action without prejudice on August 22, 2019 (D.I. 60) and December 6, 2019 (D.I. 138) against the following Defendants as numbered in Schedule A:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 6 | Daniel White | reenpate-10 | danielwhite2484@msn.com<br>leer25@yahoo.com<br>reenapatel548@yahoo.com |
| 9 | Arthur Bernard | iguel2_86 | Carolyn.Vaughae458@gmail.com<br>iguel247ppayn@gmail.com |
| 19 | Greg Wilson | grwilson_44 | jockgadjo@gmail.com<br>Grwilson889_1@gmail.com |
| 44 | Robert Rule | ruleimports | store@botanicalboulevard.com |
| 48 | Jacob Coleman | stealt_80 | washington.uribe@outlook.com<br>jlcoleman562@outlook.com |
| 50 | Alejandro Piedra | alejandrpiedr1 | ale_piedra1@gmail.com<br>ale_piedra1@hotmail.com |
| 61 | Zahey Sameeh | limeri-26 | zahi.darawsheh@gmail.com |
| 65 | Bobby Taylor | aggence9802 | aggence980@gmail.com |
| 66 | Carol Prine | capr-99 | carolprine2015@gmail.com |
| 71 | Kengate Leen | bigd9006 | shu824334@yeah.net |

9. Remaining Defendants did not file an answer within 21 days of the service of the Complaint and Summonses as required by Fed. R. Civ. P. 12(a). *See* Talley Decl. ¶ 7.

WHEREFORE, for the reasons set forth above, Juul Labs, Inc. respectfully requests that the Clerk enter default against the remaining Defendants as to all claims asserted by Plaintiff:

| No. | Defendant Name | Seller ID/ Defendant Store | Defendant Email |
|---|---|---|---|
| 2 | Greg Hillhouse | ghilly001 | doubleh911@hotmail.com |
| 3 | Panteley Nikolov | pant-20 | pantelein@gmail.com |
| 4 | 敏 张 (Min Zhang) | qiaotianping-zhengmeixinxi | qtp_misszhang@outlook.com<br>shiyan0227@outlook.com<br>qtp_misszhang@hotmail.com |
| 5 | Frederick Roesel | miss_zhang | qtp_misszhang@outlook.com<br>shiyan0227@outlook.com<br>qtp_misszhang@hotmail.com |

4

| No. | Defendant Name | Seller ID/ Defendant Store | Defendant Email |
|---|---|---|---|
| 7 | Wenjiang Mai | vapingpit | maiwenjiang@hotmail.com<br>misszhanglink2mwj@outlook.com<br>qtplink2mwj@outlook.com |
| 8 | 东东 王(Dong Dong Wang) | savings4u168 | wangpaul668@gmail.com |
| 10 | Mark Derias | lulucaty5171 | markd@adventresources.com<br>marksafwat@hotmail.com |
| 38 | | 2015.filta | mderias@scottrobinson.com<br>marksafwat@yahoo.com |
| 12 | Antonio Cressotti | a.cressotti69 | a.Cressotti88@gmail.com |
| 15 | 莲翠 蒋 (Lian Cui Jiang) | kytech2016_0 | kytech2016@163.com |
| 16 | 小华 汪 (Xiao Hua Wang) | szeminhhangy | wangxiaohua588@outlook.com |
| 17 | Roy Walker | sodal-87 | sodalohapo@gmail.com |
| 18 | Yervand Setoyan | yervansetoya | yervandsetoyan@icloud.com |
| 20 | | yervansetoya-0 | |
| 21 | Antonio Cressotti | cress.anton | xxweasel102xx@gmail.com |
| 22 | 小华 汪 (Xiao Hua Wang) | tyijiafkju | xiaohuawang588@outlook.com |
| 23 | Eman Ghaly | zbest4less2012 | sawaf75@yahoo.com |
| 24 | 海艳 项 (Hai Yan Xiang) | red-cherry2018 | cherry-xiang@outlook.com |
| 25 | Jordan Horst | jdonymous | jordanhorst29@gmail.com |
| 26 | Myron Doyle | myrodoyl0 | pipelinerintexas@gmail.com |
| 27 | Benz Tran | betr-2 | deezdeezllc@gmail.com |
| 30 | Duy Tran | ageless911 | versace1910@yahoo.com |
| 31 | Angelene Quimbaya | quimstores_914 | angquimbaya27@gmail.com |
| 33 | 鹏 林 (Peng Lin) | talfangkoyu | penglin188@outlook.com |
| 34 | Ivan Zambarov | ivanbgatlanta | zambarovivan@gmail.com |
| 36 | Nikolay Zanbarov | nikobg1973 | zmbrv@yahoo.com |
| 39 | Mervat Aboulayla | jafra1571 | jamesfranco12h@gmail.com |
| 40 | Noah Martano | noamartan_0 | noahlasalle33@gmail.com |
| 42 | Josif Leitner | golit_34 | yossileit@gmail.com |
| 43 | Harlen Nappi | harna_1763 | harlennappi@gmail.com |
| 51 | Christy Vasquez | joose-6877 | cvasquez727@hotmail.com |
| 53 | 辉棋 林 (Hui Qi Lin) | wanyancai559 | linhq888@hotmail.com |
| 54 | Wenbo Lei | wenwen996_4 | wenwen996@aliyun.com |
| 55 | Marcio Diaz | lostandfoundnyc | liljuulpod@outlook.com<br>MarcioADiaz@outlook.com<br>misterjuul1@gmail.com |

| No. | Defendant Name | Seller ID/ Defendant Store | Defendant Email |
|---|---|---|---|
| 59 | Nidal Hamayel | nidahamaye-0 | nidal20095111@gmail.com |
| 60 | Imad Rihan | emadors15 | emadors@yahoo.com |
| 63 | Frederick Roesel | hfbnvt_76 | hfbnvtvjj7824@gmail.com |
| 68 | 小华 汪 (Xiao Hua Wang) | yanshifu482 | wxhua188@outlook.com |
| 70 | Dario Vasquez | vasmi | Vasmi72@gmail.com |
| 72 | Jordan Mcleod | bigapplewares | kirby8456@gmail.com |
| 74 | Kyle Patterson | richpattersonkyle | cheapviralmoney@gmail.com<br>kylepatt02@gmail.com<br>wholesalejuulvendor@gmail.com<br>cassandrainlove1985@yahoo.com<br>kmakincash@aim.com<br>Sandrainlove1985@yahoo.com |

Date: December 6, 2019

Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (*pro hac vice*)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (*pro hac vice*)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*