UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:19-cv-00715-LO-IDD |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and caused true and correct copies of the foregoing to be served upon the following Defendants.

Ali Toy
5007 Falcon Hollow Road
McKinney, TX  75072

Sibel Toy
5007 Falcon Hollow Road
McKinney, TX  75072

Kyle Jackson
163 Clapboard Ridge Road
Danbury, CT 06811

| | |
|---|---|
| Date: December 6, 2019 | /s/ Monica Riva Talley |

                Monica Riva Talley (VSB No. 41840)
                Byron Pickard (VSB No. 47286)
                Dennies Varughese, Pharm.D. (*pro hac vice*)
                Nirav N. Desai (VSB. No. 72887)
                Nicholas J. Nowak (*pro hac vice*)
                Daniel S. Block (*pro hac vice*)
                STERNE KESSLER GOLDSTEIN & FOX, PLLC
                1100 New York Ave., N.W., Suite 600
                Washington, DC 20005-3934
                Telephone No.: (202) 371-2600
                Facsimile No.: (202) 371-2540
                mtalley@sternekessler.com
                bpickard@sternekessler.com
                dvarughe@sternekessler.com
                ndesai@sternekessler.com
                nnowak@sternekessler.com
                dblock@sternekessler.com

                *Attorneys for Plaintiff*