IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> Defendants. | Civil No. 1:19-cv-715 <br><br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on Plaintiff's Notice of Dismissal. Dkt. 138.

Accordingly, pursuant to Fed. R. Civ. P. 4(m), the Court **DISMISSES** this case only as to:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 6 | Daniel White | reenpate-10 | danielwhite2484@msn.com <br> leer25@yahoo.com <br> reenapatel548@yahoo.com |
| 19 | Greg Wilson | grwilson_44 | jockgadjo@gmail.com <br> Grwilson889_1@gmail.com |
| 44 | Robert Rule | ruleimports | store@botanicalboulevard.com |
| 48 | Jacob Coleman | stealt_80 | washington.uribe@outlook.com <br> jlcoleman562@outlook.com |
| 50 | Alejandro Piedra | alejandrpiedr1 | ale_piedra1@gmail.com <br> ale_piedra1@hotmail.com |
| 61 | Zahey Sameeh | limeri-26 | zahi.darawsheh@gmail.com |
| 65 | Bobby Taylor | aggence9802 | aggence980@gmail.com |
| 66 | Carol Prine | capr-99 | carolprine2015@gmail.com |
| 71 | Kengate Leen | bigd9006 | shu824334@yeah.net |

Defendants 6, 19, 44, 48, 50, 61, 65, 66, and 71, identified above, **WITHOUT PREJUDICE**.

It is **SO ORDERED**.

December 6, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Civil Action No. 1:19-cv-00715-LO-IDD |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO CERTAIN DEFENDANTS

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc. ("Plaintiff") hereby dismisses this action without prejudice against the following Defendants:

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 6 | Daniel White | reenpate-10 | danielwhite2484@msn.com <br> leer25@yahoo.com <br> reenapatel548@yahoo.com |
| 19 | Greg Wilson | grwilson_44 | jockgadjo@gmail.com <br> Grwilson889_1@gmail.com |
| 44 | Robert Rule | ruleimports | store@botanicalboulevard.com |
| 48 | Jacob Coleman | stealt_80 | washington.uribe@outlook.com <br> jlcoleman562@outlook.com |
| 50 | Alejandro Piedra | alejandrpiedr1 | ale_piedra1@gmail.com <br> ale_piedra1@hotmail.com |
| 61 | Zahey Sameeh | limeri-26 | zahi.darawsheh@gmail.com |
| 65 | Bobby Taylor | aggence9802 | aggence980@gmail.com |
| 66 | Carol Prine | capr-99 | carolprine2015@gmail.com |
| 71 | Kengate Leen | bigd9006 | shu824334@yeah.net |

This dismissal only pertains to the Defendants listed and does not constitute a dismissal of all Defendants.

| | |
|---|---|
| Date: December 6, 2019 | /s/ Monica Riva Talley<br>Monica Riva Talley (VSB No. 41840)<br>Byron Pickard (VSB No. 47286)<br>Dennies Varughese, Pharm.D. (*pro hac vice*)<br>Nirav N. Desai (VSB. No. 72887)<br>Nicholas J. Nowak (*pro hac vice*)<br>Daniel S. Block (*pro hac vice*)<br>STERNE KESSLER GOLDSTEIN & FOX, PLLC<br>1100 New York Ave., N.W., Suite 600<br>Washington, DC 20005-3934<br>Telephone No.: (202) 371-2600<br>Facsimile No.: (202) 371-2540<br>mtalley@sternekessler.com<br>bpickard@sternekessler.com<br>dvarughe@sternekessler.com<br>ndesai@sternekessler.com<br>nnowak@sternekessler.com<br>dblock@sternekessler.com<br><br>*Attorneys for Plaintiff* |