# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Juul Labs, Inc. ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CIVIL CASE NO. 1:19-cv-715 (LO/IDD) |
| ) | |
| The Unincorporated Associations Identified ) | |
| In Schedule A, et. al. ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and Affidavit of, Monica R. Talley, counsel of record for Plaintiff's, Juul Labs, Inc., the Clerk of this Court does hereby enter the default as to Greg Hillhouse, Panteley Nikolov, Min Zhang, Frederick Roesel, Wenjiang Mai, Dong Dong Wang, Mark Derias, Antonio Cressotti, Lian Cui Jiang, Xiao Hua Wang, Roy Walker, Yervand Setoyan, Eman Ghaly, Hai Yan Xiang, Jordan Horst, Myron Doyle, Benz Tran, Duy Tran, Angelene Quimbaya, Peng Lin, Ivan Zambarov, Nikolay Zanbarov, Mervat Aboulayla, Noah Martano, Josif Leitner, Harlen Nappi, Christy Vasquez, Hui Qi Lin, Wenbo Lei, Marcio Diaz, Nidal Hamayel, Imad Rihan, Zahey, Sameeh, Dario Vasquez, Jordan Mcleod and Kyle Patterson for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


      /s/
BY:  Anitra Chastine
DEPUTY CLERK

DATED:  December 10, 2019