UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUUL LABS, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>　　　　　**Defendants.** | Civil Action No. 1:19-cv-00715-LO-IDD |

## NOTICE OF HEARING

PLEASE BE ADVISED THAT on Friday, January 10, 2020 at 10:00 A.M., or as soon thereafter as counsel may be heard, Plaintiff Juul Labs, Inc. ("Plaintiff" or "JLI") will move this Court for the Entry of Default Judgment as to Certain Defendants in accordance with the accompanying motion and memorandum.

Date:  December 16, 2019                             Respectfully submitted,

/s/ Monica Riva Talley
Monica Riva Talley (VSB No. 41840)
Byron Pickard (VSB No. 47286)
Dennies Varughese, Pharm.D. (pro hac vice)
Nirav N. Desai (VSB. No. 72887)
Nicholas J. Nowak (pro hac vice)
Daniel S. Block (pro hac vice)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
mtalley@sternekessler.com
bpickard@sternekessler.com
dvarughe@sternekessler.com
ndesai@sternekessler.com
nnowak@sternekessler.com
dblock@sternekessler.com

*Attorneys for Plaintiff*

2