# Exhibit A

| | |
|---|---|
| **From:** | Sibel Toy <sibelnyc@gmail.com> |
| **Sent:** | Wednesday, November 20, 2019 1:08 PM |
| **To:** | Nicholas J. Nowak |
| **Cc:** | Monica Riva Talley |
| **Subject:** | Re: Civil Action No 1:19 -cv-001126 Juul Labs v.Sibel Toy |

Yes we can settle for $1.00

In fact I already talked to an attorney and this suit might be open for a counter suit for abuse of process under Texas law by seizing our PayPal funds. Juul misrepresented to the court the facts to get our PayPal account frozen.

The money you hold has nothing to do with our hobby eBay sales and you gave us a damage.

On Wed, Nov 20, 2019 at 10:18 AM Nicholas J. Nowak <NNOWAK@sternekessler.com> wrote:

> Ms. Toy,
>
> Our client will not dismiss the lawsuits against both you and your husband unless we can agree to a settlement and monetary damages. Please call me if you feel it would be helpful. Otherwise, we look forward to resolving this in court.
>
> Best,
> Nick
>
> **From:** Sibel Toy [mailto:sibelnyc@gmail.com]
> **Sent:** Wednesday, November 20, 2019 11:13 AM
> **To:** Nicholas J. Nowak
> **Cc:** Monica Riva Talley
> **Subject:** Re: Civil Action No 1:19 -cv-001126 Juul Labs v.Sibel Toy
>
> We are aware of everything. As I mentioned before dismiss the law suit against me and my husband, Ali Toy please.
>
> Thanks,
>
> Sibel Toy

1

On Wed, Nov 20, 2019 at 9:03 AM Nicholas J. Nowak <NNOWAK@sternekessler.com> wrote:

Ms. Toy,

Thank you for the discovery requests.  They were received.

I need to let you know, however, that discovery in these cases cannot proceed until we have an initial scheduling conference with the judge.  The date of that scheduling conference has yet to be determined but will be set by the judge.  Since both you and your husband are separately named defendants and proceeding pro se, you will need to appear at that scheduling conference at the courthouse in Alexandria, Virginia.  Prior to that scheduling conference, the parties (i.e., you, your husband and Juul) are also required by the rules to prepare a joint discovery plan and submit it to the Court.  In preparing that discovery plan, you, your husband and I (representing Juul) will need to at least have one or more conference calls to discuss discovery and other issues.

As I've previously said, I would suggest that you and I have a call to discuss this matter and see if we can resolve it amicably before proceeding further.

Best,

Nick

**From:** Sibel Toy [mailto:sibelnyc@gmail.com]
**Sent:** Tuesday, November 19, 2019 7:15 PM
**To:** Monica Riva Talley
**Cc:** Nicholas J. Nowak
**Subject:** Civil Action No 1:19 -cv-001126 Juul Labs v.Sibel Toy

Please see attached.

Thanks and Best Regards,

Sibel Toy

2