Date: 1/10/2020     Judge: Ivan D. Davis
Reporter: FTR

Start: 10:03 a.m.
Finish: 10:05 a.m.

Civil Action Number: 1:19-cv-715

Juul Labs, Inc.

vs.

The Unincorporated Associations Identified in Schedule A

Appearances of Counsel for (x) Pltf ( ) Deft

Matter is uncontested.

Motion:

[154] Motion for Default Judgment – Taken Under Advisement

Report and Recommendation to follow.