IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., <br>           *Plaintiff*, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br>           *Defendants*. | Civil Action No. 1:19-cv-715 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the parties' Notice of Agreed Stipulated Dismissal with Prejudice as to Certain Defendants. Dkt. 161. Pursuant to Fed. R. Civ. P. 41(a)(2), the action is hereby **DISMISSED** only as to the defendants identified below, **WITH PREJUDICE**.

| No. | Defendant Name | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 73 | Kyle Jackson | kyljackso_58 | kylej3211@yahoo.com |
| 49 | Slade Hanson | slade_222 | hansonslade@gmail.com |

It is **SO ORDERED**.

January 31, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge