

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUUL LABS, INC.,  §
Plaintiff,  §
  §
  §
v.  §  Civil Action No. 1:19-cv-00715-LO-IDD
  §
  §
THE UNINCORPORATED ASSOCIATIONS §
IDENTIFIED IN SCHEDULE A,  Defendants. §

## AMENDED ANSWER OF SIBEL TOY

Defendant's, Sibel Toy ("Defendant"), answer to Plaintiff's First Amended Verified Complaint in the above referenced matter as follows:

### ANSWER TO INDIVIDUAL ALLEGATIONS

1. Denied.
2. Denied.
3. Denied.
4. Denied.
5. Denied.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.

12. Denied.

13. Defendant is without knowledge or information sufficient as to admit or deny the allegation contained in this paragraph.

14. Denied.

15. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

16. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

17. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

18. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

19. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

20. Denied.

21. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

22. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

23. Defendant is without, knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

24. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

25. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

26. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

27. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

28. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

29. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

30. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

31. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

32. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

33. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

34. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

35. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

36. Defendant is without knowledge or information sufficient as to the truth of the

allegations contained in this paragraph and therefore denies the allegations.

37. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

38. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

39. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

40. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

41. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

42. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

43. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

44. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

45. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

46. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

47. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

48. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

49. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

50. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

51. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

52. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

53. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

54. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

55. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

56. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

57. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

58. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

59. Defendant is without knowledge or information sufficient as to the truth of the

allegations contained in this paragraph and therefore denies the allegations.

60. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

61. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

62. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

63. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

64. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

65. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

66. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

67. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

68. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

69. Denied.

70. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

71. Denied.

72. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

73. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

74. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

75. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

76. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

77. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

78. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

79. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

80. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

81. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

82. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

83. Defendant is without knowledge or information sufficient as to the truth of the

allegations contained in this paragraph and therefore denies the allegations.

84. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

85. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

86. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

87. Denied.

88. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

89. Denied.

90. Admits only as to residing in the United States. Denied as to all other allegations.

91. Denied.

92. Denied.

93. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113 Denied.

114 Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

AMENDED ANSWER							PAGE 9

123. Denied.

124. Denied.

## COUNT I - TRADEMARK INFRINGEMENT AND COUNTERFEITING
## (15 U.S.0 4 1114)

As to Count I, Defendant's responses to each and every allegation above are incorporated herein by reference. To the extent not expressly addressed herein they are denied.

## COUNT II - FALSE DESIGNATION OF ORIGIN (15 U.S.C. 4 1125(a))

As to Count II, Defendant's responses to each and every allegation above are incorporated herein by reference. To the extent not expressly addressed herein they are denied.

## COUNT III - TRADEMARK DILUTION (15 U S C 1125(c))

As to Count III, Defendant's responses to each and every allegation above are incorporated herein by reference. To the extent not expressly addressed herein they are denied.

## PRAYER FOR RELIEF

Wherefore. Denied to the extent a response is required. The Plaintiff has not been damaged or harmed and is not entitled to any relief requested by Defendant Sibel Toy.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted to Plaintiff.

## SECOND DEFENSE

Defendant Sibel Toy alleges the products were not counterfeit or alleged to be counterfeits. The first time Defendant Sibel Toy knew about Plaintiff having an issue with the

products being sold was this complaint.

### THIRD DEFENSE

Plaintiff has failed to mitigate its damages, to the extent it even has any.

### FOURTH DEFENSE

Defendant Sibel Toy is not a competitor or business rival to Plaintiff.

### FIFTH DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

### SIXTH DEFENSE

Plaintiff's claims are barred by the statute of limitations.

### SEVENTH DEFENSE

Plaintiff's claims are barred by the doctrine of fair use or collateral use as it relates to Defendant Sibel Toy.

### EIGHT DEFENSE

Plaintiff's claims are barred by mistake as it relates to Defendant Sibel Toy.

### NINTH DEFENSE

Defendant Sibel Toy's use of marks to sell goods was protected by the first sale doctrine.

### TENTH DEFENSE

Plaintiff's claims are barred by estoppel by acquiescence.

### ELEVENTH DEFENSE

In regards to all claims against the individual Defendant Sibel Toy, Plaintiff has failed to adequately allege the role of this individual in order to establish individual liability.

### TWELFTH DEFENSE

Plaintiff cannot show that Defendant Sibel Toy acted in bad faith.

Wherefore, Defendant requests that this Court dismiss the Plaintiff's claims with prejudice and requests its attorney fees (if any) pursuant to 15 U.S.C. § 1117(a).

Respectfully submitted,

/s/ **Sibel Toy**
Sibel Toy, Pro Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-6282
Sibelnyc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using the U.S. Certified mail. I have sent a notification of such filing by email to:

Monica Riva Talley, Sterne Kessler Goldstein & Fox, PLLC 1100 New York Ave., N.W., Suite 600 Washington, DC 20005-3934; mtalley@sternekessler.com; Counsel for Plaintiff

/s/ **Sibel Toy**
Sibel Toy, pro se

*[signature]*