

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUUL LABS, INC.,                    §
Plaintiff,                          §
                                    §
                                    §
v.                                  §    Civil Action No. 1:19-cv-00715-LO-IDD
                                    §
                                    §
THE UNINCORPORATED ASSOCIATIONS §
IDENTIFIED IN SCHEDULE A,  Defendants. §

## AMENDED ANSWER OF ALI TOY

Defendant's, Ali Toy ("Defendant"), answer to Plaintiff's First Amended Verified

Complaint in the above referenced matter as follows:

## ANSWER TO INDIVIDUAL ALLEGATIONS

1.    Denied.

2.    Denied.

3.    Denied.

4.    Denied.

5.    Denied.

6.    Denied.

7.    Denied.

8.    Denied.

9.    Denied.

10.   Denied.

11.   Denied.

AMENDED ANSWER                    PAGE 1

12. Denied.

13. Defendant is without knowledge or information sufficient as to admit or deny the allegation contained in this paragraph.

14. Denied.

15. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

16. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

17. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

18. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

19. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

20. Denied.

21. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

22. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

23. Defendant is without, knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

24. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

AMENDED ANSWER                    PAGE 2

25.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

26.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

27.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

28.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

29.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

30.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

31.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

32.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

33.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

34.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

35.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

36.   Defendant is without knowledge or information sufficient as to the truth of the

AMENDED ANSWER                    PAGE 3

allegations contained in this paragraph and therefore denies the allegations.

37. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

38. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

39. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

40. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

41. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

42. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

43. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

44. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

45. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

46. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

47. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

AMENDED ANSWER                    PAGE 4

48.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

49.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

50.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

51.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

52.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

53.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

54.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

55.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

56.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

57.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

58.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

59.    Defendant is without knowledge or information sufficient as to the truth of the

AMENDED ANSWER                          PAGE 5

allegations contained in this paragraph and therefore denies the allegations.

60.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

61.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

62.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

63.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

64.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

65.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

66.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

67.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

68.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

69.   Denied.

70.   Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

71.   Denied.

AMENDED ANSWER                    PAGE 6

72.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

73.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

74.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

75.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

76.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

77.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

78.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

79.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

80.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

81.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

82.    Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

83.    Defendant is without knowledge or information sufficient as to the truth of the

AMENDED ANSWER                    PAGE 7

allegations contained in this paragraph and therefore denies the allegations.

84.    Defendant is without knowledge or information sufficient as to the truth of the
allegations contained in this paragraph and therefore denies the allegations.

85.    Defendant is without knowledge or information sufficient as to the truth of the
allegations contained in this paragraph and therefore denies the allegations.

86.    Defendant is without knowledge or information sufficient as to the truth of the
allegations contained in this paragraph and therefore denies the allegations.

87.    Denied.

88.    Defendant is without knowledge or information sufficient as to the truth of the
allegations contained in this paragraph and therefore denies the allegations.

89.    Denied.

90.    Admits only as to residing in the United States.  Denied as to all other allegations.

91.    Denied.

92.    Denied.

93.    Defendant is without knowledge or information sufficient as to the truth of the
allegations contained in this paragraph and therefore denies the allegations.

94.    Denied.

95.    Denied.

96.    Denied.

97.    Denied.

98.    Denied.

99.    Denied.

100.   Denied.

AMENDED ANSWER                          PAGE 8

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Defendant is without knowledge or information sufficient as to the truth of the allegations contained in this paragraph and therefore denies the allegations.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113 Denied.

114 Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

AMENDED ANSWER                    PAGE 9

123.   Denied.

124.   Denied.

## COUNT I - TRADEMARK INFRINGEMENT AND COUNTERFEITING

## (15 U.S.0 4 1114)

As to Count I, Defendant's responses to each and every allegation above are incorporated herein by reference. To the extent not expressly addressed herein they are denied.

## COUNT II - FALSE DESIGNATION OF ORIGIN (15 U.S.C. 4 1125(a))

As to Count II, Defendant's responses to each and every allegation above are incorporated herein by reference. To the extent not expressly addressed herein they are denied.

## COUNT III - TRADEMARK DILUTION (15 U S C 1125(c))

As to Count III, Defendant's responses to each and every allegation above are incorporated herein by reference. To the extent not expressly addressed herein they are denied.

## PRAYER FOR RELIEF

Wherefore. Denied to the extent a response is required. The Plaintiff has not been damaged or harmed and is not entitled to any relief requested by Defendant Ali Toy.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted to Plaintiff.

## SECOND DEFENSE

Defendant Ali Toy alleges the products were not  counterfeit or alleged to be counterfeits. The first time Defendant Ali Toy knew about Plaintiff having an issue with the

AMENDED ANSWER                    PAGE 10

products being sold was this complaint.

THIRD DEFENSE

Plaintiff has failed to mitigate its damages, to the extent it even has any.

FOURTH DEFENSE

Defendant Ali Toy is not a competitor or business rival to Plaintiff.

FIFTH DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

SIXTH DEFENSE

Plaintiff's claims are barred by the statute of limitations.

SEVENTH DEFENSE

Plaintiff's claims are barred by the doctrine of fair use or collateral use as it relates to Defendant Ali Toy.

EIGHT DEFENSE

Plaintiff's claims are barred by mistake as it relates to Defendant Ali Toy.

NINTH DEFENSE

Defendant Ali Toy's use of marks to sell goods was protected by the first sale doctrine.

TENTH DEFENSE

Plaintiff's claims are barred by estoppel by acquiescence.

ELEVENTH DEFENSE

In regards to all claims against the individual Defendant Ali Toy, Plaintiff has failed to adequately allege the role of this individual in order to establish individual liability.

TWELFTH DEFENSE

Plaintiff cannot show that Defendant Ali Toy acted in bad faith.

AMENDED ANSWER                         PAGE 11

Wherefore, Defendant requests that this Court dismiss the Plaintiff's claims with

prejudice and requests its attorney fees (if any) pursuant to 15 U.S.C. § 1117(a).

Respectfully submitted,

/s/ Ali Toy

Ali Toy, Pro Se
5007 Falcon Hollow Rd.
McKinney, Texas 75072
469-215-9695
Alitoy@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using

the U.S. Certified mail. I have sent a notification of such filing by email to:

Monica Riva Talley, Sterne Kessler Goldstein & Fox, PLLC 1100 New York Ave., N.W., Suite
600 Washington, DC 20005-3934; mtalley@sternekessler.com; Counsel for Plaintiff

/s/ Ali Toy
Ali Toy, pro se

AMENDED ANSWER          PAGE 12