IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Juul Labs, Inc. | ) |
| | ) |
|        Plaintiff | ) |
| v. | ) |
| | ) CIVIL ACTION # 1:19-cv-715(LO-IDD) |
| The Unincorporated Associations | ) |
| Identified in Schedule A | ) |
| | ) |
|        Defendants. | ) |

## DEFAULT JUDGMENT

A default having been entered against the Defendants, The Unincorporated Associations Identified in Schedule A, ghilly00l, pant-20, qiaotianping-zhengmeixinxi, miss_ zhang, vapingpit, savings4u 168, lulucaty5171, 2015.filta, a.cressotti69, kytech2016_0, szeminhhangy, sodal-87, yervansetoya, yervansetoya-0,cress.anton, tyijiafkju, zbest4less2012, red-cherry2018, jdonymous, myrodoylO, betr-2, ageless911, quimstores _914, talfangkoyu, ivanbgatlanta, nikobg 1973, jafra 1571, noamartan _ 0, golit_34, hama_l 763, joose-6877, wanyancai559, wenwen996_ 4, lostandfoundnyc, nidahamaye-0, emadors15, hfbnvt_76, yanshifu482, vasmi, bigapplevvares, and richpattersonkyle and in favor of Plaintiff, Juul Labs, Inc, and against each of the Defendants identified in Appendix A, in the amount of $4,000,000 in statutory damages per defendant.

It is further ORDERED that the defendants are permanently enjoined from making, using, selling, or offering for sale unauthorized products containing Plaintiff Juul Labs, Inc. 's trademarks.  Finally, it is further ORDERED that PayPal, Inc. shall release to Plaintiff Juul Labs, Inc. the monies currently restrained in the above-listed defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of receipt of this Order, and that, until Plaintiff Juul Labs, Inc. has recovered full payment of monies owed to it by any defaulting defendant, Plaintiff Juul Labs, Inc. shall have an ongoing authority to serve this Order on PayPal in the event that any new Pay Pal accounts controlled or operated by the defaulting defendants are identified.

                                        FERNANDO GALINDO
                                      CLERK OF COURT

                                      BY: _____/s/_____
                                              Anitra Chastine
                                              Deputy Clerk

Dated: May 22, 2020
Alexandria, Virginia