AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District - Alexandria__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:19-cv-00715 | DATE FILED<br>6/4/2019 | U.S. DISTRICT COURT<br>Eastern District - Alexandria |
|---|---|---|
| PLAINTIFF<br>Juul Labs, Inc. | | DEFENDANT<br>The Unincorporated Associations Identified in Schedule A |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4818664 | 9/22/2015 | Juul Labs, Inc. |
| 2 | 4898257 | 2/9/2018 | Juul Labs, Inc. |
| 3 | 5304697 | 10/10/2017 | Juul Labs, Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy



**BULK DATA:** The TSDR Application Programming Interface (API) will be unavailable starting May 7 at 12 a.m. ET for at least two weeks. Bulk data customers who rely on the TSDR API can use **alternative methods** to receive bulk data from TSDR. If you are a bulk data customer who has questions or needs additional information, please **email us**.

**INTERMITTENT SYSTEM ISSUES:** Due to high-volume usage, you may experience intermittent issues on the Trademark Status and Document Retrieval (TSDR) system between 6 – 8 a.m. ET. Refreshing your web browser should resolve the issue. If you still need assistance accessing a document, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**ENHANCEMENT TO PROTECT YOUR PRIVACY:** When applicants and registrants are not represented by an attorney, the USPTO now masks the correspondence email address in the status tab and the Application Programming Interface (API). We made this change to reduce the likelihood that customers will be subjected to scams and unwanted solicitations.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2019-06-03 16:55:26 EDT

**Mark:** JUUL

JUUL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86156947 | **Application Filing Date:** | Jan. 03, 2014 |
| **US Registration Number:** | 4818664 | **Registration Date:** | Sep. 22, 2015 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Sep. 22, 2015 | | |
| **Publication Date:** | Dec. 02, 2014 | **Notice of Allowance Date:** | Jan. 27, 2015 |

## Mark Information

Collapse All

| | |
|---|---|
| **Mark Literal Elements:** | JUUL |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1262817 |
| **International Application(s) /Registration(s) Based on this Property:** | A0051392/1262817 |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 47067 | **Foreign Application Filing Date:** | Jul. 09, 2013 |
| **Foreign Application/Registration Country:** | TRINIDAD AND TOBAGO | | |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes | | |
| **International Class(es):** | 001 - Primary Class | **U.S Class(es):** | 001, 005, 006, 010, 026, 046 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 01, 2015 | **Use in Commerce:** | Jun. 01, 2015 |

**For:** Electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes

| | |
|---|---|
| **International Class(es):** | 030 - Primary Class |
| **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jun. 01, 2015 |
| **Use in Commerce:** | Jun. 01, 2015 |
| **For:** | Electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes |
| **International Class(es):** | 034 - Primary Class |
| **U.S Class(es):** | 002, 008, 009, 017 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jun. 01, 2015 |
| **Use in Commerce:** | Jun. 01, 2015 |

### Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

### Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | JUUL LABS, INC. |
| **Owner Address:** | 560 20th Street, Building 104<br>San Francisco, CALIFORNIA UNITED STATES 94107 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

### Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Docket Number:** | 35196-TM1014 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Alyssa Worsham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 PAGE MILL RD<br>PALO ALTO, CALIFORNIA UNITED STATES 94304-1050 |
| **Phone:** | 650-493-9300 |
| **Fax:** | 650-493-6811 |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 11, 2018 | NEW CERTIFICATE ISSUED, SEC. 7D | 71378 |
| Aug. 10, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 71378 |
| Jul. 20, 2018 | TEAS SECTION 7 REQUEST RECEIVED | |
| Mar. 28, 2018 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Mar. 28, 2018 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 16, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 09, 2015 | CERTIFICATE OF CORRECTION ISSUED | 67603 |
| Nov. 24, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67603 |
| Nov. 05, 2015 | TEAS SECTION 7 REQUEST RECEIVED | |
| Sep. 22, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 18, 2015 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 17, 2015 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 13, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 12, 2015 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Aug. 12, 2015 | EXTENSION 1 GRANTED | 65362 |
| Jul. 22, 2015 | EXTENSION 1 FILED | 65362 |

| Date | Event | Code |
|---|---|---|
| Jul. 22, 2015 | USE AMENDMENT FILED | 65362 |
| Aug. 10, 2015 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Aug. 07, 2015 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70458 |
| Jul. 22, 2015 | TEAS EXTENSION RECEIVED | |
| Jul. 22, 2015 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 25, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 27, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 02, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 02, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 12, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 28, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68123 |
| Oct. 28, 2014 | ASSIGNED TO LIE | 68123 |
| Oct. 08, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 08, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Oct. 08, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 08, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 08, 2014 | EXAMINERS AMENDMENT -WRITTEN | 73349 |
| Oct. 03, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 02, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 02, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 04, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 04, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 04, 2014 | NON-FINAL ACTION WRITTEN | 73349 |
| Apr. 04, 2014 | ASSIGNED TO EXAMINER | 73349 |
| Jan. 16, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 07, 2014 | NEW APPLICATION ENTERED IN TRAM | |

### ▼ TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 109 | **Date in Location:** | Aug. 11, 2018 |

### ▼ Assignment Abstract Of Title Information - Click to Load

### ▼ Proceedings - Click to Load



**BULK DATA:** The TSDR Application Programming Interface (API) will be unavailable starting May 7 at 12 a.m. ET for at least two weeks. Bulk data customers who rely on the TSDR API can use **alternative methods** to receive bulk data from TSDR. If you are a bulk data customer who has questions or needs additional information, please **email us**.

**INTERMITTENT SYSTEM ISSUES:** Due to high-volume usage, you may experience intermittent issues on the Trademark Status and Document Retrieval (TSDR) system between 6 – 8 a.m. ET. Refreshing your web browser should resolve the issue. If you still need assistance accessing a document, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**ENHANCEMENT TO PROTECT YOUR PRIVACY:** When applicants and registrants are not represented by an attorney, the USPTO now masks the correspondence email address in the status tab and the Application Programming Interface (API). We made this change to reduce the likelihood that customers will be subjected to scams and unwanted solicitations.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2019-06-03 16:56:13 EDT

**Mark:** JUUL

JUUL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86683423 | **Application Filing Date:** | Jul. 06, 2015 |
| **US Registration Number:** | 4898257 | **Registration Date:** | Feb. 09, 2016 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 09, 2016

**Publication Date:** Nov. 24, 2015

## Mark Information

Collapse All

**Mark Literal Elements:** JUUL

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

**Description of Mark:** The mark consists of the term "JUUL" in stylized lettering.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes; electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes

| | | | |
|---|---|---|---|
| **International Class(es):** | 034 - Primary Class | **U.S Class(es):** | 002, 008, 009, 017 |

**Class Status:** ACTIVE

**Basis:** 1(a)

| | | | |
|---|---|---|---|
| **First Use:** | Jun. 01, 2015 | **Use in Commerce:** | Jun. 01, 2015 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

| | |
|---|---|
| Filed No Basis: | No |

### Current Owner(s) Information

| | |
|---|---|
| Owner Name: | JUUL LABS, INC. |
| Owner Address: | 560 20th Street, Building 104<br>San Francisco, CALIFORNIA UNITED STATES 94107 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | DELAWARE |

### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Alyssa Worsham | Docket Number: | 35196-TM1028 |
| Attorney Primary Email Address: | trademarks@wsgr.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Alyssa Worsham<br>WILSON SONSINI GOODRICH & ROSATI<br>650 PAGE MILL RD<br>PALO ALTO, CALIFORNIA UNITED STATES 94304-1050 |

| | | | |
|---|---|---|---|
| Phone: | 650-493-9300 | Fax: | 650-493-6811 |
| Correspondent e-mail: | trademarks@wsgr.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 24, 2018 | NEW CERTIFICATE ISSUED, SEC. 7D | 68502 |
| Aug. 22, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| Jul. 25, 2018 | TEAS SECTION 7 REQUEST RECEIVED | |
| Mar. 28, 2018 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Mar. 28, 2018 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 16, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 09, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 24, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 24, 2015 | PUBLISHED FOR OPPOSITION | |
| Nov. 04, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 19, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 15, 2015 | ASSIGNED TO EXAMINER | 74825 |
| Jul. 09, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 09, 2015 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | POST REGISTRATION | Date in Location: | Aug. 24, 2018 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load



**BULK DATA:** The TSDR Application Programming Interface (API) will be unavailable starting May 7 at 12 a.m. ET for at least two weeks. Bulk data customers who rely on the TSDR API can use **alternative methods** to receive bulk data from TSDR. If you are a bulk data customer who has questions or needs additional information, please **email us**.

**INTERMITTENT SYSTEM ISSUES:** Due to high-volume usage, you may experience intermittent issues on the Trademark Status and Document Retrieval (TSDR) system between 6 – 8 a.m. ET. Refreshing your web browser should resolve the issue. If you still need assistance accessing a document, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**ENHANCEMENT TO PROTECT YOUR PRIVACY:** When applicants and registrants are not represented by an attorney, the USPTO now masks the correspondence email address in the status tab and the Application Programming Interface (API). We made this change to reduce the likelihood that customers will be subjected to scams and unwanted solicitations.

**Generated on:** This page was generated by TSDR on 2019-06-03 16:56:42 EDT

**Mark:**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87154443 | **Application Filing Date:** | Aug. 29, 2016 |
| **US Registration Number:** | 5304697 | **Registration Date:** | Oct. 10, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 10, 2017

**Publication Date:** Jul. 25, 2017

## Mark Information

Collapse All

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark is two-dimensional and consists of a vertical rectangle with an elongated hexagon shape inside the rectangle with the hexagon located at approximately the center of the rectangle.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 26.11.02 - Plain single line rectangles; Rectangles (single line)
26.11.21 - Rectangles that are completely or partially shaded
26.15.02 - Polygons (plain, single line); Plain single or multiple line polygons

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes; electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes

| | | | |
|---|---|---|---|
| **International Class(es):** | 034 - Primary Class | **U.S Class(es):** | 002, 008, 009, 017 |

**Class Status:** ACTIVE

**Basis:** 1(a)

| | | | |
|---|---|---|---|
| **First Use:** | Mar. 28, 2016 | **Use in Commerce:** | Mar. 28, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

### Current Owner(s) Information

| | |
|---|---|
| Owner Name: | JUUL LABS, INC. |
| Owner Address: | 560 20th Street, Building 104<br>San Francisco, CALIFORNIA UNITED STATES 94107 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | DELAWARE |

### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Aaron D. Hendelman | Docket Number: | 35196-TM1034 |
| Attorney Primary Email Address: | trademarks@wsgr.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | NATHAN E. FERGUSON<br>WILSON SONSINI GOODRICH & ROSATI<br>650 PAGE MILL ROAD<br>PALO ALTO, CALIFORNIA UNITED STATES 94304-1050 |

| | | | |
|---|---|---|---|
| Phone: | 650-493-9300 | Fax: | 650-493-6811 |
| Correspondent e-mail: | trademarks@wsgr.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 28, 2018 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Mar. 28, 2018 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 10, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 16, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 25, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 25, 2017 | PUBLISHED FOR OPPOSITION | |
| Jul. 05, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 14, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 02, 2017 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jun. 02, 2017 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 02, 2017 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 02, 2017 | EXAMINERS AMENDMENT -WRITTEN | 89009 |
| May 13, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 12, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 12, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 15, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 15, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 15, 2016 | NON-FINAL ACTION WRITTEN | 89009 |
| Nov. 08, 2016 | ASSIGNED TO EXAMINER | 89009 |
| Sep. 03, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 02, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 01, 2016 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Oct. 10, 2017 |

▼ Assignment Abstract Of Title Information - Click to Load

▼ Proceedings - Click to Load